Case: **2:23−cv−02163**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **3/27/2023**
Description: **Friends of Georges, Inc.
v. State of Tennessee**