IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC.<br><br>    PLAINTIFF,<br><br>v.<br><br><br>BILL LEE, *in his official capacity as Governor of Tennessee;* JONATHAN SKRMETTI, *in his official capacity as Attorney General of Tennessee*; THE STATE OF TENNESSEE.<br><br>    DEFENDANTS | **Case No. 2:23-cv-02163-TLP-tmp**<br><br>**COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983**<br><br>**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

_____

### NOTICE OF APPEARANCE – MELISSA J. STEWART
_____

COME NOW **MELISSA J. STEWART** and the law firm of Donati Law, PLLC, and give notice of their appearance for Plaintiff, Friends of George's, Inc.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

*/s/Melissa J. Stewart*
Melissa J. Stewart (TN# 40638)
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 278-1004 - Phone
(901) 278-3111 - Facsimile
melissa@donatilaw.com