IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. | ) |
| | ) **Case No. 2:23-cv-02163-TLP-tmp** |
| PLAINTIFF, | ) |
| | ) |
| | ) |
| | ) **COMPLAINT FOR VIOLATIONS OF** |
| | ) **THE CIVIL RIGHTS ACT OF 1871, 42** |
| v. | ) **U.S.C. § 1983** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| BILL LEE, *in his official capacity as* | ) **PURSUANT TO FED. R. CIV. PRO.** |
| *Governor of Tennessee;* JONATHAN | ) **38(a) & (b)** |
| SKRMETTI, *in his official capacity as* | ) |
| *Attorney General of Tennessee*; THE | ) |
| STATE OF TENNESSEE. | ) |
| | ) |
| | ) |
| DEFENDANTS | |

_____

### NOTICE OF APPEARANCE – CRAIG A. EDGINGTON
_____

COME NOW **CRAIG A. EDGINGTON** and the law firm of Donati Law, PLLC, and give notice of their appearance for Plaintiff, Friends of George's, Inc.

[SIGNATURE BLOCK ON NEXT PAGE]

1

                                Respectfully submitted,

                                */s/Craig A. Edgington*
                                Craig A. Edgington (TN# 38025)
                                Donati Law, PLLC
                                1545 Union Ave.
                                Memphis, TN  38104
                                (901) 278-1004 - Phone
                                (901) 278-3111 - Facsimile
                                craig@donatilaw.com