IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. )<br>)<br>PLAINTIFF, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>THE STATE OF TENNESSEE; BILL<br>LEE, *in his official and individual capacity<br>as Governor of Tennessee*; JONATHAN<br>SKRMETTI, *in his official and individual<br>capacity as the Attorney General of<br>Tennessee*,<br><br>DEFENDANTS | **Case No. 2:23-cv-02163-TLP-tmp**<br><br><br>**COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983** |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AS TO GOVERNOR BILL LEE AND ATTORNEY GENERAL JONATHAN SKRMETTI**

COMES NOW Plaintiff Friends of George's, Inc., (hereinafter "Plaintiff"), by and through its designated attorneys, and moves this Honorable Court to issue a Temporary Restraining Order and Preliminary Injunction barring Defendant Governor Bill Lee and Defendant Attorney General Jonathan Skrjetti in their individual and official capacities from implementing or enforcing T.C.A. § 7-51-1407. Plaintiff incorporates by reference, as if repeated herein verbatim its *Motion with Incorporated Memorandum of Law for Temporary Restraining Order and Preliminary Injunction*

1

(ECF 7) directed to Defendant State of Tennessee. Plaintiff seeks the same relief against Defendants Lee and Defendant Skrmetti.

Wherefore Plaintiff prays this Court grants a Temporary Restraining Order and Preliminary Injunction against Defendants Lee and Skrmetti.

Respectfully submitted,

/s/ *Melissa J. Stewart*
Brice M. Timmons (#29582)
Craig A. Edgington (#38205)
Melissa J. Stewart (#40638)
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
***Counsel for Plaintiff***
