AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| FRIENDS OF GEORGE'S, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-02163-TLP-tmp |
| STATE OF TENNESSEE, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants State of Tennessee, et al.

Date: 03/29/2023

s/James R. Newsom III
*Attorney's signature*

James R. Newsom III, TN BPR No. 6683
*Printed name and bar number*
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103
*Address*

jim.newsom@ag.tn.gov
*E-mail address*

(901) 543-2473
*Telephone number*

(901) 543-9025
*FAX number*