AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee ▼

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-02163-TLP-tmp |
| STATE OF TENNESSEE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants State of Tennessee, et al.                                              .

Date:    03/29/2023                                            s/Robert W. Wilson
                                                                         *Attorney's signature*

                                                          Robert W. Wilson, TN BPR No. 34492
                                                                *Printed name and bar number*
                                                          Office of the Tennessee Attorney General
                                                          40 South Main Street, Suite 1014
                                                          Memphis, TN 38013

                                                                            *Address*

                                                              robert.wilson@ag.tn.gov
                                                                      *E-mail address*

                                                                  (901) 543-9031
                                                                  *Telephone number*

                                                                  (901) 543-9025
                                                                      *FAX number*