AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-02163-TLP-tmp |
| STATE OF TENNESSEE, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants State of Tennessee, et al.

Date: 03/29/2023

s/ Steven J. Griffin
*Attorney's signature*

Steven J. Griffin, BPR No. 40708
*Printed name and bar number*

Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202

*Address*

steven.griffin@ag.tn.gov
*E-mail address*

(615) 741-9598
*Telephone number*

(615) 532-4892
*FAX number*