IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> THE STATE OF TENNESSEE; BILL LEE, *in his official and individual capacity as Governor of Tennessee*; JONATHAN SKRMETTI, *in his official and individual capacity as the Attorney General of Tennessee*, <br><br> DEFENDANTS | **Case No. 2:23-cv-02163-TLP-tmp** <br><br> **COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983** |

## DECLARATION OF VANESSA RODLEY

Vanessa Rodley, under penalty of perjury, declares as follows:

1. I am over the age of eighteen (18) and am the President and Festival Director of Mid-South Pride Foundation, Inc.

2. Mid-South Pride Foundation, Inc. ("Mid-South Pride") is a registered 501(c)3 non-profit that organizes and hosts an annual pride festival in Memphis, Tennessee.

3. Since the amendments to T.C.A. § 7-51-1407 were signed into law by Governor Bill Lee on February 27, 2023, Mid-South Pride has seen a noticeable decline in sponsorship for its 2023 festival.

4. Last year, Mid-South Pride had a total of 43 sponsors for its 2022 festival.

5. As of March 30, 2023, Mid-South Pride has only 23 sponsors for its 2023 festival.

6. Usually, 60 days out from their annual event, Mid-South Pride has secured 90% of its annual budget from sponsors.

7. This year, 63 days out from their annual event, Mid-South Pride has only 60% of its annual budget from sponsors.

**I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Dated this 30th day of March, 2023

*/s/ Vanessa Rodley*

Vanessa Rodley