LR16.2 TR4

# U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:23-cv-02176-TLP-tmp

Friends of Georges, Inc. v. Steven J. Mulroy
Assigned to: Judge Thomas L. Parker
Referred to: Chief Magistrate Judge Tu M. Pham
Demand: $0
Related Case: 2:23-cv-02163-TLP-tmp
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 03/30/2023
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Friends of Georges, Inc.**

represented by **Melissa Stewart**
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104
901-278-1004
Fax: 901-278-3111
Email: melissa@donatilaw.com
*ATTORNEY TO BE NOTICED*

**Brice Moffatt Timmons**
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
901-278-1004
Fax: 901-278-3111
Email: brice@donatilaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Steven J. Mulroy**
*in his official and individual capacity as the*
*District Attorney General of Shelby County,*
*Tennessee,*

represented by **James R. Newsom , III**
OFFICE OF THE ATTORNEY GENERAL
AND REPORTER
40 S. Main St.
Suite 1014
Memphis, TN 38103
901-543-2473
Email: jim.newsom@ag.tn.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Wilson**
OFFICE OF THE TENNESSEE
ATTORNEY GENERAL AND REPORTER
40 South Main Street, Suite 1014.
Memphis, TN 38103-1877

901-543-9031
Email: robert.wilson@ag.tn.gov
*ATTORNEY TO BE NOTICED*

**Steven James Griffin**
OFFICE OF THE TENNESSEE
ATTORNEY GENERAL AND REPORTER
P.O. Box 20207
Nashville, TN 37202
615-741-9598
Email: steven.griffin@ag.tn.gov
*ATTORNEY TO BE NOTICED*

Email Attorneys, Primary Addresses
Email Attorneys, Primary and Secondary Addresses

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2023 | 1 | COMPLAINT against Steven J. Mulroy (Filing fee $ 402 receipt number BTNWDC-4109901), filed by Friends of Georges, Inc.. (Attachments: # 1 Exhibit Exhibit A: Complaint in Madison Co. Chancery Court)(Timmons, Brice) (Entered: 03/30/2023) |
| 03/30/2023 | 2 | NOTICE by Friends of Georges, Inc. re 1 Complaint (Attachments: # 1 Summons Summons to Steven J. Mulroy, # 2 Civil Cover Sheet Civil Cover Sheet)(Timmons, Brice) (Entered: 03/30/2023) |
| 03/30/2023 | 3 | MOTION for Preliminary Injunction *and*, MOTION for Temporary Restraining Order by Friends of Georges, Inc.. (Timmons, Brice) (Entered: 03/30/2023) |
| 03/30/2023 | 4 | Judge Thomas L. Parker and Chief Magistrate Judge Tu M. Pham added. (agj) (Entered: 03/30/2023) |
| 03/30/2023 | 5 | NOTICE TO COMPLY WITH PLAN FOR ALTERNATE DISPUTE RESOLUTION (ADR): Pursuant to Section to 2.1 of the ADR Plan, all civil cases filed on or after Sept. 1, 2014, shall be referred automatically for ADR. For compliance requirements, refer to the ADR Plan at: http://www.tnwd.uscourts.gov/pdf/content/ADRPlan.pdf (agj) (Entered: 03/30/2023) |
| 03/30/2023 | 6 | NOTICE OF CASE TRACKING ASSIGNMENT PURSUANT TO LOCAL RULE 16.2: Pursuant to Local Rule 16.2, this case has been assigned to the Standard track. http://www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf (agj) (Entered: 03/30/2023) |
| 03/30/2023 | 7 | NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE Pursuant to 28 U.S.C. 636(c), Fed.R.Civ.P.73, and Local Rule 72.1, this Court has designated the Magistrate Judges of this District to conduct trials and otherwise dispose of any civil case that is filed in this Court. Your decision to consent, or not consent, to the referral of your case to a United States Magistrate Judge for trial and entry of a final judgment must be entirely voluntary. The judge or magistrate judge to whom the case has been assigned will not be informed of your decision unless all parties agree that the case may be referred to a magistrate judge for these specific purposes. A less than unanimous decision will not be communicated by this office to either the judge or magistrate judge. The consent form is available on the courts website at https://www.tnwd.uscourts.gov/forms-and-applications.php (agj) (Entered: 03/30/2023) |
| 03/30/2023 | 8 | Summons Issued as to Steven J. Mulroy. The filer has been notified electronically that the summons has been issued, and the new docket entry reflects this. Upon notification |

