IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. <br><br>    PLAINTIFF, <br><br>v. <br><br><br>STEVEN J. MULROY, *in his official and individual capacity as District Attorney General of Shelby County, Tennessee*, <br><br>    DEFENDANT | ) **Case No. 2:23-cv-02176-TLP-tmp** <br> ) <br> ) <br> ) <br> ) **COMPLAINT FOR VIOLATIONS OF** <br> ) **THE CIVIL RIGHTS ACT OF 1871, 42** <br> ) **U.S.C. § 1983** <br> ) <br> ) <br> ) |

_____

**NOTICE OF APPEARANCE – MELISSA J. STEWART**
_____

COME NOW **MELISSA J. STEWART** and the law firm of Donati Law, PLLC, and give notice of their appearance for Plaintiff, Friends of George's, Inc.

Respectfully submitted,

*/s/Melissa J. Stewart*
Melissa J. Stewart (TN# 40638)
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 278-1004 - Phone
(901) 278-3111 - Facsimile
melissa@donatilaw.com

1