AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC.<br>*Plaintiff*<br>v.<br>STEVEN J. MULROY, etc.<br>*Defendant* | )<br>)<br>)  Case No.  2:23-cv-02176-TLP-tmp<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Steven J. Mulroy, in his official capacity as District Attorney General of Shelby County, Tennessee    .

Date:     04/01/2023

s/James R. Newsom III
*Attorney's signature*

James R. Newsom III
*Printed name and bar number*

Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103

*Address*

jim.newsom@ag.tn.gov
*E-mail address*

(901) 543-2473
*Telephone number*

(901) 543-9025
*FAX number*