AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-02176-TLP-tmp |
| STEVEN J. MULROY, etc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Steven J. Mulroy, in his official capacity as District Attorney General of Shelby County, Tennessee .

Date: 04/03/2023

s/ Robert W. Wilson
*Attorney's signature*

Robert W. Wilson, TN BPR No. 34492
*Printed name and bar number*
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38013

*Address*

robert.wilson@ag.tn.gov
*E-mail address*

(901) 543-9031
*Telephone number*

(901) 543-9025
*FAX number*