AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee ▼

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-02176-TLP-tmp |
| STEVEN J. MULROY, etc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Steven J. Mulroy, in his official capacity as District Attorney General of Shelby County, Tennessee.

Date: 04/04/2023

/s/ Steven J. Griffin
*Attorney's signature*

Steven J. Griffin, TN BPR No. 40708
*Printed name and bar number*
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202

*Address*

steven.griffin@ag.tn.gov
*E-mail address*

(615) 741-9598
*Telephone number*

(615) 532-4892
*FAX number*