## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
#### Western Division
#### Office of the Clerk

*Wendy R. Oliver, Clerk*                                    *Deputy-in-Charge*
*242 Federal Building*                              *U.S. Courthouse, Room 262*
*167 N. Main Street*                             *111 South Highland Avenue*
*Memphis, Tennessee 38103*                          *Jackson, Tennessee 38301*
*(901) 495-1200*                                            *(731) 421-9200*

---

## NOTICE OF SETTING
### Before Judge Thomas L. Parker, United States District Judge

---

April 5, 2023

RE:   **2:23-cv-02176-TLP**
      **Friends of Georges, Inc. v Steven J. Mulroy**

Dear Sir/Madam:

A **TRIAL/HEARING on the Petition for Preliminary Injunction** has been **SET** before **Judge Thomas L. Parker** for **MONDAY, MAY 22, 2023** at **9:00 A.M. in Courtroom No. 2, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Sandra McClain*,
      Case Manager
      901-495-1317
      Sandra_mcclain@tnwd.uscourts.gov