23-2163

**RECEIVED**

APR 17 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

2721 Tsawasi Rd.
Knoxville, Tn., 37931
April 5, 2023

Judge Thomas L. Parker
Chamber Room 1111
Courtroom 2, 11th floor
Odell Horton Federal Building
167 North Main Street
Memphis, Tenn. 38103

Judge Parker, it is my understanding you plan to veto a bill presented by Gov. Lee to ban drag queen shows for little children.
I humbly request you please reconsider your decision.
I am 87 years old (will be 88 April 20th). I have two children, grandchildren and great grandchildren.
When I was young I was a room mother at the school for both of my children. I did some substitute teaching, taught children's sunday school classes and vacation Bible school. I worked with my daughter's Brownie Scout Troop and my son's Cub Scout Troop. I feel I know a lot about little children. Why do we want to steal their innocence? They are not concerned with sex. They need to be able to play together and enjoy their childhood. We do not need to mess with their minds and cause them to have emotional problems.

Thank you for your consideration.
Sincerely,

Edith A. Foutch
Edith A. Foutch