

Edith Foutch
2721 Tsawasi Rd.
Knoxville, TN 37931-3440

KNOXVILLE TN 377
5 APR 2023 PM 1 L

**RECEIVED**

APR / 7 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis



Judge Thomas L. Parker
Chamber Room 1111
Courtroom 2, 11th Floor
Odell Horton Federal Building
167 North Main St.
Memphis, Tenn. 38103