April 2, 2023

RECEIVED   23-2163

APR / 7 2023

Dear Judge Parker,

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

I read that you put a temporary order to stop Tennessee's law to prevent 'drag queens' from performing with young people.

I disagree with the 'stop' order. The reason: This whole subject area is twisted. The very young know nothing about sex nor should they. This drag queen stuff introduces them to something that is not normal. It is the beginning of indoctrinating them with the idea that they can change their gender.

This is just the beginning. In many schools they are taught that they can alter their birth gender through chemicals and surgery. Why introduce the idea in the first place. All this stuff is perverted.

Many kids think they want to be a cowboy, or fireman, or astronaut when they grow up only to change their minds when they mature.

Judge, this whole subject goes against science, common sense and against God's creation. Part of this trans stuff: Men in women's sports is laughable except the that it is taking place.

The Tennessee Legislature and Governor Lee made the

correct and right decision to not allow drag queen shows in any form with young children.

Judge, I guess what I'm really saying: What were you thinking? Would you want your 3-4-5 year old children or grandchildren to watch men in heavy makeup and women's clothing pretending to be women parade around your children?

Please reverse yourself on this.

Kindly,

David Wideman
931-212-5088


CC: Tennessee Legislature
　　Gov. Bill Lee
　　Senator Janice Bowling
　　Southern Standard News Paper
　　The Tennessean News Paper