Wideman
2370 Leisure World
Mesa, AZ 85206

Judge Thomas L. Parker
Chambers Room 1111
Courtroom 2 11th Floor
Odell Horton Federal Building
167 North Main Street
Memphis, Tennessee 38103