| | | of the new docket entry, the filer is to print the issued summons in order to effect service. (agj) (Entered: 03/30/2023) |
|---|---|---|
| 03/30/2023 | 9 | NOTICE of Appearance by Melissa Stewart on behalf of Friends of Georges, Inc. (Stewart, Melissa) (Entered: 03/30/2023) |
| 03/30/2023 | 10 | NOTICE by Friends of Georges, Inc. *Notices of Declarations* (Attachments: # 1 Exhibit Declaration of Melissa j. Stewart, # 2 Exhibit Declaration of Mystie-Elizbthe Watson, # 3 Exhibit Declaration of Vanessa Rodley)(Stewart, Melissa) (Entered: 03/30/2023) |
| 03/30/2023 | 11 | NOTICE by Friends of Georges, Inc. re 10 Notice (Other) *Amended Notice of Declaration* (Attachments: # 1 Exhibit Declaration of Melissa J. Stewart, # 2 Exhibit Declaration of Mystie-Elizabthe Watson, # 3 Exhibit Declaration of Vanessa Rodley) (Stewart, Melissa) (Entered: 03/30/2023) |
| 03/30/2023 | 12 | SUMMONS Returned Executed by Friends of Georges, Inc. as to Steven J. Mulroy. (Timmons, Brice) (Entered: 03/30/2023) |
| 03/30/2023 | 13 | Minute Entry for proceedings held before Judge Thomas L. Parker: Oral Argument on the Motion for Temporary Restraining Order and Preliminary Injunction 3 was heard on 3/30/2023. Brice M. Timmons and Melissa Stewart appeared for the plaintiff(s). Steven J. Mulroy, James R. Newsom, III, Steven J. Griffin and Robert W. Wilson appeared for defendants. After hearing argument from all parties, the court took the matter under advisement and will enter a written order upon ruling. (Court Reporter: Candace Covey) (smm) (Entered: 03/31/2023) |
| 03/31/2023 | 14 | ORDER GRANTING TEMPORARY RESTRAINING ORDER. Signed by Judge Thomas L. Parker on 3/31/2023. (jdgc) (Entered: 03/31/2023) |
| 04/01/2023 | 15 | NOTICE of Appearance by James R. Newsom, III on behalf of Steven J. Mulroy (Newsom, James) (Entered: 04/01/2023) |
| 04/03/2023 | 16 | NOTICE of Appearance by Robert W. Wilson on behalf of Steven J. Mulroy (Wilson, Robert) (Entered: 04/03/2023) |
| 04/03/2023 | 17 | TEXT NOTICE SETTING STATUS CONFERENCE: (TEXT ONLY - NO IMAGE ASSOCIATED WITH THIS ENTRY): A Status Conference, to discuss scheduling, has been set for **Wednesday, April 5, 2023 at 2:30 PM.** via Microsoft Teams Video Conference before Judge Thomas L. Parker. <br><br> The proceeding will be done via Microsoft Teams video conference. The Court will email the parties an invitation for the video conference prior to the proceeding. <br><br> Counsel should submit any exhibits to be offered to the Judge's ECF mailbox prior to the proceeding. <br><br> The public may also access the video proceeding. If the public and/or media wish to attend in the video proceeding, please click on the following link to request access information: https://www.tnwd.uscourts.gov/videohearings The access information will be delivered via email to the email address from which the request originated. <br><br> Parties should consult the instructions for Joining a Meeting in Teams or Joining a Meeting Without a Teams Account. <br><br> Please email Sandra McClain at sandra_mcclain@tnwd.uscourts for any questions. (smm) (Entered: 04/03/2023) |

| 04/04/2023 | 18 | NOTICE of Appearance by Steven James Griffin on behalf of Steven J. Mulroy (Griffin, Steven) (Entered: 04/04/2023) |
|---|---|---|
| 04/05/2023 | 19 | Minute Entry for proceedings held before Judge Thomas L. Parker: A Status Conference, to discuss scheduling was held via Microsoft Teams Video Conference on 4/5/2023. Brice M. Timmons, Melissa Stewart and Craig A. Edington appeared for the plaintiff(s). James R. Newsom, III, Steven J. Griffin and Robert W. Wilson appeared for defendants. Counsel for defendant(s) consents to extending the Temporary Restraining Order to Friday, May 26, 2023. Plaintiff to submit their brief by close of business on Friday, April 14, 2023. Defendant(s) to file their response by close of business on Friday, April 28, 2023. Plaintiff to file their sur-reply by close of business on Friday, May 5, 2023. Defendant(s) to file their sur-reply by close of business on Friday, May 12, 2023. Initial brief(s) shall not exceed 35 pages, replies and sur-replies shall not exceed 10 pages. Discovery cut-off/deadline is Friday, April 28, 2023. The court set a Preliminary Injunction Hearing/Trial for Monday, May 22, 2023 at 9:00 AM in Courtroom 2 - Memphis before Judge Thomas L. Parker. Written Order to be entered. (Court Reporter: Candace Covey) (smm) (Entered: 04/05/2023) |
| 04/05/2023 | 20 | NOTICE SETTING TRIAL/HEARING ON PETITION FOR PRELIMINARY INJUNCTION: A Trial/Preliminary Injunction Hearing has been set for Monday, May 22, 2023 at 9:00 AM in Courtroom 2 - Memphis before Judge Thomas L. Parker. (smm) (Entered: 04/05/2023) |
| 04/06/2023 | 21 | SCHEDULING ORDER. Signed by Judge Thomas L. Parker on 4/6/2023. (jdgc) (Entered: 04/06/2023) |
| 04/06/2023 | 22 | ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONSOLIDATING CASES. Signed by Judge Thomas L. Parker on 4/6/2023. (Parker, Thomas) (Entered: 04/06/2023) |