# EXHIBIT A

# TENNESSEE GENERAL ASSEMBLY

---

# SENATE BILL 0003

---



VETERAN COURT REPORTING
D. Rochelle Koenes, RPR, LCR
veterancourtreporting@gmail.com
(931) 919-8932

**LEGISLATIVE HISTORY – TENNESSEE GENERAL ASSEMBLY**

_____

**VIDEO RECORDINGS**

**of**

**Public Chapter No. 2**
**House Bill No. 3**

_____

**Veteran Court Reporting**
**veterancourtreporting@gmail.com**
**D. Rochelle Koenes, RPR, LCR**
**P.O. Box 3593**
**Clarksville, Tennessee 37043**
**(931)919-8932**

1

2                    I   N   D   E   X

3

4                                                    PAGE

5   January 31, 2023                                   3
6        Senate Judiciary
         Committee

7
8   February 6, 2023                                  30
         Senate Floor Session
9        7th Legislative Day

10
11  February 9, 2023                                  32
         Senate Floor Session
12       8th Legislative Day

13
14  February 23, 2023                                 62
         House Floor Session
15       9th Legislative Day

16
17  March 2, 2023                                     99
         Senate Floor Session
18       13th Legislative Day

19

20

21

22

23

24

25

```
 1                        *   *   *

 2            IN THE SENATE JUDICIARY COMMITTEE
                 TENNESSEE GENERAL ASSEMBLY
 3

 4                    January 31, 2023

 5

 6            (WHEREUPON, On the above date, there

 7   came up for consideration in the Senate Judiciary

 8   Committee of the Tennessee General Assembly, Senate

 9   Bill 0003, sponsored by Senator Johnson and others.

10   Discussion pertaining to this bill was as follows):

11

12            CHAIRMAN (SENATOR GARDENHIRE):  Leader

13   Johnson, you're up and you're first on the calendar.

14            SENATOR JOHNSON:  Thank you,

15   Mr. Chairman and Members.  Good afternoon.  It's

16   good to be back with you.  It's good to be your

17   first bill of the year.  Senate Bill 0003, I'm here

18   to present.  There's an amendment that makes the

19   bill, Mr. Chairman.

20            If we could get a motion to get the

21   bill properly before us.

22            CHAIRMAN (SENATOR GARDENHIRE):  Senator

23   Stevens makes a motion on the bill.  Senator Rose

24   seconds it.

25            Is there any discussion on getting the
```

```
 1  bill in proper form?

 2              UNIDENTIFIED SPEAKER:  Move the

 3  amendment.

 4              CHAIRMAN (SENATOR GARDENHIRE):  Move the

 5  amendment.  I Have a second also from Rose.  We need

 6  to vote on a bill being in front of us and then the

 7  amendment.

 8              So all in favor of the bill -- well,

 9  I'm sorry -- the amendment.  All in favor of the

10  amendment, which is drafting code 3058, say aye.

11              MEMBERS:  (Collectively) Aye.

12              CHAIRMAN (SENATOR GARDENHIRE):  Oppose,

13  nays.

14              MEMBERS:  (Collectively) No audible

15  response.

16              CHAIRMAN (SENATOR GARDENHIRE):  Ayes

17  have it.  It's on the bill.

18              Senator -- Leader Johnson, do you want

19  to describe the amendment that makes the bill?

20              SENATOR JOHNSON:  Thank you,

21  Mr. Chairman.  I'd be glad to.

22              Members, Senate Bill 0003 as amended

23  would clarify current law by requiring that

24  adult-oriented performances may only be held in

25  age-restricted venues and may never be held in
```

1   public -- on public property.

2          Mr. Chairman, under current law,

3   businesses that predominantly provide

4   adult-oriented entertainment must be licensed and

5   age restricted to prevent children from attending

6   and being present when the adult-themed

7   entertainment is taking place.

8          The bill that's before you now simply

9   clarifies that if this type of adult-oriented

10  entertainment occurs in locations that are not

11  required to be regulated under the current adult

12  entertainment law, because the adult entertainment

13  is not the predominant business, say for example,

14  if this entertainment is taking place in a

15  restaurant, then that business must ensure that the

16  location is age restricted and that children are

17  not allowed to view the performance.

18          I want to be very clear, Mr. Chairman

19  and Members, the bill only applies to performances

20  that are considered harmful to minors.  I'd like to

21  pause there for a moment, because this is not a

22  newly defined term.  The term "harmful to minors"

23  currently exists in our obscenity statute.  It is

24  in current law, and I'd would like to read from

25  that, if I could, very briefly, Mr. Chairman.

```
 1              In 39-17-901, under "definitions,"
 2    'harmful to minors' means that the quality of any
 3    description or representation, in whatever form, of
 4    nudity, sexual excitement, sexual conduct,
 5    excessive violence... abuse when the matter or
 6    performance would be found" -- this is an existing
 7    code -- "would be found by the average person
 8    applying contemporary community standards to appeal
 9    predominantly to the prurient interests or shameful
10    or morbid interests of minors."
11              Mr. Chairman, that language that I just
12    read to you exists currently in our code, and it's
13    in the obscenity statute.  And, again, this cite is
14    39-17-901.
15              The bill I'm presenting before you
16    today simply says that that type of entertainment
17    that is already defined in statute cannot take
18    place on public property, nor can it take place in
19    a private venue where children are present.
20              Mr. Chairman, it doesn't ban that type
21    of entertainment.  It simply says it can't be done
22    on public property, and if it's going to be done in
23    a private venue, then you have to ensure that
24    children are not present.  That's the bill.  That's
25    what the bill does, Mr. Chairman.  This is a
```

1  commonsense safety bill for the children, and I'd

2  appreciate the committee's support.

3          CHAIRMAN (SENATOR GARDENHIRE):  Do any

4  committee members have any questions at this time?

5          I see none.  I will say one thing and

6  kind of digress just a minute.

7          I'm a little bit old-fashioned -- and

8  if you'll hold your hands down, I think I can see

9  people okay.

10          I was brought up where men don't wear

11  hats inside a building.  Thank you.

12          Also, we don't allow signs to be held

13  up or distractions from the audience.  Having said

14  that, now, senators, do you have a question,

15  please --

16          Pardon me?

17          SENATOR LAMAR:  (Response off

18  microphone.)

19          CHAIRMAN (SENATOR GARDENHIRE):  Yes.  Go

20  ahead.  Feel free.  You got the floor.

21          SENATOR LAMAR:  Thank you, Mr. Chairman.

22          Hello, Leader.  I wanted to ask a few

23  questions for clarification.  It sounded like based

24  on current law we already have a very clear

25  definition of obscenity.  Is this really creating a

1   new definition?  And also, who would this bill

2   punish?  Would it punish the business or would it

3   punish the performer?

4                SENATOR JOHNSON:  I will answer your

5   second question first, Senator, and thank you for

6   the question.  The criminal penalty -- which I'm

7   glad you brought that up because I should have read

8   that into the record.

9                There is a first offense violation

10  that's in the bill before you now and it would be

11  applied to the performer, the person who is

12  performing the adult-themed or the sexually graphic

13  entertainment.  And the first offense would be a

14  Class A misdemeanor.  The second or subsequent

15  offense would be a Class E felony.

16               And in terms of newly defined terms,

17  again, much of this is in existing code relative to

18  "adult cabaret entertainment" -- is the way it's

19  defined in existing code.  We did the

20  cross-reference relative to the "harmful to

21  minors."  And as I mentioned in 39-17-901, to make

22  sure that we were being consistent with what is

23  already defined in code as harmful to minors and

24  it's considered obscene.

25               CHAIRMAN (SENATOR GARDENHIRE):  Chairman

1  Lamar, do you have a follow-up question?  Go ahead.

2           SENATOR LAMAR:  Yes.  Just two more

3  questions if you don't mind my indulgence, please,

4  if that's okay.

5           My next question is can you -- it

6  sounds like -- I haven't heard of any examples of

7  this being an issue.  Could you kind of talk about

8  where this problem that we're trying to solve

9  derived from or any examples of issues that have

10  arisen to bring forth this bill?

11          SENATOR JOHNSON:  Certainly.  There have

12  been a number of instances over the last year, year

13  and a half, maybe two years where a video has

14  surfaced of performances or some type of

15  entertainment taking place in the presence of

16  children, perhaps on public property or maybe in a

17  private venue where children were present that I

18  think any reasonable person, upon watching some of

19  that video, would say that's in violation of the

20  obscenity statute that we already have in current

21  code.

22          Perhaps you didn't receive the calls,

23  Senator, but I know I received hundreds of calls,

24  e-mails from outraged parents that this type of

25  performance was taking place in front of kids.

1    That is what led me and the house sponsor to begin

2    investigating this.  We had some conversations with

3    district attorneys, law enforcement relative to the

4    existing statute and, in fact, identified something

5    of a loophole.

6             As I said in my opening comments, we

7    have adult-themed establishments, venues where

8    adult-themed entertainment takes place.  They exist

9    here in Nashville.  They are in some of your larger

10   cities, and they are very heavily regulated and

11   they must be age restricted.  They don't allow

12   children in to witness this type of entertainment.

13   But, in fact, there's a bit of a loophole in our

14   law that would allow that type of entertainment to

15   take place in public settings, and that's what

16   we're trying to clarify.  We're just simply trying

17   to apply the same standards to this adult-themed

18   sexually explicit entertainment that can take place

19   in these heavily regulated establishments.  Why in

20   the world would we allow that same type of

21   entertainment to take place in a public park or in

22   some other area where children are present?

23             CHAIRMAN (SENATOR GARDENHIRE):  Chairman

24   Lamar?

25             SENATOR LAMAR:  Thank you, Mr. Chairman.

1                    Last question.  It gives -- I feel like

2     the law is a little murky because when I think

3     about -- when I think about concerts, WWE

4     performances where people dress up in costumes,

5     they are pretty bare in their clothing.  We take

6     our kids to concerts, major artists who perform

7     where the dancers are wearing clothing that can be

8     considered revealing.

9                    How does this law differentiate from

10    those and how did -- you know, because I feel like,

11    based on what you're saying, it could apply to

12    everyday performances that we see all the time

13    where people are dressed.  But it sounds like this

14    law is up to an individual's discretion on what

15    they consider appropriate and what they consider

16    not.

17                    So how do we differentiate in this

18    particular law or how do we allow people who are

19    entertainers to continue to entertain, but some of

20    the things that they wear that we think is

21    perfectly appropriate as parents not fall in this

22    law?

23                    CHAIRMAN (SENATOR GARDENHIRE):  Leader

24    Johnson?

25                    SENATOR JOHNSON:  Thank you,

1   Mr. Chairman.

2           Well, I will refer you again to the

3   existing statute where the obscenity definitions

4   are found, 39-17-901 -- and I haven't read all of

5   it, but certainly anyone who is watching can go

6   back and look at existing code.  And specifically,

7   with the "harmful to minors" language that I

8   referenced earlier, which is what this bill is

9   dealing with, only when kids are present, "harmful

10  to minors" means that quality of any description or

11  representation of whatever form of nudity, sexual

12  excitement, sexual conduct, excessive violence,

13  abuse would be found by the average person applying

14  contemporary community standards to appeal

15  predominantly to the prurient, shameful, or morbid

16  interest of minors.

17          Now, you mentioned several things,

18  Senator.  You mentioned WWE.  I've heard other

19  people refer to cheerleaders or bachelorette

20  parties on Broadway.  I think that this language is

21  pretty clear at what we're trying to get at, and it

22  is blatantly sexually explicit entertainment

23  simulating sex acts.  Things that I think any

24  reasonable person as the statute defines here that

25  any reasonable person would look at and see and

1    deem that to be inappropriate.

2          Now, as with any law we pass up here,

3    Members, certainly, there will be prosecutorial

4    discretion, and I agree with Senator Lamar what

5    might be considered to be offensive to one person

6    might not be offensive to another person.  I

7    certainly understand that.  That's why we have DAs;

8    that's why we have law enforcement; that's why we

9    have people to make the appropriate decisions.

10          And in the event that one of these

11   instances led to a prosecution, then it would

12   ultimately go to a jury of their peers, which they

13   would then make that determination.  So that's why

14   we cross-referenced the existing statute that has

15   been on the books for decades -- many, many

16   decades -- relative to obscenity.

17          CHAIRMAN (SENATOR GARDENHIRE):  Senator

18   Lamar, would you like to ask?

19          SENATOR LAMAR:  Thank you, Mr. Chairman.

20          CHAIRMAN (SENATOR GARDENHIRE):  At this

21   time, we have two witnesses that's going to come up.

22   London Starbuck is going to come up and talk for the

23   bill.  And then after that person comes up, David

24   Taylor is going to come up.  Only one person at the

25   witness table.  The rules were set last week on any

1    bills that come up, equal number of witnesses.

2              So, Landon Starbuck, where are you?

3              We're going to go out of session.

4              Please identify yourself, who you're

5    with if you're with anybody, turn the mic on, make

6    sure -- and speak into the microphone.

7              WITNESS (Ms. Starbuck):  I'm Landon

8    Starbuck.  I'm here today as an advocate for

9    children harmed by child sexualization and

10   exploitation.  I'm a mother of three and the founder

11   of Freedom Forever, which combats all forms of child

12   exploitation.  There's a pandemic of child sexual

13   abuse in America where the demand to sexually abuse

14   and exploit children has never been greater.  I'm

15   here today to educate on how early sexualization and

16   exposure to explicit adult content via adult

17   entertainment harms children.  It grooms them into

18   accepting adult sexual behavior as normal, healthy,

19   and even celebrated while it encourages them to

20   simulate and participate in high-risk sexual

21   behaviors.

22             When a child is sexualized, they don't

23   just lose their innocence and childhood, but the

24   sexual desensitization they experience renders them

25   more vulnerable to sexual predation as they are

1   groomed into accepting being sexualized.

2              Allowing and normalizing the

3   sexualization of children empowers child predators

4   and increases the demand to exploit and sexually

5   abuse children.  Child sex trafficking surveyor,

6   leader, Dr. Jennisue Jessen shared the following

7   statement.  "I learned from the ages of 4 to 17

8   that those who exposed children to sexually

9   explicit material do so with a very clear purpose

10  in mind.  Through the sexually explicit images and

11  behavior I was forced to see or watch, sexual

12  contact was normalized.  The sexual acts expected

13  of me were taught and shame-based secrets were

14  created that distanced me from those who might have

15  protected me.  The graphic images seared into my

16  brain then became my reality when the perpetrators

17  acted on what they had shown me.  My story is not

18  unique."

19             Dr. Jessen's lifelong experience and

20  expertise on preventing sexual abuse is counsel we

21  should heed.

22             This past year, I've been exposing this

23  new toxic trend of exposing children to adult

24  sexually charged entertainment.  Many child

25  protective advocates have discovered a pattern with

1  these events popping up all over the state, all

2  over the country.  The pervasive themes we

3  documented include subjecting children to grown

4  adults stripping clothing off, rubbing their

5  genitalia, simulating sex positions, spreading

6  their legs in front of children, making sexually

7  charged comments about their genitalia, grinding,

8  gyrating, spanking, and exposing their

9  undergarments while knowing their children are

10  present and watching.  These things have occurred

11  while being called "family friendly" and marketed

12  as such.

13          We don't need a PhD to tell us that

14  children mimic the behaviors they are exposed to.

15  Any parent in this room can testify to that.  So

16  when children are legally permitted to sit and

17  watch an adult strip off pieces of clothing and

18  simulate sexual behavior as an audience

19  thunderously claps and rewards the performer with a

20  monetary gift of dollar bills, what does that child

21  learn?

22          CHAIRMAN (SENATOR GARDENHIRE):  Thirty

23  seconds.

24          WITNESS (Ms. Starbuck):  They learn that

25  sexuality is a vehicle for attention, affirmation,

1    and money.  You can get paid to take off your

2    clothes and sexualizing yourself.  People will love

3    you for sexualizing yourself to please them.  It's

4    no wonder we have skyrocketing mental health crisis

5    amongst our confused and vulnerable youth with more

6    sexual exploitation crimes reported than ever

7    before.  The harm on children is calculable, not

8    subjective.  It's either right or wrong morally and

9    is either tolerated or not tolerated by the law.

10            CHAIRMAN (SENATOR GARDENHIRE):  Thank

11   you very much.  We have limited witnesses to three

12   minutes.  That was described last year.

13            Sir, if you raise your hand one more

14   time you're going to be escorted out of this room.

15            Any members have any questions?

16            Chairman [sic] Lamar?

17            SENATOR LAMAR:  Thank you, Mr. Chairman.

18            So this bill is talking about public

19   places but everything you've talked about --

20   currently, the current law protects against this,

21   so how is this bill going to help you even further?

22            WITNESS (Ms. Starbuck):  Well,

23   unfortunately there's different subjective

24   interpretations of the existing obscenity law and

25   there is clarification needed to further protect

1  children because the risk to them has never been

2  greater.

3              CHAIRMAN (SENATOR GARDENHIRE):  Chairman

4  Lamar?

5              SENATOR LAMAR:  Do you feel like parents

6  are not smart enough to protect their children?

7  AKA, if they wanted to take them to one of these

8  shows, do you think that they are not smart enough

9  to know the difference between something that is

10 appropriate or not appropriate?  Are we trying to

11 make decisions for parents with this bill?  Is that

12 what you're saying?

13             WITNESS (Ms. Starbuck):  I think the

14 responsibility is on parents when they see.  The

15 moment they see an adult spreading their legs and

16 rubbing their genitalia in front of their child,

17 that's where their parental rights end and that's

18 where a crime is committed.

19             CHAIRMAN (SENATOR GARDENHIRE):  Senator

20 Lamar?

21             SENATOR LAMAR:  Where are you seeing

22 this going down?

23             WITNESS (Ms. Starbuck):  This has been

24 all over the state documented.  I've documented it.

25 It's been in the mainstream media outlets.  It's

1  been all across our country.

2          SENATOR LAMAR:  Where in Tennessee --

3  can you give me a specific example --

4          WITNESS (Ms. Starbuck):  Boro Pride even

5  recently happened.

6          CHAIRMAN (SENATOR GARDENHIRE):  Ma'am,

7  ma'am.  Let the senator ask her question.

8          WITNESS (Ms. Starbuck):  Oh, okay.

9          SENATOR LAMAR:  I was asking,

10  specifically in Tennessee, can you give me a

11  specific example of where and what was going on that

12  you are saying these acts are going on?

13          WITNESS (Ms. Starbuck):  Yes.  Boro

14  Pride recently happened in Murfreesboro, Tennessee,

15  where an adult performer was talking about their

16  tits and rubbing their genitalia, grinding on the

17  ground and spreading their legs in front of

18  children.  That was one of them.

19          CHAIRMAN (SENATOR GARDENHIRE):  Chairman

20  Lamar?

21          SENATOR LAMAR:  So at a private event,

22  that's an event that someone has discretion to

23  decide to go to.  So why do you feel that it is your

24  responsibility to stop individuals from exercising

25  their freedom to go see a show they choose to go to?

```
 1              WITNESS (Ms. Starbuck):  Oh, it's not my
 2   decision at all.  It's the individual's decision.
 3   But we have laws.  We have current existing statutes
 4   that have to be implemented and followed.
 5              CHAIRMAN (SENATOR GARDENHIRE):  Chairman
 6   Lamar?
 7              SENATOR LAMAR:  Thank you, Mr. Chairman.
 8              CHAIRMAN (SENATOR GARDENHIRE):  I got
 9   it.
10              Chairman Roberts?
11              SENATOR ROBERTS:  Thank you.  I have a
12   question for Landon, but I'm going to reference
13   Senator Lamar, Tennessee Tech, August of this past
14   year.
15              So on Tennessee Tech's campus, a public
16   university, there was a show that performed at -- I
17   believe it was called the Backdoor Theater, and you
18   had posted a. video of this and I guess what I
19   wanted to do was to give you an opportunity, and I
20   apologize if it's graphic, but children were giving
21   money to the performers.  And I'm wondering if you
22   could just -- why are children giving money to a
23   performer?  What was the performer doing that the
24   child was giving money to them for?
25   ///
```

1            CHAIRMAN (SENATOR GARDENHIRE):
2  Ms. Starbuck, you are recognized.
3            WITNESS (Ms. Starbuck):  Thank you.
4            I'm not sure the children are aware
5  what is going on; so this is the problem.  They are
6  seeing adults clap every time an article of
7  clothing is removed, the adults are thunderously
8  clapping.  And so they are making associations
9  seeing that when you take your clothes off, you're
10 rewarded with money and people clap for you, and
11 that is really -- that's the sexual, you know,
12 harms that are being caused here by witnessing
13 something, even if it's not necessary explicit in
14 that particular moment.  But continuing that
15 behavior is sending that message to children and
16 its normalizing that sexual exploitation.
17            CHAIRMAN (SENATOR GARDENHIRE):  Chairman
18 Roberts?
19            SENATOR ROBERTS:  Thank you.
20            CHAIRMAN (SENATOR GARDENHIRE):  Anybody
21 else have any questions for this witness?
22            Seeing none.  Thank you for your time.
23            Now we have -- David Taylor is going to
24 be up here.
25            David, you have three minutes.  We will

1    keep a clock and let you know.  Introduce yourself
2    and tell us who you're with.
3              WITNESS (Mr. Taylor):  Thank you,
4    Mr. Chairman.  I'm David Taylor.  I'm co-owner of
5    four businesses in Nashville.  They are welcoming to
6    everyone but cater predominantly to the LGBTQ+
7    community.  My businesses alone have contributed
8    more than $13 million to the state in the form of
9    sales and liquor taxes since we opened.  And each
10   year more than 200 people made all or part of their
11   livings from our businesses, including 13 full-time
12   and more than 60 guest drag performers with a total
13   annual payroll of $3 million.
14             We're just one of many such businesses
15   in the state.  We're proud of ore performers.
16   Seven have been cast on the national television
17   show, RuPaul's Drag Race, with two placing in the
18   top three of their season.
19             Our shows are fun, lively, campy,
20   theatrical, clever, dramatic, enjoyous [sic], but
21   never of a prurient nature; and our performers are
22   certainly not adult cabaret performers.
23             We know this because we have a
24   Tennessee liquor license and are bound by the
25   Tennessee liquor laws.  These laws are aggressively

1    enforced by the Alcoholic Beverage Commission and

2    prohibit nudity as well as simulated sexual acts

3    and other lewd behaviors.  In our more than 20

4    years in business, we have not received a citation

5    for one of our drag performers.  In short, the

6    Tennessee ABC has never viewed our performers as

7    cabaret or adult performers.

8                   With two decades of monitoring our

9    shows this operation -- in operations is proof.

10   Another business of ours offers a downtown bus tour

11   hosted by drag performers, and it's frustrating to

12   us that a fully costumed drag queen seen through a

13   bus window lip-syncing Tina Turner might be charged

14   under this bill, especially since none of our

15   performers on this bus has ever shown any more skin

16   than a Titans cheerleader on a Sunday afternoon.

17                  This bill places male and female

18   impersonation in the category of strippers, go-go

19   dancers, and exotic dancers, and that's the

20   problem.  The last three, the dancers, are all

21   related to behavior.  Impersonation is solely based

22   on the choice of clothing by a human being.  What

23   someone wears, their outfit, the costume, their

24   makeup, that defines a male or female impersonator,

25   and we're -- we're adding that to a list of

1    unacceptable behaviors that are longstanding.

2              And so what else might that include?

3    Is it the group of birthday girls in Memphis that

4    decide to dress like Elvis for a night and dance on

5    the public street or megastar Harry Styles when he

6    performs in Knoxville in a dress?  Our theaters,

7    TPAC, when they perform "Hairspray", "Chicago", or

8    "Mrs. Doubtfire," could people be arrested and

9    charged for that?

10             If all impersonators are labeled adult

11   cabaret performers, how does that impact liquor

12   laws and my ability to operate the same as I have

13   for the past 20 years?  In so many of our states,

14   hotels, and restaurants offer popular drag brunches

15   as tourist draws.

16             CHAIRMAN (SENATOR GARDENHIRE):  Thirty

17   seconds.

18             WITNESS (Mr. Taylor):  They happen

19   every -- in every one of our major cities and there

20   are at least ten in Nashville alone.  Are their

21   performers subject to arrest and fines, even if a

22   minor walks by and sees the performance of a Dolly

23   Parton impersonator doing "9 to 5."  And I think

24   Dolly Parton even says she's a female impersonator.

25   So, you know, I'm not sure about that.

1          So, you know, when Governor Lee talks
2     about a return to civility, which I certainly
3     applaud, I believe in being civil and welcoming to
4     all Tennesseans.  But this legislation to me isn't
5     about civility or protecting children.  It's about
6     curtailing business and the free expression of our
7     citizens with a giant can of worms in my mind about
8     interpretation and enforcement and so I ask that
9     you oppose this bill.
10          CHAIRMAN (SENATOR GARDENHIRE):  Thank
11     you.  We allowed you to run over, but that's -- you
12     weren't finished and I could tell you weren't.
13          Do we have any questions from the
14     panel?
15          Seeing none, thank you for coming and
16     thank you for your testimony.
17          WITNESS (Mr. Taylor):  Thank you.
18     Appreciate your service.
19          CHAIRMAN (SENATOR GARDENHIRE):  We are
20     now back in session.
21          Is there any comments or questions to
22     the sponsor of the bill?
23          Oh, Senator Roberts -- chairman
24     Roberts?
25          SENATOR ROBERTS:  Thank you,

1  Mr. Chairman.  I have a question for the sponsor,

2  please.

3            CHAIRMAN (SENATOR GARDENHIRE):  Go

4  ahead.

5            SENATOR ROBERTS:  In the previous

6  testimony, there was kind of a list of things

7  that -- that -- are these things that are going to

8  be illegal under this bill?  Because in my reeding

9  of the bill as amended, I don't see that these

10  things are illegal.

11           Could you share your insight on that,

12  please?

13            CHAIRMAN (SENATOR GARDENHIRE):  Thank

14  you.

15            Leader Johnson?

16            SENATOR JOHNSON:  Thank you,

17  Mr. Chairman.

18            No.  The gentleman who testified just

19  most recently, it was a gross mischaracterization

20  of the bill.  And I would encourage anyone who is

21  watching at home or here today to be aware of that.

22  He mentioned several hypothetical examples of

23  someone, a female dressed as Elvis or someone

24  dressed as Dolly Parton.  I don't know how I can be

25  more clear, Mr. Chairman.  This bill only deals

1   with sexually explicit, sexually graphic

2   entertainment.

3            Another thing that was brought up by

4   the most recent witness is relative to the

5   definition of adult cabaret.  That definition

6   already exists.  It's in statute 7-51-1401, "'adult

7   cabaret' means a cabaret that features topless

8   dancers, go-go dancers, exotic dancers, strippers,

9   male or female impersonators, or similar

10  entertainers."

11           That is language that has been on the

12  books for many, many decades.  The legislation that

13  I'm bringing you today does nothing to change, to

14  add or subtract to that.  The bill I'm bringing you

15  today simply says that if it's adult-themed

16  sexually explicit entertainment -- and I think

17  we've already talked about what that is, and we

18  certainly recognize and acknowledge that different

19  people may have different opinions of what is

20  inappropriate when it's performed in front of

21  minors.

22           But that's what we're referring to --

23  to simply say that cannot take place in a public

24  area where there's a reasonable expectation where

25  if you take to your kids or your grandkids to a

1  public park that they're not going to be confronted

2  with someone performing sex acts or simulating sex

3  acts as a form of entertainment.  I don't believe

4  that is unreasonable.

5           Similarly, if that type of

6  entertainment is to take place in a private venue,

7  you simply have to check the IDs at the door and

8  make sure there's no kids coming in.

9           That's all the bill does, Mr. Chairman.

10 I appreciate the committee's support.

11           CHAIRMAN (SENATOR GARDENHIRE):  Thank

12 you.

13           Chairman Roberts, any follow-up

14 questions?

15           Any other questions from the panel?

16           Seeing none, are we ready to vote?

17           Madam Secretary, call the roll.

18           MADAM SECRETARY:  Senator Kyle?

19           SENATOR KYLE:  (Response off

20 microphone.)

21           MADAM SECRETARY:  Senator Lamar?

22           SENATOR LAMAR:  No.

23           MADAM SECRETARY:  Senator Lundberg.

24           SENATOR LUNDBERG:  Aye.

25           MADAM SECRETARY:  Chairman Roberts?

```
 1                    REPRESENTATIVE ROBERTS:  Aye.

 2                    MADAM SECRETARY:  Senator Rose?

 3                    SENATOR ROSE:  Aye.

 4                    MADAM SECRETARY:  Senator Stevens?

 5                    SENATOR STEVENS:  Aye.

 6                    MADAM SECRETARY:  Senator Taylor?

 7                    SENATOR TAYLOR:  Aye.

 8                    MADAM SECRETARY:  Senator White?

 9                    SENATOR WHITE:  Aye.

10                    MADAM SECRETARY:  Senator Gardenhire?

11                    SENATOR GARDENHIRE:  Aye.

12                    MADAM SECRETARY:  Chairman, you've got

13     one "no" and seven "ayes."

14                    THE COURT:  Thank you, Madam Secretary.

15     The bill passes and goes to calendar.

16                    SENATOR ROBERTS:  Thank you, Mr.

17     Chairman, Members.

18                         [END OF SESSION]

19

20

21

22

23

24

25
```

```
 1                       *   *   *

 2     IN THE SENATE FLOOR SESSION - 7th LEGISLATIVE DAY
                  TENNESSEE GENERAL ASSEMBLY
 3

 4
                       February 6, 2023
 5

 6              (WHEREUPON, on the above date, there

 7     came up for consideration in the Senate Floor

 8     Session - 7th Legislative Day of the Tennessee

 9     General Assembly, Senate Bill 0003, sponsored by

10     Senator Johnson and others.  Discussion pertaining

11     to this bill was as follows):

12

13              MR. CLERK:  Mr. Speaker, on the regular

14     calendar, Item Number 1, Senator Johnson on third

15     and final consideration.

16              CHAIRMAN (Senator McNally):  Leader

17     Johnson, you are recognized.

18              SENATOR JOHNSON:  Thank you,

19     Mr. Speaker.  Members, what I would like to do on

20     this bill is momentarily I'm going to move it for

21     passage and defer to Chairman Gardenhire.  There is

22     an amendment that makes the bill and I'd like to get

23     that amendment properly before us.  And then I have

24     been asked by a member to roll this until Thursday,

25     and I'm happy to honor that request because of our
```

1  limited time here on the floor.  I expect there to

2  be a bit of discussion on this bill, and so I'm

3  happy to honor the request from my fellow member.

4          I move passage of Senate Bill 0003,

5  third and final consideration.

6          CHAIRMAN (Senator McNally):  That's a

7  proper motion for passage on Senate Bill 0003.  It's

8  properly seconded.

9          Senator Gardenhire?

10          SENATOR GARDENHIRE:  Thank you,

11  Mr. Speaker.  I move Amendment Number 1 for adoption

12  and yield to the sponsor for an explanation.

13          CHAIRMAN (Senator McNally):  Senator

14  Gardenhire moves Amendment Number 1.  Seconded, by

15  the sponsor.

16          Leader Johnson, you're recognized.

17          SENATOR JOHNSON:  Thank you,

18  Mr. Speaker.  Now that we've got this in our proper

19  position for consideration on Thursday, I ask that

20  we roll it to Thursday next, please, sir.

21          CHAIRMAN (Senator McNally):  Without

22  objection, Thursday next.

23                  [END OF SESSION]

24

25

1                          *   *   *

2        IN THE SENATE FLOOR SESSION - 8th LEGISLATIVE DAY
                   TENNESSEE GENERAL ASSEMBLY
3

4                        February 9, 2023

5

6                (WHEREUPON, On the above date, there

7    came up for consideration in the Senate Floor

8    Session - 8th Legislative Day of the Tennessee

9    General Assembly, Senate Bill 0003, sponsored by

10   Senator Johnson and others.  Discussion pertaining

11   to this bill was as follows):

12

13                CHAIRMAN (Senator McNally):  You are

14   recognized on Senate Bill 0003.

15                SENATOR JOHNSON:  Thank you, Mr.

16   Speaker.

17                Members, I move passage of Senate Bill

18   0003 on third and final consideration for purposes

19   of bringing up a judiciary committee amendment that

20   makes the bill.

21                CHAIRMAN (Senator McNally):  That's a

22   proper motion.  Properly amended.

23                Mr. Clerk?

24                MR. CLERK:  Amendment Number 1 by Senate

25   Judiciary Committee.

1          CHAIRMAN (Senator McNally):  Chairman
2  Todd you're -- Garden- -- excuse me -- Chairman
3  Gardenhire, you are recognized.
4          SENATOR GARDENHIRE:  Thank you,
5  Mr. Speaker.  Amendment 1 drafting code 3058 makes
6  the bill.  I yield to the sponsor for explanation of
7  the amendment.
8          CHAIRMAN (Senator McNally):  That's a
9  proper motion.  Properly seconded by committee.
10          Senator Johnson, you are recognized on
11  the amendment.
12          SENATOR JOHNSON:  Thank you, Mr.
13  Speaker.  And, yes, the judiciary committee
14  amendment does make the bill.  As amended, Senate
15  Bill 0003 would clear up confusion that exists in
16  the law relative to adult-oriented performances and
17  specified that they may only be held in
18  age-restricted venues as is worded in current law
19  and may not be held on publicly owned property.
20          Under current law, Mr. Speaker,
21  businesses that provide predominantly
22  adult-oriented entertainment must be licensed and
23  age restricted to prevent children from entering
24  that venue.
25          This bill would simply clarify that if

1  this type of adult-oriented entertainment occurs in
2  locations that are not required to be reregulated
3  under the current adult entertainment law because
4  it is not the predominant business of that
5  establishment, let's say like a restaurant, for
6  example, that they have to make sure if that type
7  of explicit entertainment is taking place that the
8  venue is age restricted so that it won't be made
9  available to children.
10         The bill only applies to performances
11  that appeal to a prurient interest, which are those
12  performances that are overtly sexual in nature.
13  This is a well-understood term in Tennessee
14  obscenity case law surrounding what it means to
15  appeal to a prurient interest.  With this bill, Mr.
16  Speaker, only the entertainer who acts in violation
17  of this law would be subject to the criminal
18  penalty, not the business where the performance
19  took place.
20         And, Mr. Speaker, if I could, in the
21  definition section of the bill -- there have been a
22  lot of accusations about -- that this bill will ban
23  this and this bill will ban that.  I want to read
24  the cross-referenced section, which comes from
25  39-17-901.  And in that chapter, which is basically

1   our obscenity chapter, there is a term "harmful to

2   minors."  That has been in our code for many years

3   -- "harmful to minors."

4           And here's the definition of "harmful

5   to minors."  It means that "quality of any

6   description or representation, in whatever form, of

7   nudity, sexual excitement, sexual conduct, excess

8   violence, or sadomasochistic abuse, when the matter

9   or performance" -- and I want you to listen very

10  clearly to those three triggers that have to be

11  met.

12          "If that type of entertainment would be

13  found by the average person applying contemporary

14  community standards to appeal to a pre- -- or

15  appeal predominantly to the prurient interest,

16  shameful or harmful or morbid interest of minors,

17  or the second of those three prongs is patently

18  offensive to prevailing standards in the adult

19  community as a whole with respect to what is

20  suitable for minors."  And the final trigger that

21  has to be met is "taken as a whole lacks serious

22  literary, artistic, political, or scientific values

23  for minors."

24          Now, Mr. Speaker and Members, I would

25  submit for your consideration that that's a pretty

1    tight definition.  And if something that meets that

2    standard, the existing definition of what is

3    harmful to a minor in current statute -- we're not

4    rewriting that -- we are applying the definition,

5    the term "harmful to minors" as it exists in our

6    current obscenity statute, and we're saying that

7    you can't do that in a public park.  You can't do

8    that in a restaurant where kids are present.  And

9    we all know, we've seen videos that have surfaced

10   from here in Tennessee and places elsewhere in the

11   country and watched them and were appalled and

12   heard from hundreds, if not thousands, of our

13   constituents wanting to know why in the world this

14   type of overtly sexual entertainment could be

15   taking place in a public area where kids are

16   present.

17            And, frankly, we didn't have a good

18   answer, because the law didn't address it.  This

19   bill fixes that and will make sure that that type

20   of entertainment takes place in an age-restricted

21   venue where it can take place now.  And if it's

22   going to take place somewhere else, it can't take

23   place with this bill on any public property.  And

24   if you want to have that kind of entertainment in

25   your private business, that's fine.  You just can't

1 let kids in.  I don't think that's terribly

2 unreasonable, Mr. Speaker.

3          I second the motion on the adoption of

4 the amendment.

5          CHAIRMAN (Senator McNally):  Discussion?

6          Senator Massey, you are recognized.

7          SENATOR MASSEY:  Thank you, Mr. Speaker.

8 And will the sponsor yield?

9          CHAIRMAN (Senator McNally):  The sponsor

10 yields.

11          SENATOR MASSEY:  Thank you, Mr. Speaker.

12          And, Leader, just to confirm, signing

13 this would not prevent someone dressed up as

14 Whitney Houston singing Whitney Houston songs with

15 none of the sexual parameters involved, they

16 would -- that would still be allowed?

17          CHAIRMAN (Senator McNally):  Leader

18 Johnson?

19          SENATOR JOHNSON:  That is correct,

20 Mr. Speaker.  That is an accurate statement and,

21 again, I will refer anyone who has a question about

22 what it applies to and what it doesn't to go to

23 39-17-901 and read the existing definition of what

24 is harmful to a minor that has existed for many

25 years.

1           CHAIRMAN (Senator McNally):  Senator

2    Massey, you are recognized.

3           SENATOR MASSEY:  Thank you, Mr. Speaker.

4           And just another clarification because

5    these are questions I've been asked, it wouldn't

6    prevent a high school drama club that was at a

7    girls-only school performing "Newsies," the play

8    "Newsies," where it's all young boy newspaper

9    sellers, it wouldn't prevent them from dressing up

10   as guys and performing that play?

11          CHAIRMAN (Senator McNally):  Leader

12   Johnson, you are recognized.

13          SENATOR JOHNSON:  Thank you,

14   Mr. Speaker.

15          That is absolutely correct.

16          CHAIRMAN (Senator McNally):  Senator

17   Massey, you are recognized.

18          SENATOR MASSEY:  Thank you, Mr. Speaker.

19          And I think the key -- you know, a lot

20   of the e-mails we've been getting talks about

21   artistic expression and different things like that.

22   But the key is is basically lewd, sexual acts that

23   are not appropriate in open forum.  They're not

24   appropriate for young kids.  And, you know, you got

25   to be 18 to get a tattoo.  I mean it's -- you know,

1  I mean, it -- but we want to, you know, have the

2  door open that they can go see overt nudity and

3  sexual acts or the depiction of sexual acts, I'm

4  sorry.  That's not what Tennessee is about, and I

5  am supporting the bill.

6              THE COURT:  Senator Campbell, you are

7  recognized.

8              SENATOR CAMPBELL:  Thank you,

9  Mr. Speaker.  Would the sponsor please yield for a

10 question?

11             CHAIRMAN (Senator McNally):  Sponsor

12 yields.

13             SENATOR CAMPBELL:  Could the sponsor

14 give us an example of how this law would be applied

15 and enforced.

16             CHAIRMAN (Senator McNally):  Leader

17 Johnson, you are recognized.

18             SENATOR JOHNSON:  Thank you,

19 Mr. Speaker.

20             It would be enforced like any other law

21 that we have on the books, with law enforcement and

22 prosecutors.

23             CHAIRMAN (Senator McNally):  Senator

24 Campbell, you are recognized.

25             SENATOR CAMPBELL:  Thank you,

1    Mr. Speaker.

2          So to the sponsor, I'm trying to

3    understand exactly a scenario.  Could the sponsor

4    please take us through a scenario in which this law

5    would be applied and then enforced.

6          CHAIRMAN (Senator McNally):  Leader

7    Johnson, you are recognized.

8          SENATOR JOHNSON:  If someone -- thank

9    you, Mr. Speaker.

10         If someone violates the law and there

11   is evidence presented to a prosecutor, the

12   prosecutor can file criminal charges against the

13   person who violated the law.  Again, like every

14   other criminal law we have on the books.

15         CHAIRMAN (Senator McNally):  Senator

16   Campbell, you are recognized.

17         SENATOR CAMPBELL:  So thank you,

18   Mr. Speaker.  I was hoping for an actual example,

19   because it's a little perplexing, you know.

20         Unless I'm mistaken, this is the

21   federal standard for obscenity, and I think the

22   sponsor just described this as being already the

23   federal standard for obscenity, which would already

24   be enforceable and for it to apply to a drag show

25   or to other situations.  The drag show component of

1  this is irrelevant and it's never been found to be
2  obscene under the same standards as applied at the
3  federal level.
4          If I murdered someone, I broke the law.
5  If new state-level legislation says that I've
6  broken the law if I murder somebody while I'm
7  wearing a dress, then it's inefficient at best.
8          Drag is a form of creative expression
9  like any other dance, fashion, music.  The
10 essential elements of a drag performance are all
11 protected by the First Amendment.  And laws such as
12 this are inherently applied according to standards
13 within a particular community at a particular time,
14 and they could easily have been applied to swimsuit
15 attire; in the 1920's, if it was anything less than
16 a full body suit or a dress that revealed women's
17 ankles.
18          You know, my husband wore a kilt to our
19 wedding -- because we're Campbells, right -- and
20 was he wearing a skirt and would that be considered
21 cross-dressing and when we kissed at the end of the
22 ceremony in front of all of the children who were
23 present, were we arguably violating this law?
24          This just highlights the absurdity of
25 attempting to police people's thoughts.  As a

1  matter of fact, this is the beginning of the same

2  policies women in Iran are risking their lives to

3  oppose by being forced to wear a burqa.

4          Look, I saw the videos.  I saw the

5  videos that led to this effort and I understand why

6  people are alarmed.  I really do.  But, again,

7  apparent and obscene behavior is already covered

8  under federal law.  I'm sure that most of us also

9  saw the self-proclaimed Nazis who were protesting

10  drag shows.  Is that who we want to align ourselves

11  with?  That's the wrong side of history.  Lord, at

12  least I hope it's the wrong side of history.

13          These are the strings of fascism.

14  Leveraging fear of others may be politically

15  advantageous, but it's the antithesis of good

16  governance, and I know we all know this deep in our

17  hearts because it's in the stories that we tell

18  each other.  It's in "To Kill a Mocking Bird," and

19  "Schindler's List," and even "Star Wars."

20          We know we should do onto others as we

21  would have done onto us.  Our LGBT+ community are

22  rightful citizens and beloved friends and family

23  members and the horrible attacks that we wage upon

24  this with this slate of hate legislation only hurts

25  people.  We were elected to solve problems, support

1  our constituents, and we have serious issues to

2  address like health care, inflation, education,

3  food deserts, litter, traffic.  We won't, we can't,

4  and we shouldn't take rights away from and cancel

5  our own citizens just because they are different

6  from us in some way.

7           With deep -- truly deep respect for the

8  sponsor, Mr. Speaker, I will be voting against

9  this.

10           CHAIRMAN (Senator McNally):  Senator

11  Akbari, you are recognized.

12           SENATOR AKBARI:  Thank you, Mr. Speaker.

13           And I just need some clarification.  I

14  had a constituent reach out to me.  She is a

15  performer at an establishment in my district.  They

16  do a brunch every week, they do a bingo brunch,

17  families bring their children there and the

18  brunch -- it's a drag brunch.

19           So to the sponsor of this legislation,

20  would that impact their ability to have those types

21  of events?

22           CHAIRMAN (Senator McNally):  Leader

23  Johnson, you are recognized.

24           SENATOR JOHNSON:  Thank you,

25  Mr. Speaker.

1            Members, I'm going to read this again

2   because we could be here all day coming up with

3   hypothetical scenarios and asking me does it apply

4   to this or does it apply to that.

5            To my friend from Shelby County, the

6   person who contacted you asking about whether it

7   would apply to them and your question, I would say

8   are they doing something that is defined in our

9   statute as harmful to a minor?  Are they doing

10  something that involves "nudity, sexual excitement,

11  sexual conduct, excess violence, or sadomasochistic

12  abuse, whether -- when the matter or the

13  performance would be found by the average person

14  applying contemporary community standards to appeal

15  predominantly to the prurient, shameful, or morbid

16  interest of minors?"  That's first prong.  I could

17  read the other two.

18           So for everyone else that's wanting to

19  stand up and talk about kissing their husband at

20  their wedding wearing a kilt, again, I'm going to

21  refer you back to what I said in the opening stand,

22  and I'm prepared to be here all day, Mr. Speaker,

23  and answer questions about does it apply to this or

24  does it apply to that?  But every single time you

25  ask me that, I'm going to refer you back to what I

1   read originally, the definition of what is harmful

2   to a minor.

3          CHAIRMAN (Senator McNally):  Senator

4   Akbari, you're recognized.

5          SENATOR AKBARI:  Thank you, Mr. Speaker.

6   And I have read the statute and the existing statute

7   that defines obscenity within our state.  I am

8   asking specific questions because of concerns from

9   my constituents and we want to really ascertain the

10  legislative intent, because we all know that there

11  are certain things in statute, but there's also --

12  if there ever is any sort of review of the

13  legislation, it's important to have more than just

14  the statute as a part of that intent.

15          My next question, Mr. Speaker, with

16  your indulgence, has to do -- and I'm going to be

17  specific -- because I want a specific answer and

18  not a statute -- has to do with those who have

19  pride performances.  I represent downtown Memphis.

20  The pride parade is in my district every year and

21  there are people who are dressed in drag attire.

22          I want to know specifically if this

23  would afringe [sic] those people who live in

24  Tennessee and vote in Tennessee and pay taxes in

25  Tennessee -- would it afringe their rights to be

1   able to participate in pride performances?

2            CHAIRMAN (Senator McNally):  Leader

3   Johnson, you are recognized.

4            SENATOR JOHNSON:  Thank you,

5   Mr. Speaker.

6            Members, if you get questions from any

7   of your constituents about whether or not this is

8   going to apply to an event that they wish to hold

9   or some type of entertainment that they would like

10  to present, I would encourage you to direct them to

11  the obscenity statute, 39-17-901.  And if they're

12  going to be doing anything that is in that

13  obscenity statute that has been defined in this

14  state as harmful to a minor for many years, then

15  not allowing children to be there.

16           By the way, they can have the event.

17  They can have any event they want to.  But if it's

18  going to meet that standard of harmful to a minor

19  that's been in our code for many years, just don't

20  let the kids there.  It's that simple.

21           CHAIRMAN (Senator McNally):  Senator

22  Akbari, you are recognized.

23           SENATOR AKBARI:  Thank you, Mr. Speaker.

24           Obscenity has been defined in our code

25  for quite some time so it seems that people are

1  already protected from any sort of obscene acts

2  from taking place in public.  This seems

3  specifically targeted, and I will be voting no.

4          And to my constituents that feel that

5  this legislation threatens who they are and who

6  they seek to be, I hope that they know they have

7  folks fighting for them to preserve their

8  expression and their freedom in this state.

9          CHAIRMAN (Senator McNally):  Senator

10  Yarboro, you're recognized.

11          SENATOR YARBORO:  Thank you, Mr.

12  Speaker.

13          And I rise somewhat in surprise that

14  the sponsor insists that this is just a simple

15  matter of directing people to these three lines in

16  our code as if that's some sort of simple

17  explanation of what's contemplated here.

18          That standard is a community-based

19  standard.  There's 31 -- there will be 31 different

20  versions of what this means, one for every judicial

21  district in the state.  What's going to count as

22  sexual excitement is going to depend on what a jury

23  in one county or a different county thinks; so this

24  is not some simple thing.

25          And even that, he's -- the sponsor is

1    correct that after a few tries and several
2    constitutional litigations, we've ended up with
3    sort of this constitutional -- this statutory
4    regime and yet the language that he's citing, we
5    used to talk about books and movies and items and
6    the things that can actually be reviewed in courts.
7    But like, we're not dealing with that, we're
8    dealing with performances.
9              In our code right now, and what this
10   bill does, this legislation is going into Title
11   7-51 [sic], which is about adult-oriented
12   establishments.  Those are a few hundred places in
13   the whole state that are subject to super specific
14   licensing regulations, and rules.  But then it's
15   applying that standard effectively to the world
16   anywhere in public or anywhere where any child
17   could view, and not just views, like anywhere where
18   a child could view a performance.  So one out of
19   four or five people is a child in Tennessee --
20   basically everywhere.
21             My neighbor's backyard is a place where
22   a child can view.  Like the park across the street,
23   obviously, a place where a child can view.  Almost
24   anywhere is going to fall under this.  And so we're
25   taken what is a -- what we all know is a really

1   specific set of institutional rules that our state

2   has fallen short of adhering to in the past and we

3   are applying them not to the specific set of adult

4   materials and pornographic materials that are

5   distributed across the state, not to specifically

6   targeted adult-oriented establishments, but to the

7   world.

8            We're letting the police sort of start

9   looking for that type of activity in each and every

10   performance and the sponsor, Mr. Speaker, he

11   insists that this is not intended to go after all

12   of these different hypotheticals, and I don't

13   question that it is.  I think we know what it's

14   intended to go after.  But there are lots of things

15   that would fall under the definition of this.

16            There are lots of your counties where

17   there is still a powderpuff football game where

18   high school boys will wear cheerleader outfits and

19   short skirts and, like, you think there's any

20   possibility that a 16, 17-year-old boy has ever

21   once made a sexually suggestive conduct while

22   performing as a cheerleader in one of those?  If

23   you don't think so, you probably haven't met a

24   17-year-old boy.

25            You think about Carnicus at UT.  I

```
 1   mean, it's easy to sort of say, yeah, we're not

 2   going after Shakespeare's Twelfth Night, but there

 3   are numerous performances that are much more bawdy,

 4   that involve, you know, performers going into a

 5   specific place, into things that are sexually

 6   suggestive and have questionable artistic value,

 7   but we usually don't police those with the power of

 8   the State.  But that's what we're doing here.

 9   We're sending this off into the world.  And, I

10   mean, maybe that's not the intent but it's only the

11   intent because we're telling people that's not the

12   intent is.

13             And what the sponsor says, that this

14   was -- you know, isn't targeting a group, but the

15   day this bill was filed, Mr. Speaker, my friend,

16   the sponsor, cited that this was being filed in

17   response to controversial drag shows across the

18   state.  That's what he said the day he filed it,

19   Mr. Speaker.

20             And I don't -- I agree with people's

21   concerns.  I understand.  I'm a parent of small

22   children.  There is no way in the world that I want

23   to see -- that I want to be somewhere where my

24   children could be exposed to sexually explicit or

25   improper or already obscene, vulgar conduct.  But
```

1  that's already illegal.

2        And so I'm not sure what this does

3  except go after what has been deemed controversial

4  drag shows and we know that there are nine other

5  states that are considering legislation that are

6  about drag shows, and I just think that we are

7  going down a dangerous road here, folks.  We're

8  supposed to, at the baseline, believe in freedom

9  and that laws should be pretty narrowly tailored.

10  This law applies everywhere in our state and puts

11  citizens in a place to call on the police, to call

12  on prosecutors anytime they think somebody isn't

13  raising their kids right, anytime they think

14  there's a performance that they don't agree with,

15  and that is a dangerous road to walk down,

16  Mr. Speaker.

17        CHAIRMAN (Senator McNally):  Senator

18  Kyle, you are recognized.

19        SENATOR KYLE:  Thank you, Mr. Speaker.

20        And with all due respect to the

21  colleague who has brought this bill, I would ask

22  that he would yield for questions and

23  clarification.

24        CHAIRMAN (Senator McNally):  He yields.

25        SENATOR KYLE:  I don't mean to aggravate

1    you or make you repeat a hundred times the law.  My

2    issue is twofold.  With due respect, there's always

3    unintended consequences.  And if this should become

4    a lawsuit because the standards aren't defined --

5    there's a difference -- for example -- if I was a

6    lawyer, I would be looking at sexual conduct as

7    Tyler Perry -- the famous icon Hollywood star, plays

8    a role called Madea.  And if he would come and play

9    that role for us here at the performing arts center

10   or the Memphis Orpheum and did a death drop, that

11   might be considered sexual where other ones of us

12   might consider it comedy.

13            Arkansas brought a case -- and this is

14   what I'm getting to -- and the reason they brought

15   that case under the First Amendment, selective

16   prosecution, even under the obscenity statute, what

17   is, what isn't; what behavior is not acceptable,

18   what class of people are not acceptable.  You have

19   different mindsets on selective prosecution.

20            And, Leader Johnson, people choose

21   careers.  Whether I agree with their career,

22   whether I don't agree with their career, even with

23   my four children, they all have different jobs in

24   this nation, one is an engineer and I can't even

25   spell coding.  It's -- whether I agree with her

1    taking that job or not, that is up to her.  And if

2    we start criminalizing morality, behavior, then

3    we're in a quagmire; our attorney general, this

4    state, may spend millions of dollars on a lawsuit

5    because we've taken somebody's livelihood away.  I

6    might not agree with their career choice, but we

7    can't take their careers away.  We just don't go to

8    those shows or have our children there.

9             Now, under this First Amendment issue,

10   are we -- are we criminalizing or trying to find

11   moral standards?

12            Thank you.  And I appreciate your

13   patience.  I will look back again and reread

14   obscenity.  That is an open interpretation.  And

15   please have patience with me.  I'm just trying to

16   talk and vet this out.  Thank you, sir.

17            CHAIRMAN (Senator McNally):  Thank you,

18   Senator Kyle.

19            Leader Johnson?

20            Do I have --

21            Senator Oliver, you are recognized.

22            SENATOR OLIVER:  Thank you, Mr. Speaker.

23   I've got numerous e-mails about this bill, and I am

24   just appalled that we are introducing legislation

25   before this body on the basis of it being "harmful

1   to minors."  We have issues in our DCS that is

2   having harm -- doing harm to minors.

3              Just this May, there was a report that

4   came out that pastors in this state are sexually

5   abusing children in the Southern Baptist

6   Convention.  And the last time I checked, this body

7   did not have a resolution to condemn that sexual

8   behavior, but we are using artistic expression

9   subjectively to say that drag shows are being

10  criminalized.  And so I just find it appalling that

11  the leader cannot give us a scenario in which this

12  bill would be obscene to minors.

13             In my district, the TSU Sophisticated

14  Ladies are a dance group.  They perform at football

15  games.  They wear wigs.  They put on extravagant

16  makeup.  They wear costumes and they gyrate and

17  squat and dance with their hips, with their legs

18  open, and that is a form of dance and artistic

19  expression.

20             So are you telling me, Mr. Leader, that

21  students who go to college to perform and get a

22  scholarship to dance, will they be criminalized in

23  this bill as of form of obscene behavior?  Because

24  we're bringing kids to a football game, will

25  parents be able to, now, not be allowed to bring

1  their kids into a football game because we're

2  criminalizing artistic expression?

3              CHAIRMAN (Senator McNally):  Thank you,

4  Senator.

5              Leader Johnson?

6              Senator Roberts, you're recognized.

7              SENATOR ROBERTS:  Thank you,

8  Mr. Speaker.  I really had no intention on speaking

9  on this bill and I've just sat and listened to the

10 various comments that have been made, and I just

11 feel compelled to say something.

12             There are a lot of distractions from

13 the real issue here.  I'm hearing things like hate

14 legislation, talking about canceling the LGBTQIA+

15 community, you know, costing people their careers.

16 Tyler Perry, "Star Wars," I mean, these are all

17 distractions from the real issue.

18             The issue is simply this.  Each one of

19 us saw videos, or at least I hope we did.  We saw

20 videos of performances of at Tennessee Tech

21 University, Murfreesboro, Nashville, places across

22 the state where entertainers or performers

23 simulated anal sex, oral sex, other graphic

24 activities with children sitting a few feet away

25 from them.  If you're in favor of that, then go

1    right ahead, vote against this bill.  But I thought

2    we were about protecting children and protecting

3    children against people and -- you know what, if a

4    man showed up and exposed himself to your child,

5    you would absolutely hope that the sheriff would

6    arrest that person and the DA would prosecute that

7    person.

8              It's just unbelievable to me that we

9    sat here and saw videos of people simulating sex

10   acts in front of children and no one was arrested

11   and no one was prosecuted and the word came back to

12   us that the law was not clear enough, it wasn't

13   specific enough, it wasn't strong enough that a

14   prosecutor felt like they could get in front of a

15   judge and get a conviction.

16             And so what we did is what we do all

17   the time.  We took a look at TCA and we said, you

18   know what, we need to strengthen that law because

19   in the state of Tennessee, we don't think it's

20   appropriate for grown men to perform in front of

21   children simulated sex acts.  That's what this is

22   about.

23             It's not about Tyler Perry dressing up

24   as a woman and performing at TPAC.  It's not about

25   canceling anybody.  It's not even about telling

1   drag performers that they can't perform.  It's

2   simply saying you cannot simulate sex acts in front

3   of a child.  And, again, because prosecutors came

4   to us and said they didn't think the law was strong

5   enough to be able to do that, that's what this bill

6   is about.  And for somebody to make it an attack on

7   a certain group of people is not what it's about.

8            If you saw the video, I'm sure you were

9   outraged.  And you know what, no, I would not take

10  my children there.  But furthermore, I don't want

11  other people's children being exposed to that too.

12  We do stuff all the time that protects children.

13  Why suddenly are we having an argument about

14  whether or not this bill is the right thing?  It

15  protects children.

16           I appreciate the sponsor bringing the

17  bill.  I'm sorry that we sat here and had a

18  discussion about it for 30 minutes.  And, again, I

19  hadn't planned on saying anything and I --

20  everybody who has gotten up and spoken, I have the

21  deepest respect for but I just want to ask you to

22  focus on this issue.  And I know you're getting

23  pounded with e-mails from constituents who are

24  trying to make it something that it's not, and I

25  know you feel like you have to respond to those

1  constituents, but sometimes what we have to do is

2  tell our constituents this bill is not what you

3  think it is.  What we're trying to do is we're

4  trying to protect children but a very small group

5  of people in very isolated incidents that are

6  simulating sex acts in front of children.  And then

7  to add insult to injury, to watch a child take a

8  dollar bill and go put it, you know, in the

9  G-string or whatever of that performer just was too

10 much.  And it's time that we say to our DAs, to our

11 sheriffs, to our law enforcement that we're not

12 going to tolerate this kind of activity.  It's

13 going to be illegal in Tennessee.

14              Thank you, Mr. Speaker.

15              Thank you, Senator Roberts.

16              Senator Bailey, you're recognized.

17              SENATOR BAILEY:  Thank you, Mr. Speaker.

18 I call the question.

19              CHAIRMAN (Senator McNally):  The

20 question has been called.

21              I did have someone else in line.

22              Will you yield on that?

23              So the question has been called on

24 Senate Bill 0003.  We're on the amendment.

25              All in favor of the amendment will vote

```
 1    "aye" when the bell rings; all opposed vote "no."
 2              We do a voice vote.  Let's do a voice
 3    vote on that.
 4              All in favor of the amendment say
 5    "aye."
 6              MEMBERS:  (Collectively) Aye.
 7              CHAIRMAN (Senator McNally):  Opposed?
 8              MEMBERS:  (Collectively) Nay.
 9              CHAIRMAN (Senator McNally):  The ayes
10    carry.
11              The ayes carry.
12              We are on the bill as amended, Senate
13    Bill 0003.
14              Any additional discussion?
15              The vote has been called.
16              Senator -- I will let Leader Johnson
17    close.
18              SENATOR JOHNSON:  Thank you, Mr. Speaker
19    and Members.  I appreciate the discussion.
20              In closing, I do want to echo something
21    that my friend from Robertson County said.  There
22    was a lot of mischaracterization of this bill
23    coming from the opponents of it.  And I don't know
24    if that is intentional because you want to
25    misrepresent the bill and make it look like we're
```

1  trying to attack a certain segment of our

2  population when we're not or if you didn't read the

3  bill.  It's one of those two, because if you read

4  the bill and you understand the bill, then a lot of

5  the comments that were made were clearly

6  mischaracterizing, misrepresenting the bill.

7          That's why I was very intentional in my

8  opening remarks, Mr. Speaker.  This bill only

9  applies to something that would be found by the

10 average person applying contemporary, community

11 standards to appeal predominantly to the prurient,

12 shameful, or morbid interest of minors, and -- not

13 or -- and is patently offensive to prevailing

14 standards in the adult community as a whole with

15 respect to what is suitable for minors and -- not

16 or -- and takes as -- takes as whole -- or rather

17 taken as whole, like serious literary, artistic,

18 political, or scientific values for minors.

19          That's what the bill applies to and I

20 appreciate your support.

21          CHAIRMAN (Senator McNally):  We are on

22 the board.

23          All of those in favor will vote "aye"

24 when the bill rings.  Those opposed, vote "no."

25          Mr. Clerk?

1            Has every member voted?  Does any

2   member wish to change their vote?

3            MR. CLERK:  Ayes, 26; six nays.

4            CHAIRMAN (Senator McNally):  Senate Bill

5   0003, having received the constitutional majority,

6   is adopted.  Without objection, the motion to

7   reconsider goes to table.

8                    [END OF SESSION]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                      *   *   *

2      IN THE HOUSE FLOOR SESSION - 9th LEGISLATIVE DAY
                TENNESSEE GENERAL ASSEMBLY
3

4                   February 23, 2023

5

6             (WHEREUPON, On the above date, there

7   came up for consideration in the House Floor Session

8   - 9th Legislative Day of the Tennessee General

9   Assembly, Senate Bill 0003, sponsored by

10  Representative Todd and others.  Discussion

11  pertaining to this bill was as follows):

12

13            MR. CLERK:  House Bill 0009 by Chairman

14  Todd and others relative to adult-oriented

15  performances, Mr. Speaker, the senate bill is on the

16  desk.

17            CHAIRMAN (Rep Sexton):  Chairman Todd,

18  you are recognized.

19            REPRESENTATIVE TODD:  Thank you, Mr.

20  Speaker.  I move to substitute and conform to Senate

21  Bill 0003.

22            CHAIRMAN (Rep Sexton):  Chairman Todd

23  moves to substitute and conform Senate Bill 0003.

24            Properly seconded.

25            Without objection, so ordered.
```

```
1              Chairman Todd?

2              REPRESENTATIVE TODD:  Thank you,

3    Mr. Speaker.  I move passage of Senate Bill 0003 on

4    third and final consideration.

5              CHAIRMAN (Rep Sexton):  Chairman Todd

6    moves passage on Senate Bill 0003 on third and final

7    consideration.

8              Properly seconded.

9              Mr. Clerk, call the first amendment.

10             MR. CLERK:  House Criminal Justice

11   Committee Number 1.

12             CHAIRMAN (Rep Sexton):  Chairman Hulsey,

13   you are recognized.

14             REPRESENTATIVE HULSEY:  Thank you,

15   Mr. Speaker.

16             This amendment rewrites the bill and I

17   move adoption to House of Criminal Justice

18   Committee, Amendment Number 1, and defer to the

19   sponsor for further explanation.

20             CHAIRMAN (Rep Sexton):  Chairman Hulsey

21   moves adoption to House Amendment Number 1.

22             Properly seconded.

23             Any discussion on the amendment?

24             All those in favor of adoption of House

25   Amendment Number 1 say "aye."
```

1              Aye.

2              All those opposed, say no.

3              The ayes have it.

4              Next amendment, Mr. Clerk.

5              MR. CLERK:  Mr. Speaker, no further

6    amendments.

7              CHAIRMAN (Rep Sexton):  Chairman Hulsey,

8    you are recognized.

9              Oh, I'm sorry.  Chairman Todd, you are

10   recognized.

11             REPRESENTATIVE TODD:  Thank you, Mr.

12   Speaker.

13             As we stated, Amendment 1 makes the

14   bill.  As amended, Senate Bill 0003 clears up

15   confusion in the law and clarifies that

16   adult-oriented performances may only be held in

17   age-restricted locations and may never be held on

18   publicly owned property.

19             Under current law, businesses that

20   predominantly provide adult-oriented entertainment

21   must be licensed and age restricted to prevent

22   children from entrance.  This bill simply clarifies

23   that if this type of adult-oriented entertainment

24   occurs in locations that are not required to be

25   regulated under the current law because the adult

1    entertainment is not predominant to that business,

2    like a restaurant, for example, then that business

3    must ensure that the location is age restricted and

4    children are not allowed to view the performance.

5              The bill only applies to performances

6    that are considered harmful to minors under the

7    State's obscenity laws, which are those

8    performances that are overtly sexual in nature and

9    that appeal to a prurient interest.  This is a

10   well-understood term in Tennessee obscenity case

11   law surrounding what it means to appeal to a

12   prurient interest.  This is a commonsense child

13   safety bill, and I would appreciate your support.

14             Thank you, Mr. Speaker.

15             CHAIRMAN (Rep Sexton):  Do you renew

16   your motion?

17             REPRESENTATIVE TODD:  I renew my motion.

18             CHAIRMAN (Rep Sexton):  Thank you.

19             Chairman Todd renews his motion.

20             Any discussion on the bill?

21             Representative Johnson of Knox?

22             REPRESENTATIVE JOHNSON:  Thank you,

23   Mr. Speaker.

24             So we already have obscenity laws on

25   the books if you are being seen in front of

1   children, it is already illegal; correct?

2           CHAIRMAN (Rep Sexton):  Chairman Todd?

3           REPRESENTATIVE TODD:  That is correct.

4           CHAIRMAN (Rep Sexton):   Representative

5   Johnson?

6           REPRESENTATIVE JOHNSON:  Thank you.

7           So if you're wearing lederhosen and

8   being in -- obscene in front of children, you will

9   be arrested; correct?

10          CHAIRMAN (Rep Sexton):  Chairman Todd?

11          REPRESENTATIVE TODD:  The bill has

12  several things laid out that require -- that are

13  required before you would be arrested or be charged

14  with a crime.

15          CHAIRMAN (Rep Sexton):   Representative

16  Johnson?

17          REPRESENTATIVE JOHNSON:  But weren't

18  those things already illegal if you are being

19  obscene in front of children?

20          CHAIRMAN (Rep Sexton):  Chairman Todd?

21          REPRESENTATIVE TODD:  This bill

22  clarifies that entertainment -- adult entertainment

23  within an adult-oriented establishment, regardless

24  of whether a fee is charged or accepted for

25  entertainment, regardless of whether the

1   entertainment is provided by an employee, it also

2   provides that a performance of adult or simulated,

3   specified sexual activities, including removal of

4   articles of clothing or appearing unclothed, are

5   illegal.

6                CHAIRMAN (Rep Sexton):  Representative

7   Johnson?

8                REPRESENTATIVE JOHNSON:  I'm thinking of

9   a whole lot of performances where people remove

10  articles of clothing.  That doesn't make it a

11  stripping situation, but you can remove a jacket.

12  You can remove -- is that including this as well?

13               CHAIRMAN (Rep Sexton):  Chairman Todd?

14               REPRESENTATIVE TODD:  Things that are

15  not sexualized would not be included in this.

16               CHAIRMAN (Rep Sexton):   Representative

17  Johnson?

18               REPRESENTATIVE JOHNSON:  Can you define

19  for me female impersonator?

20               REPRESENTATIVE TODD:  Mr. Speaker, that

21  is something that she would have to refer to the law

22  that we already have on the books for.  I do not

23  have that definition memorized.

24               CHAIRMAN (Rep Sexton):   Representative

25  Johnson?

1              REPRESENTATIVE JOHNSON:  Is there a

2    definition in the law for a female impersonator?

3              CHAIRMAN (Rep Sexton):  Chairman Todd?

4              REPRESENTATIVE TODD:  Mr. Speaker, as

5    amended, Senate Bill 0003 clears up confusion in the

6    law and clarifies that adult-oriented performances

7    may only be held in age-restricted venues and may

8    never be held on publicly owned property.

9              Under the current law, business --

10   businesses that predominantly provide

11   adult-oriented entertainment must be licensed and

12   age restricted to prevent children from entrance.

13   This bill simply clarifies that this type of

14   adult-oriented entertainment occurs in locations

15   that are not required to be regulated under the

16   current adult entertainment law because that

17   entertainment is not predominant to the business,

18   such as a restaurant or some other venue, then that

19   business must ensure that the location is age

20   restricted, that minors must not be present and

21   children not be allowed to view the performance.

22             The bill only applies to performances

23   that are considered to be harmful to minors under

24   the state's obscenity laws, which are those

25   performances that are overtly sexual in nature and

1  appeal to a prurient interest.

2          39-17-901 defines "harmful to minors"

3  that "quality of any description or representation,

4  in whatever form, of nudity, sexual excitement,

5  sexual conduct, excess violence, sadomasochistic

6  abuse when the matter or performance, (a) would be

7  found by the average person applying contemporary

8  community standards to appeal predominantly to the

9  prurient, shameful, or morbid interest of

10 minors" --

11         CHAIRMAN (Rep Sexton):  Representative

12 Johnson, you are out of order.  You can allow him to

13 finish, but we will not take shouting from the House

14 floor.  Thank you very much.

15         Chairman Todd, you can continue.

16         REPRESENTATIVE TODD:  Thank you, Mr.

17 Speaker.

18         "(b) is patently offensive to

19 prevailing standards in the adult community as a

20 whole with respect to what is suitable for minors;

21 and, (C), taken as a whole lacks serious literary,

22 artistic, political, or scientific value for

23 minors."

24         There are other definitions as well

25 that deal with adult-oriented establishments, but I

1    hope that answers the question.

2            Mr. Speaker?

3            CHAIRMAN (Rep Sexton):  Representative

4    Johnson.

5            REPRESENTATIVE JOHNSON:  Thank you.

6            It doesn't answer the question,

7    actually.  Because what we're doing is this is

8    going to have a chilling effect on things that

9    aren't obscene performances because I haven't seen

10   obscene drag performances, but that is the target

11   and the thing we are targeting here.

12           And so the reality is we are violating

13   people's First Amendment rights.  We're having a

14   chilling effect on how different people do

15   performances.  We have drag queens being --

16           (Microphone turned off.)

17           CHAIRMAN (Rep Sexton):  Very well.

18           Representative Harris, you are

19   recognized.

20           REPRESENTATIVE HARRIS:  Thank you, Mr.

21   Speaker.

22           So for clarity, two things have to

23   happen in order for someone to violate this

24   legislation.  That would be, one, a minor would

25   have to be present; and, two, it would have to meet

1   the definition of harmful to a minor.  Absent of

2   those two parts, would that be the understanding of

3   this legislation?

4            CHAIRMAN (Rep Sexton):  Chairman Todd?

5            REPRESENTATIVE TODD:  Thank you,

6   Mr. Speaker.

7            This addresses adult cabaret

8   entertainment and that means -- in the bill, it

9   says "adult cabaret entertainment" means

10  "adult-oriented performances that are harmful to

11  minors" -- "as I just read the definition of -- as

12  that term is defined in 901 and that features

13  topless dancers, go-go dancers, exotic dancers,

14  strippers, male or female impersonators or similar

15  entertainers" and -- this is required -- "includes

16  a single performance or multiple performances by an

17  entertainer."

18            "Entertainer" then is defined in the

19  bill as meaning "a person who provides

20  entertainment within an adult-oriented

21  establishment regardless of whether if he is

22  charged."

23            I will skip over to the next section.

24            "A performance of actual or simulated

25  specified sexual activities" as I just read are

1  included in that "entertainer" definition.

2          CHAIRMAN (Rep Sexton):  Representative

3  Harris?

4          REPRESENTATIVE HARRIS:  For

5  clarification, an adult entertainment --

6  adult-cabaret entertainment by definition here is an

7  adult-oriented performance?  Many of our communities

8  host annual family-oriented LGBTQ pride events each

9  year.  So this would not apply to those since those

10 are family-oriented; correct?

11         CHAIRMAN (Rep Sexton):  Chairman Todd?

12         REPRESENTATIVE TODD:  Thank you, Mr.

13 Speaker.  It's not my place to determine what is

14 going to apply here or not.  The language is

15 extremely clear, much more clear than I believe what

16 we have in code at the moment.  And, Mr. Speaker, I

17 just believe this will make it much easier for the

18 public to determine what is exactly appropriate for

19 children and what is not appropriate for children

20 and what can be performed in their presence or

21 without their presence.

22         CHAIRMAN (Rep Sexton):  Representative

23 Harris?

24         REPRESENTATIVE HARRIS:  Who will be

25 responsible for enforcing this law?

1          CHAIRMAN (Rep Sexton):  Chairman Todd?

2          REPRESENTATIVE TODD:  Thank you,

3    Mr. Speaker.  Responsible parties for enforcing laws

4    in this state has not changed by this bill.

5          CHAIRMAN (Rep Sexton):  Representatives

6    Harris?

7          REPRESENTATIVE HARRIS:  Who will be

8    responsible for enforcing this law?

9          CHAIRMAN (Rep Sexton):  Chairman Todd?

10          REPRESENTATIVE TODD:  Thank you,

11    Mr. Speaker.

12          The same folks that enforce the laws

13    currently will be enforcing this law.

14          CHAIRMAN (Rep Sexton):  Representative

15    Harris?

16          REPRESENTATIVE HARRIS:  Have there been

17    any instances where this has been -- where an adult

18    cabaret in public has been harmful to you?

19          CHAIRMAN (Rep Sexton):  Chairman Todd?

20          REPRESENTATIVE TODD:  Thank you,

21    Mr. Speaker.

22          This past year in my community we had a

23    local group decide to do a quote "family-friendly

24    pride" -- or a "family-friendly" drag show.  And

25    when they listed this as family-friendly, my

1    community rose up.  We filed an injunction against

2    this group, actually, against the City of Jackson

3    because our city mayor was endorsing this and

4    refusing to use local ordinances to prevent it that

5    were very clearly set there to prevent this type of

6    activity in front of children.

7              The end of that, after spending several

8    thousand dollars of individual donations -- we had

9    folks come from all over the community donating to

10   this effort to stop this from being in front of our

11   children.  It was forced to be indoors and 18 and

12   up only.

13             And I was asked to come up with

14   legislation that would make this much more clear.

15   It came down to a definition I found.  A definition

16   of the word "cabaret" that is not in current law.

17   And when, as I understand from talking to our legal

18   team, when you don't have something defined in law,

19   then you go to the dictionary.  So we went to the

20   dictionary and the word "cabaret" can mean either a

21   performance or it can mean a location.

22             So we've certainly felt like and my

23   community felt like it was both -- it could be

24   both.  But we took that to court and got the

25   injunction and got it moved to indoors and away

1 from kids and that's exactly what -- the way this
2 bill is structured.  It doesn't prevent those
3 performances.  It certainly says that they must not
4 be held in front of minors and we intend to uphold
5 that and expect our law enforcement across our
6 great state to uphold that principle and uphold
7 what we pass here in this legislature.
8           CHAIRMAN (Rep Sexton):   Representative
9 Harris?
10           REPRESENTATIVE HARRIS:  Thank you, Mr.
11 Speaker.
12           CHAIRMAN (Rep Sexton):   Representative
13 Hardaway?
14           REPRESENTATIVE HARDAWAY:  Thank you,
15 Mr. Speaker.
16           I'll tell you one thing I learned is
17 not to ask a question until after I finish making
18 my statements.
19           The issue that hits me -- and I can't
20 see the sponsor.  I wish I could; so he could see
21 me.  There we go.
22           The issue that hits me is in Section 1
23 and it's because we -- we have language in there
24 that is specifically calling out male or female
25 impersonators.  That's a problem for me.  I was

1  sitting and making a couple of notes of male or

2  female impersonators who have been on TV regular

3  for a decades, male or female impersonators who are

4  in the movies, the theaters, who are in the plays

5  that often come to public venues, and I came up

6  with Martin Lawrence.  I can't remember what the

7  name is of the individual -- Shanaynay.  That's a

8  first.  That's now in the record.

9            Tyler Perry, Big Momma, number of

10  movies, family oriented, but at times there are

11  suggestive scenes or comments or movements in that

12  movie.  Red Skelton -- now I was a little boy when

13  I was watching Red Skelton, for those who are

14  trying to date me.  Flip Wilson.  Geraldine.

15            From my understanding of the amended

16  bill, the amendment on House Bill Number 0009, all

17  of those would be forbidden and they would be

18  committing -- I think you moved it to a type A

19  misdemeanor.  All of them would -- would be

20  breaking the law once this bill passes.

21            And I just don't understand why we had

22  to put language in that spoke to male or female

23  impersonators.  It just doesn't make sense to me.

24  I've gotten in most of what I wanted to say so I

25  would be interested in hearing your response, sir.

```
 1              CHAIRMAN (Rep Sexton):  Chairman Todd?
 2              REPRESENTATIVE TODD:  Thank you, Mr.
 3   Speaker.
 4              I would clarify for the members that
 5   the wording in that paragraph is copied out
 6   word-for-word out of the current law that we have
 7   on the books.  We haven't created any new language
 8   in that paragraph, maybe by adding an "S" or
 9   something; similar entertainers, maybe.  But the
10   rest of that is copied straight out of the law.
11              As a matter of fact, this amendment
12   that we had that makes the bill, there was a -- in
13   the senate version, there was one phrase there that
14   was left out of what the current law has and so we
15   added that back in to make it, again, consistent
16   for what's been on the books for literally decades
17   that was passed long before this majority was in
18   place.
19              So that's been there.  That was what we
20   dealt with this past summer in my community.
21   That's what folks went to when they looked up what
22   can be done about this type of performance in front
23   of our children and saw that and said, wait a
24   minute.  How can we have such a thing in this
25   community in a public park when it clearly says
```

1   "male and female impersonators cannot be in those

2   locations?"  And so that's what started the whole

3   discussion around the law and around this

4   particular advertised performance and what we could

5   do about it.

6              CHAIRMAN (Rep Sexton):  Representative

7   Hardaway --

8              REPRESENTATIVE HARDAWAY:  Thank you.

9              And I think you just told me that male

10  or female impersonators is in current law.  I'm not

11  asking a question right now.  I'm going to wait

12  until I get to the end of my time before I ask

13  another question.  But I, myself, actually had a

14  bill that I took over from Curry Todd as a matter

15  of fact that dealt with adult cabarets.  I don't

16  remember seeing that language, and I still would

17  say to you to hold out the "male or female

18  impersonators" in this listing of topless dancers

19  and exotic dancers and strippers.  I say that that

20  unfairly puts them in the --

21              (Microphone turned off.)

22              CHAIRMAN (Rep Sexton):  Chairman Todd?

23              REPRESENTATIVE TODD:  Thank you,

24  Mr. Speaker.

25              I renew my motion.

```
1              CHAIRMAN (Rep Sexton):  Thank you.
2              Representative Freeman?
3              REPRESENTATIVE FREEMAN:  Thank you,
4    Mr. Speaker.
5              I'm going to follow along some of the
6    lines of my colleagues.  It troubles me that we are
7    including male and female impersonators in the same
8    light as a -- as a stripper.  And, you know, there
9    are several organizations and restaurants here in
10   Nashville that do, you know, a Sunday drag brunch
11   that is not sexual in nature, that is normalizing
12   the transgender community, that is showing those
13   that come from your community and from all across
14   our state that they have a place in our state.  And
15   by somehow trying to -- not somehow -- but by
16   trying to outlaw their existence, we are further
17   traumatizing Tennesseans.
18              And I guess my question to you -- and I
19   would ask for brevity.  I don't know if I'm going
20   to get it.  But my question to you is what is wrong
21   with a transgender person that we need to create a
22   law that makes it so they cannot be in public in
23   front of children?  Why is it a problem for a child
24   to simply be in the presence of a transgender
25   person?  And I would also challenge the fact that
```

1  someone is impersonating a male or a female or if

2  they are -- if they are transgender and/or in drag

3  because I don't believe that they are

4  impersonating.  I believe that they -- they feel

5  like that is who they are and why do we need to

6  tell me who they can be?

7          CHAIRMAN (Rep Sexton):  Chairman

8          REPRESENTATIVE TODD:  Mr. Speaker, the

9  language in this is very clear and it is literally

10 copied out of the definitions that we already have.

11 So this hang-up with male and female impersonators

12 we've had on the books for decades.  Previous

13 legislatures passed that.  This is just copied out

14 of that and using that definition to expand on it

15 and clarify, again, from based on my experience in

16 our community and what we dealt with with that

17 definition.

18          So we wanted to make sure that it was

19 very clear going forward what would be and would

20 not be caught in this.  And as I stated earlier,

21 this actual -- the other entertainers that are

22 mentioned here and then the words "similar

23 entertainers" defined as "entertainment within an

24 adult-oriented establishment," and then we get into

25 what's harmful to minors.  We've added that as

1    clarity to this so that we don't catch folks that

2    are just expressing their First Amendment rights

3    walking down the street or something.

4               So this is -- this is not going in the

5    direction, I don't believe, where you were thinking

6    it is.  I think it actually is making it more clear

7    to everyone to be able to understand this.

8               CHAIRMAN (Rep Sexton):  Representative

9    Freeman?

10              REPRESENTATIVE FREEMAN:  Thank you.

11              And I appreciate the answer but, again,

12   I'm going to ask you a direct question.

13              So if somebody is having an all-age

14   drag brunch and there is no nudity, under this law,

15   is that required to be an 18-and-up establishment

16   if it's -- because you keep saying "an

17   adult-oriented establishment," and I'm not sure --

18   I'm not sure I understand that term.

19              CHAIRMAN (Rep Sexton):  Chairman Todd?

20              REPRESENTATIVE TODD:  Thank you, Mr.

21   Speaker.

22              So as it lays out, it lays out what an

23   adult cabaret entertainment is in the first

24   paragraph, A.  Then in the next section,

25   "entertainer" defines that and it's entertainment

1  within an adult-oriented establishment."  It also

2  means "a performance of actual or simulated

3  specified sexual activities involving removing of

4  articles of clothing or appearing unclothed

5  regardless of whether a fee is charged or not," and

6  "it's harmful to minors."

7            I mean, this fits into, again, what

8  we've already had into our law -- in our law for

9  decades and just clarifies so that it's very clear

10 to performers and average citizens as to what is

11 allowed.

12            CHAIRMAN (Rep Sexton):  Representative

13 Freeman?

14            REPRESENTATIVE FREEMAN:  Thank you for

15 that.

16            So I'm going to take that as a "yes"

17 then that if you were just having a drag brunch at

18 a restaurant here in Nashville that that would be

19 allowed.

20            I just want to say one quick thing in

21 six seconds.  We're missing this.  We need to be

22 accepting of all Tennesseans, and I hope

23 that every- --

24            (Microphone turned off.)

25            CHAIRMAN (Rep Sexton):  Let the journal

1  reflect Leader Camper is excused.

2          Representative Jones, you are

3  recognized.

4          REPRESENTATIVE JONES:  Thank you,

5  Mr. Speaker.

6          I was going to rise today and talk

7  about how this bill is a solution in search of a

8  problem, but I believe my colleagues on the other

9  side of the aisle already know that.  This is about

10  erasing a group of people.  It is about

11  fearmongering.  It's about waging a. cultural war.

12  It's about manufacturing a crisis to distract from

13  the failures of this majority to do the will of

14  everyday Tennesseans and many of you know that.

15          Because the truth be told, if we wanted

16  to address the issue of obscenity and what is

17  harmful to minors, my colleagues on the other side

18  of the aisle would not need a bill in the House of

19  Representatives.  What they would need is a mirror.

20          It is this majority that until last

21  year defended a member from Waynesboro who admitted

22  to being a child molester when he was a coach.  It

23  was my members on the other side of the aisle, my

24  colleague who defended a speaker, the former

25  speaker, despite his continuous acts of lewd and

1   inappropriate behavior, including with interns.  It

2   was my colleagues on the other side of the aisle

3   who defended a president who talked about grabbing

4   women inappropriately with no shame.

5           And so if we want to look --

6           CHAIRMAN (Rep Sexton):  Representative

7   Jones, if you'd like to stay on the bill, that would

8   be great.  If you go off the bill, then we will have

9   this little debate back and forth.  So please stay

10  on the bill.  Thank you.

11          Representative Jones?

12          REPRESENTATIVE JONES:  Thank you,

13  Mr. Speaker.

14          This bill is about obscenity and things

15  that are harmful to children.  That is what I am

16  staying on, Mr. Speaker.

17          If we want to look at what is seriously

18  harmful to children, let's have a bill to ban

19  children from going to these bible camps where they

20  are being sexually assaulted with the Southern

21  Baptist Convention.  Let's go after real threats to

22  our youth.  Let's go after the predator behavior in

23  your own districts, clergy in your own

24  congregations harming youth.  Weekly we read about

25  this in the news, my colleagues.

1              My colleagues, I'm saying this to just

2    say let's be serious about what this is about.

3    Let's be serious about what's at stake here.  I

4    want to quote a drag queen and LGBTQ activist and

5    an icon from the Stonewall uprising, Marsha P.

6    Johnson, who stated, "How many years does it take

7    for people to see that we're all brothers and

8    sisters and human beings in the human race?"  You

9    may not agree with going to drag shows.  You

10   don't -- no one is forcing you to go, but don't try

11   to erase a whole identity of people because of

12   hatred and bigotry in your heart.

13             We are constitutionally sworn to take

14   an oath to vote against any legislation that is

15   injurious to the people.  Attacks on freedom of

16   expression are injurious to the people.  Violating

17   constitutional rights, injurious to the people.

18   Scapegoating and instigating violence against a

19   group of people, injurious to the people.

20             And so I urge my colleagues-- I know

21   your leadership has told you to vote on this bill

22   but vote according to what you know is right.  Vote

23   according to what your district knows is not an

24   issue.  This is not no -- I've gotten multiple

25   calls about this bill from East Nashville to

1   Antioch, across my district, hundreds of calls; not

2   one person supported this bill.  Until this was

3   filed, no one even knew this was an issue until the

4   sponsor made it one.

5            And so, colleagues, I ask you to just

6   do something right.  Be on the right side of

7   history.  Let's be about the issues that are

8   serious to everyday Tennesseans who are suffering

9   from denied health care, poverty wages, poor public

10  education systems.  Let's not make issues just to

11  win cheap political points.  Let's not manufacture

12  crisis just so that we can give ourselves a

13  platform to distract Tennesseans from the failures

14  of this majority.

15           CHAIRMAN (Rep Sexton):   Representative

16  Jones, you're off the bill.  We're moving to the

17  next one.

18           Representative Clemmons, you're

19  recognized.

20           REPRESENTATIVE CLEMMONS:  Thank you, Mr.

21  Speaker.  Thank you, sponsor.

22           I appreciate my previous colleague's

23  sentiments about this and the targeting.  You know,

24  often -- though we disagree with legislation, we

25  try to find the true intent and perhaps the love in

1    a piece of legislation, but I don't see any love in

2    this legislation.  I see hate.  And so in addition

3    to that, my concern with this is the breadth of the

4    language, Mr. Sponsor.  And the breadth of this

5    language takes direct aim at the local economy of

6    my city.  It takes direct aim at the entertainers

7    within my city.  It takes direct aim with those

8    small businesses in my community.

9              And so the language of this bill --

10   now, I don't know if you've ever attended a Beyoncé

11   concert.  Something tells me you haven't.  Or a

12   Harry Styles concert or a Lizzo concert or Madonna

13   concert -- your language prohibiting -- and the

14   breadth, the vagueness in this bill would prohibit

15   those entertainers from performing in my city.  It

16   would prohibit Beyoncé, the Queen Bee herself who

17   is coming to Nashville this year, this bill would

18   allow me as a district attorney, by the plain

19   language of this bill, to arrest Beyoncé.

20             Is that your intended goal here?

21             CHAIRMAN (Rep Sexton):  Chairman Todd?

22             REPRESENTATIVE TODD:  Thank you, Mr.

23   Speaker.

24             It is so interesting to me to hear the

25   opposition to this very simple common sense bill.

1  Most of you in this room know exactly what this

2  does.  You know it's common sense.  Anyone that

3  would stand against a bill that is going to prevent

4  minors, children, from seeing obscene sexual

5  activity, I don't know how you claim to be

6  representing anyone.  This is common sense.  This

7  is protecting children first and foremost.  We

8  can -- folks have made up things about this.  They

9  dreamed up things about this.  We've got, you know,

10  media weighing in on it from all over the world

11  without reading it, without really looking at what

12  it means.  It does exactly what I said it does,

13  very plain and simple.  And I would think an

14  attorney, of all people, would be able to read this

15  and certainly understand how simple it is.

16            Thank you, Mr. Speaker.

17            CHAIRMAN (Rep Sexton):  Representative

18  Clemmons?

19            Out of order.

20            Representative Clemmons?

21            REPRESENTATIVE CLEMMONS:  Thank you,

22  Mr. Speaker.

23            You know, it's interesting.  We can

24  find common ground here.  Nobody wants a minor in

25  an establishment with a stripper.  There are laws

1    prohibiting that.  But your language here, as a

2    lawyer, that features -- any entertainment that

3    features a topless dancer -- you could have male

4    topless dancers.  I mean, I guess we're not going

5    to swimming pools anymore if males aren't allowed

6    to take their shirts off.  So you got male topless

7    dancers performing in a public venue and that may

8    or may not have actual or simulated sexual

9    activities remove -- or included the removal of

10    articles of clothing, such as a t-shirt.

11              I mean, you -- you could have a

12    child -- I don't know if you've been to Ascend

13    Amphitheater.  You can watch performances from the

14    street without entering that venue.  So you could

15    have a 16-year-old walking up the street looking in

16    a concert -- Beyoncé, Harry Styles, Lizzo -- any --

17    most any entertainer.  And then you're going to

18    allow a district attorney to go down there and

19    arrest that entertainer.  You are taking direct aim

20    at Music City USA just because you subjectively may

21    not agree with it.

22              Now, we talk a lot in this body about

23    protecting constitutional amendments.  So if you

24    want to have the plain language of the Second

25    Amendment protected then you better want to have

1    the plain language of the First Amendment

2    protected, because you can have constitutionally

3    recognized exceptions but you cannot exclude

4    individual classes of people because you

5    subjectively disagree with them or hate them.  That

6    is unconstitutional.  Your language is vague and

7    it's overly broad.  This will not stand up in

8    court.  You have wasted all of our time here today

9    by promoting this legislation.

10              I would ask that you at least make the

11   effort as an attorney to clean this up to bring it

12   within constitutional muster so you're not

13   attacking my local economy.

14              Thank you, Mr. Speaker.

15              CHAIRMAN (Rep Sexton):  Chairman Todd,

16   you're recognized.

17              REPRESENTATIVE TODD:  Thank you, Mr.

18   Speaker.

19              I think the language is extremely

20   clear.  We've had multiple attorneys look over

21   this.  They think it's extremely solid.  I'm very

22   confident, very confident our Attorney General can

23   stand behind this and defend this without question.

24              CHAIRMAN (Rep Sexton):  Representative

25   Zachary?

1              REPRESENTATIVE ZACHARY:  Thank you,

2    Mr. Speaker.

3              Members, I had not planned on speaking

4    on this bill but after hearing all of the comments

5    I thought it was appropriate to provide some actual

6    context.

7              So in Knox County we had a drag show, a

8    family-friendly drag show that was set to be at the

9    Tennessee Theatre.  There was a Christmas drag

10   show.  Video surfaced of this show that showed

11   stripping, simulating of sexual acts, and

12   inappropriate touching.

13             And so because of that, the mayor and I

14   engaged the facility.  There were some compromises

15   made but then some videos surfaced that showed

16   exactly what went on in this drag show.  And I'm

17   extremely thankful for TBI Director Rausch, who is

18   the former chief of police in Knox County, for

19   engaging and actually bringing the promoter on, the

20   promoter agreeing with the director's assessment,

21   and then agreeing to scale down that show to make

22   it appropriate for children, which is exactly why

23   this bill is needed; to ensure that those acts

24   don't continue in front of children because that

25   same show two days or three days after Christmas

1   was conducted in Florida without that same filter

2   and those restrictions and now the state of Florida

3   is investigating those because there was simulation

4   of sexual acts, stripping and exposure, and

5   inappropriate touching.

6               And let's be really clear, really

7   clear.  We as the legislature, we have the ability

8   per our Constitution to deem what is inappropriate.

9   And my guess is when we vote and put this on the

10  board and when we vote on another bill that we put

11  on the board these were all conversations that

12  happened during the election cycle.

13              And I need to remind this body and my

14  colleagues we picked up two additional seats in the

15  house and the governor, who's a Republican

16  governor, increased his percentage.  So we talked

17  many times about a mandate from the voters.  We

18  have a mandate from the voters.  They agree with us

19  in protecting children and that's exactly what this

20  bill does.

21              So I remind my colleagues when we vote

22  here and we vote now and we're voting on this bill,

23  it is about protecting children.

24              Thank you, Mr. Speaker.

25              Thank you, Representative Todd, for

1   your boldness in carrying this bill.

2          CHAIRMAN (Rep Sexton):  Out of order.

3          Representative Bulso?

4          REPRESENTATIVE BULSO:  Thank you, Mr.

5   Speaker.

6          I've heard three statements made this

7   morning that I wish to comment on.  The first is

8   the statement on the bill.  The second has to do

9   with the Constitution and the third has to do with

10  hate.

11         First, it's the obligation of every

12  member of this body to read and understand the

13  bills that come before it.  When we look at Section

14  1(a) of Senate Bill 0003, we see that adult cabaret

15  entertainment is defined to mean "adult-oriented

16  performances that are harmful to minors" as that

17  term is defined in 39-17-901.

18         That provision has been ignored by

19  every question lodged this morning.  If you

20  actually look at 39-17-901, subsection 6, it

21  provides a definition as to what is harmful to

22  minors, and it provides for three things.

23         One, the conduct has to be prurient.

24  It has to appeal to prurient sexual interests.

25  Number two, it has to be patently offensive.  And

1  then third, it can have no redeeming, scientific,

2  or artistic value.

3          Now, we didn't just make those terms

4  up.  That's the three-part Miller test coming from

5  our U.S. Supreme Court in 1973 in Miller versus

6  California.  And when you look at Senate Bill 0003,

7  it defines adult cabaret entertainment to include

8  conduct that is harmful to minors and -- it doesn't

9  say "or," it says "and" -- the conduct has to be

10  obscene as defined by the U.S. Supreme Court in

11  Miller versus California and it has to involve

12  topless dancers, go-go dancers and other things.

13          So this idea that somehow just

14  appearing in public as a male or if you're a female

15  or Flip Wilson impersonating Geraldine has nothing

16  to do with this bill.  Because to be unlawful, the

17  conduct, first, has to be obscene as defined by the

18  U.S. Supreme Court and through 39-17-901, codified

19  in Tennessee.  And then second, it has to involve

20  topless dancing, go-go dancers, or other such

21  things.  That's point number one on the bill.  Look

22  at the bill, read the bill.

23          Point number two, the Constitution that

24  you just heard about.  This bill is completely

25  constitutional.  It is -- it reeks with

1  constitutionality under the First Amendment because

2  it incorporates the tests that our Supreme Court

3  adopted in 1973.

4                    The third point is hate.  Let me say

5  this about hate and this attitude of intolerance

6  that is taking over our country, this dictatorship

7  of relativism.  This bill is not born in hate.

8  This bill is born out of love to protect the

9  innocence of children, and I am proud to stand with

10 Representative Todd to support it.

11                    CHAIRMAN (Rep Sexton):  Out of order.

12                    Representative Warner?

13                    REPRESENTATIVE WARNER:  Mr. Speaker, I

14 call for previous question.

15                    CHAIRMAN (Rep Sexton):  The previous

16 question has been called.

17                    Any objection?

18                    We will go on the board.  That's fine.

19 We're voting on previous question.

20                    All of those in favor, vote "aye" when

21 the bell rings; opposed, "no."

22                    Has every member voted?

23                    Does any member wish to change their

24 vote?

25                    Mr. Clerk, please take the vote.

1           MR. CLERK:  Ayes 74; 20 nays.

2           CHAIRMAN (Rep Sexton):  The previous

3    questions prevails.

4           Let the journal reflect that

5    Representative Beck is excused.

6           We are voting.

7           All of those in favor of Senate Bill

8    0003 as amended, vote "aye" when the bell rings.

9    Those opposed, vote "no."

10          Has every member voted?

11          Does any member wish to change their

12   vote?

13          Mr. Clerk, please take the vote.

14          MR. CLERK:  Ayes 74; 19 nays.

15          CHAIRMAN (Rep Sexton):  Senate Bill

16   0003, having received the constitutional majority, I

17   hereby declare it passed without objection.

18          Motion to reconsider is tabled.

19          Call up the next bill, Mr. Clerk.

20          (WHEREUPON, the Clerk called the next

21   Senate Bill.)

22          CHAIRMAN (Rep Sexton):  Oh, Chairman

23   Clemmons, you're recognized.

24   ///

25          REPRESENTATIVE CLEMMONS:  Thank you,

1  Mr. Speaker.

2          The issue -- and I certainly understand

3  the members are -- and correct me if I'm wrong.  Do

4  we not have a mechanism under the rules that we are

5  allowed to have someone recognized to correct a

6  misstatement made by someone else on the House

7  floor if it is a blatant, intentional

8  misrepresentation of the actual facts?

9          CHAIRMAN (Rep Sexton):  Mr. Clerk?

10          MR. CLERK:  Mr. Speaker, I believe what

11  the member may be referring to is if a member's

12  reputation has been called into question they would

13  have a right or if their name is called they would

14  have a right to respond.  As far as to clear up any

15  sort of record, that's not the case.

16          CHAIRMAN (Rep Sexton):  Chairman

17  Clemmons?

18          REPRESENTATIVE CLEMMONS:  Thank you,

19  Mr. Speaker, and I appreciate you entertaining the

20  question on this parliamentary issue.

21          I do find it unfortunate that we are

22  unable that, if someone makes a blatant

23  misrepresentation or misstatement of fact, that we

24  do not have a mechanism whereby that could be

25  corrected for the public record.  I certainly would

1    hate for this body to be tainted with blatant

2    misstatements in debate on an issue as important as

3    the last bill.

4              And I'm not speaking with regard to

5    different interpretations of the Constitution or

6    anything like that.  I'm just -- simple facts about

7    where something took place and where it did not

8    take place.  Those things matter for the record.

9    And so I'd just like for us to consider that in the

10   future if we're able, Mr. Speaker.

11             CHAIRMAN (Rep Sexton):  We would have

12   been on this bill for two hours on the other side

13   misstating, according to what other people have

14   said; so it goes both ways.

15             But our policy is if you raise your

16   hand, you go on the list.  If you'd like to clear

17   up someone's information, you have that right to go

18   on the list.  If someone calls your name, as the

19   clerk says, then you're able to respond

20   immediately, or if they impugn someone's reputation

21   you have the right to immediately respond.  Outside

22   of that, we are in the process that we are in.

23                       [END OF SESSION]

24

25

```
                         *   *   *
```

IN THE SENATE FLOOR SESSION - 13th LEGISLATION DAY
              TENNESSEE GENERAL ASSEMBLY


                    March 2, 2023


            (WHEREUPON, On the above date, there
came up for consideration in the Senate Floor
Session - 13th Legislation Day, Tennessee General
Assembly, Senate Bill 0003, sponsored by
Representative Todd and others.  Discussion
pertaining to this bill was as follows):


            MR. CLERK:  Item Number 1, Senate Bill
0003 by Senator Johnson for consideration of House
Amendment Number 1.
            CHAIRMAN (Senator McNally):  Leader
Johnson?
            SENATOR JOHNSON:  Thank you,
Mr. Speaker.
            The House amendment differs from the
version of this bill that we passed.  It revises
part of the definition of "entertainer" by
replacing "a provision of adult cabaret
entertainment" with a provision of "a performance
of an actual or simulated specified activities,

1  regardless of whether a fee is charged or accepted

2  for the performance and regardless of whether the

3  performance is provided by an employee or an

4  independent contractor."

5          I move to concur.

6          CHAIRMAN (Senator McNally):  Motion is

7  to concur.

8          Discussion?

9          I see none.

10         We'll be voting on a concurrence motion

11  on Senate Bill 0001.  All of those in favor of

12  concurrence will vote "aye" -- excuse me -- Senate

13  Bill 0003.

14         All of those in favor of concurrence

15  with Amendment Number 1 will vote "aye" when the

16  bell rings.  Those opposed will vote "no."

17         Let every member cast their vote when

18  the bill rings.

19         Has every member voted?

20         Does any member wish to change their

21  vote?

22         Mr. Clerk, take the vote.

23         MR. CLERK:  Ayes 26; 6 nays.

24         CHAIRMAN (Senator McNally):  Senate Bill

25  0003, having conferred -- having conferred in

1   Amendment Number 1 is adopted.

2              Without objection, the motion to

3   reconsider is hereby tabled.

4                   END OF TRANSCRIPTION

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

STATE OF TENNESSEE

COUNTY OF MONTGOMERY

I, D. ROCHELLE KOENES, Licensed Court
Reporter, with offices in Clarksville, Tennessee,
hereby certify that I transcribed the foregoing
video recordings of Senate Bill 0003, by machine
shorthand to the best of my skills and abilities,
and thereafter the same was reduced to typewritten
form by me.

I am not related to any of the parties
named herein, nor their counsel, and have no
interest, financial or otherwise, in the outcome of
the proceedings.

I further certify that in order for this
document to be considered a true and correct copy,
it must bear my original signature, and that any
unauthorized reproduction in whole or in part
and/or transfer of this document is not authorized,
will not be considered authentic, and will be in
violation of Tennessee Code Annotated 39-14-104,
Theft of Services.

_____
D. ROCHELLE KOENES, RPR, LCR
Veteran Court Reporting
Court Reporter
LCR # 689 - Expires:  6/30/2021

| | | | |
|---|---|---|---|
| **$** | **1973** 94:5 95:3 | **8** | 47:1 56:10,21 57:2 58:6 83:25 91:11,23 92:4 |
| **$13** 22:8 | **2** | **8th** 32:2,8 | **actual** 40:18 71:24 80:21 82:2 89:8 91:5 97:8 99:25 |
| **$3** 22:13 | **2** 99:4 | **9** | |
| **(** | **20** 23:3 24:13 96:1 | **9** 24:23 32:4 | **add** 27:14 58:7 |
| **(a)** 69:6 | **200** 22:10 | **901** 71:12 | **added** 77:15 80:25 |
| **(b)** 69:18 | **2023** 3:4 30:4 32:4 62:4 99:4 | **9th** 62:2,8 | **adding** 23:25 77:8 |
| **(C)** 69:21 | **23** 62:4 | **A** | **addition** 87:2 |
| **0** | **26** 61:3 100:23 | **ABC** 23:6 | **additional** 59:14 92:14 |
| **0001** 100:11 | **3** | **ability** 24:12 43:20 92:7 | **address** 36:18 43:2 83:16 |
| **0003** 3:9,17 4:22 30:9 31:4,7 32:9, 14,18 33:15 58:24 59:13 61:5 62:9, 21,23 63:3,6 64:14 68:5 93:14 94:6 96:8,16 99:9, 14 100:13,25 | **30** 57:18 | **Absent** 71:1 | **addresses** 71:7 |
| | **3058** 4:10 33:5 | **absolutely** 38:15 56:5 | **adhering** 49:2 |
| | **31** 3:4 47:19 | **absurdity** 41:24 | **admitted** 83:21 |
| | **39-17-901** 6:1,14 8:21 12:4 34:25 37:23 46:11 69:2 93:17,20 94:18 | **abuse** 6:5 12:13 14:13 15:5,20 35:8 44:12 69:6 | **adopted** 61:6 95:3 101:1 |
| **0009** 62:13 76:16 | **4** | **abusing** 54:5 | **adoption** 31:11 37:3 63:17,21,24 |
| **1** | **4** 15:7 | **acceptable** 52:17,18 | **adult** 5:11,12 8:18 14:16,18 15:23 16:17 18:15 19:15 22:22 23:7 24:10 27:5,6 34:3 35:18 49:3 60:14 64:25 66:22 67:2 68:16 69:19 71:7,9 72:5 73:17 78:15 81:23 93:14 94:7 99:23 |
| **1** 30:14 31:11,14 32:24 33:5 63:11, 18,21,25 64:13 75:22 99:13,15 100:15 101:1 | **5** | **accepted** 66:24 100:1 | |
| | **5** 24:23 | **accepting** 14:18 15:1 82:22 | |
| **1(a)** 93:14 | **6** | **accurate** 37:20 | |
| **13** 22:11 | **6** 30:4 93:20 100:23 | **accusations** 34:22 | **adult-cabaret** 72:6 |
| **13th** 99:2,8 | **60** 22:12 | **acknowledge** 27:18 | **adult-oriented** 4:24 5:4,9 33:16, 22 34:1 48:11 49:6 62:14 64:16, 20,23 66:23 68:6, 11,14 69:25 71:10,20 72:7 80:24 81:17 82:1 93:15 |
| **16** 49:20 | **7** | **acted** 15:17 | |
| **16-year-old** 89:15 | **7-51** 48:11 | **activist** 85:4 | |
| **17** 15:7 | **7-51-1401** 27:6 | **activities** 55:24 67:3 71:25 82:3 89:9 99:25 | |
| **17-year-old** 49:20,24 | **74** 96:1,14 | **activity** 49:9 58:12 74:6 88:5 | |
| **18** 38:25 74:11 | **7th** 30:2,8 | **acts** 12:23 15:12 19:12 23:2 28:2,3 34:16 38:22 39:3 | **adult-themed** 5:6 8:12 10:7,8,17 27:15 |
| **18-and-up** 81:15 | | | |
| **19** 96:14 | | | |
| **1920's** 41:15 | | | |

**adults** 16:4 21:6,7

**advantageous** 42:15

**advertised** 78:4

**advocate** 14:8

**advocates** 15:25

**affirmation** 16:25

**afringe** 45:23,25

**afternoon** 3:15 23:16

**age** 5:5,16 10:11 33:23 34:8 64:21 65:3 68:12,19

**age-restricted** 4:25 33:18 36:20 64:17 68:7

**ages** 15:7

**aggravate** 51:25

**aggressively** 22:25

**agree** 13:4 50:20 51:14 52:21,22,25 53:6 85:9 89:21 92:18

**agreeing** 91:20, 21

**ahead** 7:20 9:1 26:4 56:1

**aim** 87:5,6,7 89:19

**aisle** 83:9,18,23 84:2

**AKA** 18:7

**Akbari** 43:11,12 45:4,5 46:22,23

**alarmed** 42:6

**Alcoholic** 23:1

**align** 42:10

**all-age** 81:13

**allowed** 5:17 25:11 37:16 54:25 65:4 68:21 82:11, 19 89:5 97:5

**allowing** 15:2

46:15

**amended** 4:22 26:9 32:22 33:14 59:12 64:14 68:5 76:15 96:8

**amendment** 3:18 4:3,5,7,9,10,19 30:22,23 31:11,14 32:19,24 33:5,7, 11,14 37:4 41:11 52:15 53:9 58:24, 25 59:4 63:9,16, 18,21,23,25 64:4, 13 70:13 76:16 77:11 81:2 89:25 90:1 95:1 99:15, 20 100:15 101:1

**amendments** 64:6 89:23

**America** 14:13

**Amphitheater** 89:13

**anal** 55:23

**and/or** 80:2

**ankles** 41:17

**annual** 22:13 72:8

**answers** 70:1

**Antioch** 86:1

**antithesis** 42:15

**anymore** 89:5

**anytime** 51:12,13

**apologize** 20:20

**appalled** 36:11 53:24

**appalling** 54:10

**apparent** 42:7

**appeal** 6:8 12:14 34:11,15 35:14,15 44:14 60:11 65:9, 11 69:1,8 93:24

**appearing** 67:4 82:4 94:14

**applaud** 25:3

**applied** 8:11 39:14 40:5 41:2,

12,14

**applies** 5:19 34:10 37:22 51:10 60:9,19 65:5 68:22

**apply** 10:17 11:11 40:24 44:3,4,7,23, 24 46:8 72:9,14

**applying** 6:8 12:13 35:13 36:4 44:14 48:15 49:3 60:10 69:7

**area** 10:22 27:24 36:15

**arguably** 41:23

**argument** 57:13

**arisen** 9:10

**Arkansas** 52:13

**arrest** 24:21 56:6 87:19 89:19

**arrested** 24:8 56:10 66:9,13

**article** 21:6

**articles** 67:4,10 82:4 89:10

**artistic** 35:22 38:21 50:6 54:8, 18 55:2 60:17 69:22 94:2

**artists** 11:6

**arts** 52:9

**Ascend** 89:12

**ascertain** 45:9

**assaulted** 84:20

**Assembly** 3:2,8 30:2,9 32:2,9 62:2,9 99:2,9

**assessment** 91:20

**associations** 21:8

**attack** 57:6 60:1

**attacking** 90:13

12,14

**attacks** 42:23 85:15

**attempting** 41:25

**attended** 87:10

**attending** 5:5

**attention** 16:25

**attire** 41:15 45:21

**attitude** 95:5

**attorney** 53:3 87:18 88:14 89:18 90:11,22

**attorneys** 10:3 90:20

**audible** 4:14

**audience** 7:13 16:18

**August** 20:13

**average** 6:7 12:13 35:13 44:13 60:10 69:7 82:10

**aware** 21:4 26:21

**aye** 4:10,11 28:24 29:1,3,5,7,9,11 59:1,5,6 60:23 63:25 64:1 95:20 96:8 100:12,15

**ayes** 4:16 29:13 59:9,11 61:3 64:3 96:1,14 100:23

---

**B**

---

**bachelorette** 12:19

**back** 3:16 12:6 25:20 44:21,25 53:13 56:11 77:15 84:9

**Backdoor** 20:17

**backyard** 48:21

**Bailey** 58:16,17

**ban** 6:20 34:22,23 84:18

**Baptist** 54:5 84:21

**bare** 11:5

**based** 7:23 11:11 23:21 80:15

**baseline** 51:8

**basically** 34:25 38:22 48:20

**basis** 53:25

**bawdy** 50:3

**Beck** 96:5

**Bee** 87:16

**begin** 10:1

**beginning** 42:1

**behavior** 14:18 15:11 16:18 21:15 23:21 42:7 52:17 53:2 54:8,23 84:1, 22

**behaviors** 14:21 16:14 23:3 24:1

**beings** 85:8

**bell** 59:1 95:21 96:8 100:16

**beloved** 42:22

**Beverage** 23:1

**Beyoncé** 87:10, 16,19 89:16

**bible** 84:19

**Big** 76:9

**bigotry** 85:12

**bill** 3:9,10,17,19, 21,23 4:1,6,8,17, 19,22 5:8,19 6:15, 24,25 7:1 8:1,10 9:10 12:8 13:23 17:18,21 18:11 23:14,17 25:9,22 26:8,9,20,25 27:14 28:9 29:15 30:9,11,20,22 31:2,4,7 32:9,11, 14,17,20 33:6,14, 15,25 34:10,15, 21,22,23 36:19,23 39:5 48:10 50:15 51:21 53:23 54:12,23 55:9

56:1 57:5,14,17 58:2,8,24 59:12, 13,22,25 60:3,4,6, 8,19,24 61:4 62:9, 11,13,15,21,23 63:3,6,16 64:14, 22 65:5,13,20 66:11,21 68:5,13, 22 71:8,19 73:4 75:2 76:16,20 77:12 78:14 83:7, 18 84:7,8,10,14, 18 85:21,25 86:2, 16 87:9,14,17,19, 25 88:3 91:4,23 92:10,20,22 93:1, 8,14 94:6,16,21, 22,24 95:7,8 96:7, 15,19,21 98:3,12 99:9,11,13,21 100:11,13,18,24

**bills** 14:1 16:20 93:13

**bingo** 43:16

**Bird** 42:18

**birthday** 24:3

**bit** 7:7 10:13 31:2

**blatant** 97:7,22 98:1

**blatantly** 12:22

**board** 60:22 92:10,11 95:18

**body** 41:16 53:25 54:6 89:22 92:13 93:12 98:1

**boldness** 93:1

**books** 13:15 27:12 39:21 40:14 48:5 65:25 67:22 77:7,16 80:12

**born** 95:7,8

**Boro** 19:4,13

**bound** 22:24

**boy** 38:8 49:20,24 76:12

**boys** 49:18

**brain** 15:16

**breadth** 87:3,4,14

**breaking** 76:20

**brevity** 79:19

**briefly** 5:25

**bring** 9:10 43:17 54:25 90:11

**bringing** 27:13,14 32:19 54:24 57:16 91:19

**broad** 90:7

**Broadway** 12:20

**broke** 41:4

**broken** 41:6

**brothers** 85:7

**brought** 7:10 8:7 27:3 51:21 52:13, 14

**brunch** 43:16,18 79:10 81:14 82:17

**brunches** 24:14

**building** 7:11

**Bulso** 93:3,4

**burqa** 42:3

**bus** 23:10,13,15

**business** 5:13,15 8:2 23:4,10 25:6 34:4,18 36:25 65:1,2 68:9,17,19

**businesses** 5:3 22:5,7,11,14 33:21 64:19 68:10 87:8

---

**C**

**cabaret** 8:18 22:22 23:7 24:11 27:5,7 71:7,9 73:18 74:16,20 81:23 93:14 94:7 99:23

**cabaret'** 27:7

**cabarets** 78:15

**calculable** 17:7

**calendar** 3:13 29:15 30:14

**California** 94:6, 11

**call** 28:17 51:11 58:18 63:9 95:14 96:19

**called** 16:11 20:17 52:8 58:20, 23 59:15 95:16 96:20 97:12,13

**calling** 75:24

**calls** 9:22,23 85:25 86:1 98:18

**Campbell** 39:6,8, 13,24,25 40:16,17

**Campbells** 41:19

**Camper** 83:1

**camps** 84:19

**campus** 20:15

**campy** 22:19

**cancel** 43:4

**canceling** 55:14 56:25

**care** 43:2 86:9

**career** 52:21,22 53:6

**careers** 52:21 53:7 55:15

**Carnicus** 49:25

**carry** 59:10,11

**carrying** 93:1

**case** 34:14 52:13, 15 65:10 97:15

**cast** 22:16 100:17

**catch** 81:1

**category** 23:18

**cater** 22:6

**caught** 80:20

**caused** 21:12

**celebrated** 14:19

center 52:9

ceremony 41:22

chairman 3:12,
15,19,22 4:4,12,
16,21 5:2,18,25
6:11,20,25 7:3,19,
21 8:25 10:23,25
11:23 12:1 13:17,
19,20 16:22
17:10,16,17 18:3,
19 19:6,19 20:5,7,
8,10 21:1,17,20
22:4 24:16 25:10,
19,23 26:1,3,13,
17,25 28:9,11,13,
25 29:12,17
30:16,21 31:6,13,
21 32:13,21 33:1,
2,8 37:5,9,17
38:1,11,16 39:11,
16,23 40:6,15
43:10,22 45:3
46:2,21 47:9
51:17,24 53:17
55:3 58:19 59:7,9
60:21 61:4 62:13,
17,22 63:1,5,12,
20 64:7,9 65:15,
18,19 66:2,4,10,
15,20 67:6,13,16,
24 68:3 69:11,15
70:3,17 71:4 72:2,
11,22 73:1,5,9,14,
19 75:8,12 77:1
78:6,22 79:1 80:7
81:8,19 82:12,25
84:6 86:15 87:21
88:17 90:15,24
93:2 95:11,15
96:2,15,22 97:9,
16 98:11 99:16
100:6,24

challenge 79:25

change 27:13
61:2 95:23 96:11
100:20

changed 73:4

chapter 34:25
35:1

charged 15:24
16:7 23:13 24:9
66:13,24 71:22
82:5 100:1

charges 40:12

cheap 86:11

check 28:7

checked 54:6

cheerleader
23:16 49:18,22

cheerleaders
12:19

Chicago 24:7

chief 91:18

child 14:9,11,12,
22 15:3,5,24
16:20 18:16 20:24
48:16,18,19,22,23
56:4 57:3 58:7
65:12 79:23 83:22
89:12

childhood 14:23

children 5:5,16
6:19,24 7:1 9:16,
17 10:12,22 14:9,
14,17 15:3,5,8,23
16:3,6,9,14,16
17:7 18:1,6 19:18
20:20,22 21:4,15
25:5 33:23 34:9
41:22 43:17 46:15
50:22,24 52:23
53:8 54:5 55:24
56:2,3,10,21
57:10,11,12,15
58:4,6 64:22 65:4
66:1,8,19 68:12,
21 72:19 74:6,11
77:23 79:23
84:15,18,19 88:4,
7 91:22,24 92:19,
23 95:9

chilling 70:8,14

choice 23:22 53:6

choose 19:25
52:20

Christmas 91:9,
25

citation 23:4

cite 6:13

cited 50:16

cities 10:10 24:19

citing 48:4

citizens 25:7
42:22 43:5 51:11
82:10

city 74:2,3 87:6,7,
15 89:20

civil 25:3

civility 25:2,5

claim 88:5

clap 21:6,10

clapping 21:8

claps 16:19

clarification 7:23
17:25 38:4 43:13
51:23 72:5

clarifies 5:9
64:15,22 66:22
68:6,13 82:9

clarify 4:23 10:16
33:25 77:4 80:15

clarity 70:22 81:1

class 8:14,15
52:18

classes 90:4

clean 90:11

clear 5:18 7:24
12:21 15:9 26:25
33:15 56:12 72:15
74:14 80:9,19
81:6 82:9 90:20
92:6,7 97:14
98:16

clears 64:14 68:5

Clemmons
86:18,20 88:18,
20,21 96:23,25
97:17,18

clergy 84:23

clerk 30:13 32:23,
24 60:25 61:3
62:13 63:9,10
64:4,5 95:25 96:1,
13,14,19,20 97:9,
10 98:19 99:13

100:22,23

clever 22:20

clock 22:1

close 59:17

closing 59:20

clothes 17:2 21:9

clothing 11:5,7
16:4,17 21:7
23:22 67:4,10
82:4 89:10

club 38:6

co-owner 22:4

coach 83:22

code 4:10 6:7,12
8:17,19,23 9:21
12:6 33:5 35:2
46:19,24 47:16
48:9 72:16

codified 94:18

coding 52:25

colleague 51:21
83:24

colleague's
86:22

colleagues 79:6
83:8,17 84:2,25
85:1 86:5 92:14,
21

colleagues--
85:20

Collectively 4:11,
14 59:6,8

college 54:21

combats 14:11

comedy 52:12

comment 93:7

comments 10:6
16:7 25:21 55:10
60:5 76:11 91:4

Commission
23:1

committed 18:18

committee 3:2,8

7:4 32:19,25 33:9,
13 63:11,18

**committee's** 7:2
28:10

**committing**
76:18

**common** 87:25
88:2,6,24

**commonsense**
7:1 65:12

**communities**
72:7

**community** 6:8
12:14 22:7 35:14,
19 41:13 42:21
44:14 55:15
60:10,14 69:8,19
73:22 74:1,9,23
77:20,25 79:12,13
80:16 87:8

**community-
based** 47:18

**compelled** 55:11

**completely** 94:24

**component**
40:25

**compromises**
91:14

**concern** 87:3

**concerns** 45:8
50:21

**concert** 87:11,12,
13 89:16

**concerts** 11:3,6

**concur** 100:5,7

**concurrence**
100:10,12,14

**condemn** 54:7

**conduct** 6:4
12:12 35:7 44:11
49:21 50:25 52:6
69:5 93:23 94:8,9,
17

**conducted** 92:1

**conferred** 100:25

**confident** 90:22

**confirm** 37:12

**conform** 62:20,23

**confronted** 28:1

**confused** 17:5

**confusion** 33:15
64:15 68:5

**congregations**
84:24

**consequences**
52:3

**consideration**
3:7 30:7,15 31:5,
19 32:7,18 35:25
62:7 63:4,7 99:7,
14

**considered** 5:20
8:24 11:8 13:5
41:20 52:11 65:6
68:23

**consistent** 8:22
77:15

**constituent**
43:14

**constituents**
36:13 43:1 45:9
46:7 47:4 57:23
58:1,2

**Constitution**
92:8 93:9 94:23
98:5

**constitutional**
48:2,3 61:5 85:17
89:23 90:12 94:25
96:16

**constitutionality**
95:1

**constitutionally**
85:13 90:2

**contact** 15:12

**contacted** 44:6

**contemplated**
47:17

**contemporary**
6:8 12:14 35:13
44:14 60:10 69:7

**content** 14:16

**context** 91:6

**continue** 11:19
69:15 91:24

**continuing** 21:14

**continuous**
83:25

**contractor** 100:4

**contributed** 22:7

**controversial**
50:17 51:3

**Convention** 54:6
84:21

**conversations**
10:2 92:11

**conviction** 56:15

**copied** 77:5,10
80:10,13

**correct** 37:19
38:15 48:1 66:1,3,
9 72:10 97:3,5

**corrected** 97:25

**costing** 55:15

**costume** 23:23

**costumed** 23:12

**costumes** 11:4
54:16

**counsel** 15:20

**count** 47:21

**counties** 49:16

**country** 16:2 19:1
36:11 95:6

**county** 44:5 47:23
59:21 91:7,18

**couple** 76:1

**court** 29:14 39:6
74:24 90:8 94:5,
10,18 95:2

**courts** 48:6

**covered** 42:7

**create** 79:21

**created** 15:14
77:7

**creating** 7:25

**creative** 41:8

**crime** 18:18 66:14

**crimes** 17:6

**criminal** 8:6
34:17 40:12,14
63:10,17

**criminalized**
54:10,22

**criminalizing**
53:2,10 55:2

**crisis** 17:4 83:12
86:12

**cross-dressing**
41:21

**cross-reference**
8:20

**cross-
referenced** 13:14
34:24

**cultural** 83:11

**current** 4:23 5:2,
11,24 7:24 9:20
17:20 20:3 33:18,
20 34:3 36:3,6
64:19,25 68:9,16
74:16 77:6,14
78:10

**Curry** 78:14

**curtailing** 25:6

**cycle** 92:12

---

**D**

**DA** 56:6

**dance** 24:4 41:9
54:14,17,18,22

**dancer** 89:3

**dancers** 11:7
23:19,20 27:8
71:13 78:18,19
89:4,7 94:12,20

**dancing** 94:20

dangerous 51:7, 15

DAS 13:7 58:10

date 3:6 30:6 32:6 62:6 76:14 99:6

David 13:23 21:23,25 22:4

day 30:2,8 32:2,8 44:2,22 50:15,18 62:2,8 99:2,8

days 91:25

DCS 54:1

deal 69:25

dealing 12:9 48:7, 8

deals 26:25

dealt 77:20 78:15 80:16

death 52:10

debate 84:9 98:2

decades 13:15,16 23:8 27:12 76:3 77:16 80:12 82:9

decide 19:23 24:4 73:23

decision 20:2

decisions 13:9 18:11

declare 96:17

deem 13:1 92:8

deemed 51:3

deep 42:16 43:7

deepest 57:21

defend 90:23

defended 83:21, 24 84:3

defer 30:21 63:18

define 67:18

defined 5:22 6:17 8:16,19,23 44:8 46:13,24 52:4 71:12,18 74:18 80:23 93:15,17

94:10,17

defines 12:24 23:24 45:7 69:2 81:25 94:7

definition 7:25 8:1 27:5 34:21 35:4 36:1,2,4 37:23 45:1 49:15 67:23 68:2 71:1, 11 72:1,6 74:15 80:14,17 93:21 99:22

definitions 6:1 12:3 69:24 80:10

demand 14:13 15:4

denied 86:9

depend 47:22

depiction 39:3

derived 9:9

describe 4:19

description 6:3 12:10 35:6 69:3

desensitization 14:24

deserts 43:3

desk 62:16

determination 13:13

determine 72:13, 18

dictatorship 95:6

dictionary 74:19, 20

difference 18:9 52:5

differentiate 11:9,17

differs 99:20

digress 7:6

direct 46:10 81:12 87:5,6,7 89:19

directing 47:15

direction 81:5

Director 91:17

director's 91:20

disagree 86:24 90:5

discovered 15:25

discretion 11:14 13:4 19:22

discussion 3:10, 25 30:10 31:2 32:10 37:5 57:18 59:14,19 62:10 63:23 65:20 78:3 99:10 100:8

distanced 15:14

distract 83:12 86:13

distractions 7:13 55:12,17

distributed 49:5

district 10:3 43:15 45:20 47:21 54:13 85:23 86:1 87:18 89:18

districts 84:23

documented 16:3 18:24

dollar 16:20 58:8

dollars 53:4 74:8

Dolly 24:22,24 26:24

donating 74:9

donations 74:8

door 28:7 39:2

Doubtfire 24:8

downtown 23:10 45:19

drafting 4:10 33:5

drag 22:12,17 23:5,11,12 24:14 40:24,25 41:8,10 42:10 43:18 45:21 50:17 51:4,6 54:9 57:1 70:10,15

73:24 79:10 80:2 81:14 82:17 85:4, 9 91:7,8,9,16

drama 38:6

dramatic 22:20

draws 24:15

dreamed 88:9

dress 11:4 24:4,6 41:7,16

dressed 11:13 26:23,24 37:13 45:21

dressing 38:9 56:23

drop 52:10

due 51:20 52:2

---

**E**

e-mails 9:24 38:20 53:23 57:23

earlier 12:8 80:20

early 14:15

easier 72:17

easily 41:14

East 85:25

easy 50:1

echo 59:20

economy 87:5 90:13

educate 14:15

education 43:2 86:10

effect 70:8,14

effectively 48:15

effort 42:5 74:10 90:11

elected 42:25

election 92:12

elements 41:10

Elvis 24:4 26:23

**employee** 67:1 100:3

**empowers** 15:3

**encourage** 26:20 46:10

**encourages** 14:19

**end** 18:17 29:18 31:23 41:21 61:8 74:7 78:12 98:23 101:4

**ended** 48:2

**endorsing** 74:3

**enforce** 73:12

**enforceable** 40:24

**enforced** 23:1 39:15,20 40:5

**enforcement** 10:3 13:8 25:8 39:21 58:11 75:5

**enforcing** 72:25 73:3,8,13

**engaged** 91:14

**engaging** 91:19

**engineer** 52:24

**enjoyous** 22:20

**ensure** 5:15 6:23 65:3 68:19 91:23

**entering** 33:23 89:14

**entertain** 11:19

**entertainer** 34:16 71:17,18 72:1 81:25 89:17,19 99:22

**entertainers** 11:19 27:10 55:22 71:15 77:9 80:21, 23 87:6,15

**entertaining** 97:19

**entertainment** 5:4,7,10,12,14 6:16,21 8:13,18

9:15 10:8,12,14, 18,21 12:22 14:17 15:24 27:2,16 28:3,6 33:22 34:1, 3,7 35:12 36:14, 20,24 46:9 64:20, 23 65:1 66:22,25 67:1 68:11,14,16, 17 71:8,9,20 72:5, 6 80:23 81:23,25 89:2 93:15 94:7 99:24

**entrance** 64:22 68:12

**equal** 14:1

**erase** 85:11

**erasing** 83:10

**escorted** 17:14

**essential** 41:10

**establishment** 34:5 43:15 66:23 71:21 80:24 81:15,17 82:1 88:25

**establishments** 10:7,19 48:12 49:6 69:25

**event** 13:10 19:21,22 46:8,16, 17

**events** 16:1 43:21 72:8

**every-** 82:23

**everyday** 11:12 83:14 86:8

**evidence** 40:11

**examples** 9:6,9 26:22

**exceptions** 90:3

**excess** 35:7 44:11 69:5

**excessive** 6:5 12:12

**excitement** 6:4 12:12 35:7 44:10 47:22 69:4

**exclude** 90:3

**excuse** 33:2 100:12

**excused** 83:1 96:5

**exercising** 19:24

**exist** 10:8

**existed** 37:24

**existence** 79:16

**existing** 6:6 8:17, 19 10:4 12:3,6 13:14 17:24 20:3 36:2 37:23 45:6

**exists** 5:23 6:12 27:6 33:15 36:5

**exotic** 23:19 27:8 71:13 78:19

**expand** 80:14

**expect** 31:1 75:5

**expectation** 27:24

**expected** 15:12

**experience** 14:24 15:19 80:15

**expertise** 15:20

**explanation** 31:12 33:6 47:17 63:19

**explicit** 10:18 12:22 14:16 15:9, 10 21:13 27:1,16 34:7 50:24

**exploit** 14:14 15:4

**exploitation** 14:10,12 17:6 21:16

**exposed** 15:8 16:14 50:24 56:4 57:11

**exposing** 15:22, 23 16:8

**exposure** 14:16 92:4

**expressing** 81:2

**exclude** 90:3

**expression** 25:6 38:21 41:8 47:8 54:8,19 55:2 85:16

**extravagant** 54:11

**extremely** 72:15 90:19,21 91:17

---

**F**

**facility** 91:14

**fact** 10:4,13 42:1 77:11 78:15 79:25 97:23

**facts** 97:8 98:6

**failures** 83:13 86:13

**fall** 11:21 48:24 49:15

**fallen** 49:2

**families** 43:17

**family** 16:11 42:22 76:10

**family-friendly** 73:23,24,25 91:8

**family-oriented** 72:8,10

**famous** 52:7

**fascism** 42:13

**fashion** 41:9

**favor** 4:8,9 55:25 58:25 59:4 60:23 63:24 95:20 96:7 100:11,14

**fear** 42:14

**fearmongering** 83:11

**features** 27:7 71:12 89:2,3

**February** 30:4 32:4 62:4

**federal** 40:21,23 41:3 42:8

**fee** 66:24 82:5 100:1

**feel** 7:20 11:1,10 18:5 19:23 47:4 55:11 57:25 80:4

**feet** 55:24

**fellow** 31:3

**felony** 8:15

**felt** 56:14 74:22,23

**female** 23:17,24 24:24 26:23 27:9 67:19 68:2 71:14 75:24 76:2,3,22 78:1,10,17 79:7 80:1,11 94:14

**fighting** 47:7

**file** 40:12

**filed** 50:15,16,18 74:1 86:3

**filter** 92:1

**final** 30:15 31:5 32:18 35:20 63:4, 6

**find** 53:10 54:10 86:25 88:24 97:21

**fine** 36:25 95:18

**fines** 24:21

**finish** 69:13 75:17

**finished** 25:12

**fits** 82:7

**fixes** 36:19

**Flip** 76:14 94:15

**floor** 7:20 30:2,7 31:1 32:2,7 62:2,7 69:14 97:7 99:2,7

**Florida** 92:1,2

**focus** 57:22

**folks** 47:7 51:7 73:12 74:9 77:21 81:1 88:8

**follow** 79:5

**follow-up** 9:1 28:13

**food** 43:3

**football** 49:17 54:14,24 55:1

**forbidden** 76:17

**forced** 15:11 42:3 74:11

**forcing** 85:10

**foremost** 88:7

**Forever** 14:11

**form** 4:1 6:3 12:11 22:8 28:3 35:6 41:8 54:18,23 69:4

**forms** 14:11

**forum** 38:23

**forward** 80:19

**found** 6:6,7 12:4, 13 35:13 41:1 44:13 60:9 69:7 74:15

**founder** 14:10

**frankly** 36:17

**free** 7:20 25:6

**freedom** 14:11 19:25 47:8 51:8 85:15

**Freeman** 79:2,3 81:9,10 82:13,14

**friend** 44:5 50:15 59:21

**friendly** 16:11

**friends** 42:22

**front** 4:6 9:25 16:6 18:16 19:17 27:20 41:22 56:10,14,20 57:2 58:6 65:25 66:8,19 74:6,10 75:4 77:22 79:23 91:24

**frustrating** 23:11

**full** 41:16

**full-time** 22:11

**fully** 23:12

**fun** 22:19

**future** 98:10

---

**G**

**G-STRING** 58:9

**game** 49:17 54:24 55:1

**games** 54:15

**Garden-** 33:2

**Gardenhire** 3:12, 22 4:4,12,16 7:3, 19 8:25 10:23 11:23 13:17,20 16:22 17:10 18:3, 19 19:6,19 20:5,8 21:1,17,20 24:16 25:10,19 26:3,13 28:11 29:10,11 30:21 31:9,10,14 33:3,4

**general** 3:2,8 30:2,9 32:2,9 53:3 62:2,8 90:22 99:2, 8

**genitalia** 16:5,7 18:16 19:16

**gentleman** 26:18

**Geraldine** 76:14 94:15

**giant** 25:7

**gift** 16:20

**girls** 24:3

**girls-only** 38:7

**give** 19:3,10 20:19 39:14 54:11 86:12

**giving** 20:20,22, 24

**glad** 4:21 8:7

**go-go** 23:18 27:8 71:13 94:12,20

**goal** 87:20

**good** 3:15,16 36:17 42:15

**governance**

42:16

**governor** 25:1 92:15,16

**grabbing** 84:3

**grandkids** 27:25

**graphic** 8:12 15:15 20:20 27:1 55:23

**great** 75:6 84:8

**greater** 14:14 18:2

**grinding** 16:7 19:16

**groomed** 15:1

**grooms** 14:17

**gross** 26:19

**ground** 19:17 88:24

**group** 24:3 50:14 54:14 57:7 58:4 73:23 74:2 83:10 85:19

**grown** 16:3 56:20

**guess** 20:18 79:18 89:4 92:9

**guest** 22:12

**guys** 38:10

**gyrate** 54:16

**gyrating** 16:8

---

**H**

**Hairspray** 24:7

**half** 9:13

**hand** 17:13 98:16

**hands** 7:8

**hang-up** 80:11

**happen** 24:18 70:23

**happened** 19:5, 14 92:12

**happy** 30:25 31:3

**Hardaway** 75:13, 14 78:7,8

**harm** 17:7 54:2

**harmed** 14:9

**harmful** 5:20,22 6:2 8:20,23 12:7,9 35:1,3,4,16 36:3,5 37:24 44:9 45:1 46:14,18 53:25 65:6 68:23 69:2 71:1,10 73:18 80:25 82:6 83:17 84:15,18 93:16,21 94:8

**harming** 84:24

**harms** 14:17 21:12

**Harris** 70:18,20 72:3,4,23,24 73:6, 7,15,16 75:9,10

**Harry** 24:5 87:12 89:16

**hate** 42:24 55:13 87:2 90:5 93:10 95:4,5,7 98:1

**hatred** 85:12

**hats** 7:11

**health** 17:4 43:2 86:9

**healthy** 14:18

**hear** 87:24

**heard** 9:6 12:18 36:12 93:6 94:24

**hearing** 55:13 76:25 91:4

**heart** 85:12

**hearts** 42:17

**heavily** 10:10,19

**heed** 15:21

**held** 4:24,25 7:12 33:17,19 64:16,17 68:7,8 75:4

**high** 38:6 49:18

**high-risk** 14:20

**highlights** 41:24

**hips** 54:17

**history** 42:11,12 86:7

**hits** 75:19,22

**hold** 7:8 46:8 78:17

**Hollywood** 52:7

**home** 26:21

**honor** 30:25 31:3

**hope** 42:12 47:6 55:19 56:5 70:1 82:22

**hoping** 40:18

**horrible** 42:23

**host** 72:8

**hosted** 23:11

**hotels** 24:14

**hours** 98:12

**house** 10:1 62:2, 7,13 63:10,17,21, 24 69:13 76:16 83:18 92:15 97:6 99:14,20

**Houston** 37:14

**Hulsey** 63:12,14, 20 64:7

**human** 23:22 85:8

**hundred** 48:12 52:1

**hundreds** 9:23 36:12 86:1

**hurts** 42:24

**husband** 41:18 44:19

**hypothetical** 26:22 44:3

**hypotheticals** 49:12

———————

**I**

———————

**icon** 52:7 85:5

**idea** 94:13

**identified** 10:4

**identify** 14:4

**identity** 85:11

**IDS** 28:7

**illegal** 26:8,10 51:1 58:13 66:1, 18 67:5

**images** 15:10,15

**immediately** 98:20,21

**impact** 24:11 43:20

**impersonating** 80:1,4 94:15

**impersonation** 23:18,21

**impersonator** 23:24 24:23,24 67:19 68:2

**impersonators** 24:10 27:9 71:14 75:25 76:2,3,23 78:1,10,18 79:7 80:11

**implemented** 20:4

**important** 45:13 98:2

**improper** 50:25

**impugn** 98:20

**inappropriate** 13:1 27:20 84:1 91:12 92:5,8

**inappropriately** 84:4

**incidents** 58:5

**include** 16:3 24:2 94:7

**included** 67:15 72:1 89:9

**includes** 71:15

**including** 22:11 67:3,12 79:7 84:1

**incorporates** 95:2

**increased** 92:16

**increases** 15:4

**independent** 100:4

**individual** 74:8 76:7 90:4

**individual's** 11:14 20:2

**individuals** 19:24

**indoors** 74:11,25

**indulgence** 9:3 45:16

**inefficient** 41:7

**inflation** 43:2

**information** 98:17

**inherently** 41:12

**injunction** 74:1, 25

**injurious** 85:15, 16,17,19

**injury** 58:7

**innocence** 14:23 95:9

**inside** 7:11

**insight** 26:11

**insists** 47:14 49:11

**instances** 9:12 13:11 73:17

**instigating** 85:18

**institutional** 49:1

**insult** 58:7

**intend** 75:4

**intended** 49:11, 14 87:20

**intent** 45:10,14 50:10,11,12 86:25

**intention** 55:8

**intentional** 59:24 60:7 97:7

**interest** 12:16 34:11,15 35:15,16 44:16 60:12 65:9, 12 69:1,9

**interested** 76:25

**interesting** 87:24 88:23

**interests** 6:9,10 93:24

**interns** 84:1

**interpretation** 25:8 53:14

**interpretations** 17:24 98:5

**intolerance** 95:5

**Introduce** 22:1

**introducing** 53:24

**investigating** 10:2 92:3

**involve** 50:4 94:11,19

**involved** 37:15

**involves** 44:10

**involving** 82:3

**Iran** 42:2

**irrelevant** 41:1

**isolated** 58:5

**issue** 9:7 52:2 53:9 55:13,17,18 57:22 75:19,22 83:16 85:24 86:3 97:2,20 98:2

**issues** 9:9 43:1 54:1 86:7,10

**Item** 30:14 99:13

**items** 48:5

**J**

**jacket** 67:11

**Jackson** 74:2

**January** 3:4

**Jennisue** 15:6

**Jessen** 15:6

**Jessen's** 15:19

**job** 53:1

**jobs** 52:23

**Johnson** 3:9,13, 14 4:18,20 8:4 9:11 11:24,25 26:15,16 30:10, 14,17,18 31:16,17 32:10,15 33:10,12 37:18,19 38:12,13 39:17,18 40:7,8 43:23,24 46:3,4 52:20 53:19 55:5 59:16,18 65:21,22 66:5,6,16,17 67:7, 8,17,18,25 68:1 69:12 70:4,5 85:6 99:14,17,18

**Jones** 83:2,4 84:7,11,12 86:16

**journal** 82:25 96:4

**judge** 56:15

**judicial** 47:20

**judiciary** 3:2,7 32:19,25 33:13

**jury** 13:12 47:22

**Justice** 63:10,17

**K**

**key** 38:19,22

**kids** 9:25 11:6 12:9 27:25 28:8 36:8,15 37:1 38:24 46:20 51:13 54:24 55:1 75:1

**Kill** 42:18

**kilt** 41:18 44:20

**kind** 7:6 9:7 26:6 36:24 58:12

**kissed** 41:21

**kissing** 44:19

**knew** 86:3

**knowing** 16:9

**Knox** 65:21 91:7, 18

**Knoxville** 24:6

**Kyle** 28:18,19 51:18,19,25 53:18

**L**

**labeled** 24:10

**lacks** 35:21 69:21

**Ladies** 54:14

**laid** 66:12

**Lamar** 7:17,21 9:1,2 10:24,25 13:4,18,19 17:16, 17 18:4,5,20,21 19:2,9,20,21 20:6, 7,13 28:21,22

**Landon** 14:2,7 20:12

**language** 6:11 12:7,20 27:11 48:4 72:14 75:23 76:22 77:7 78:16 80:9 87:4,5,9,13, 19 89:1,24 90:1,6, 19

**larger** 10:9

**law** 4:23 5:2,12,24 7:24 10:3,14 11:2, 9,14,18,22 13:2,8 17:9,20,24 33:16, 18,20 34:3,14,17 36:18 39:14,20,21 40:4,10,13,14 41:4,6,23 42:8 51:10 52:1 56:12, 18 57:4 58:11 64:15,19,25 65:11 67:21 68:2,6,9,16 72:25 73:8,13 74:16,18 75:5 76:20 77:6,10,14 78:3,10 79:22

81:14 82:8

**Lawrence** 76:6

**laws** 20:3 22:25 24:12 41:11 51:9 65:7,24 68:24 73:3,12 88:25

**lawsuit** 52:4 53:4

**lawyer** 52:6 89:2

**lays** 81:22

**leader** 3:12 4:18 7:22 11:23 15:6 26:15 30:16 31:16 37:12,17 38:11 39:16 40:6 43:22 46:2 52:20 53:19 54:11,20 55:5 59:16 83:1 99:16

**leadership** 85:21

**learn** 16:21,24

**learned** 15:7 75:16

**led** 10:1 13:11 42:5

**lederhosen** 66:7

**Lee** 25:1

**left** 77:14

**legal** 74:17

**legally** 16:16

**legislation** 25:4 27:12 41:5 42:24 43:19 45:13 47:5 48:10 51:5 53:24 55:14 70:24 71:3 74:14 85:14 86:24 87:1,2 90:9 99:2,8

**legislative** 30:2,8 32:2,8 45:10 62:2, 8

**legislature** 75:7 92:7

**legislatures** 80:13

**legs** 16:6 18:15 19:17 54:17

**letting** 49:8

**level** 41:3

**Leveraging** 42:14

**lewd** 23:3 38:22 83:25

**LGBT+** 42:21

**LGBTQ** 72:8 85:4

**LGBTQ+** 22:6

**LGBTQIA+** 55:14

**license** 22:24

**licensed** 5:4 33:22 64:21 68:11

**licensing** 48:14

**lifelong** 15:19

**light** 79:8

**limited** 17:11 31:1

**lines** 47:15 79:6

**lip-syncing** 23:13

**liquor** 22:9,24,25 24:11

**list** 23:25 26:6 42:19 98:16,18

**listed** 73:25

**listen** 35:9

**listened** 55:9

**listing** 78:18

**literally** 77:16 80:9

**literary** 35:22 60:17 69:21

**litigations** 48:2

**litter** 43:3

**live** 45:23

**livelihood** 53:5

**lively** 22:19

**lives** 42:2

**livings** 22:11

**Lizzo** 87:12 89:16

**local** 73:23 74:4 87:5 90:13

**location** 5:16 65:3 68:19 74:21

**locations** 5:10 34:2 64:17,24 68:14 78:2

**lodged** 93:19

**London** 13:22

**long** 77:17

**longstanding** 24:1

**looked** 77:21

**loophole** 10:5,13

**Lord** 42:11

**lose** 14:23

**lot** 34:22 38:19 55:12 59:22 60:4 67:9 89:22

**lots** 49:14,16

**love** 17:2 86:25 87:1 95:8

**Lundberg** 28:23, 24

---

### M

**Madam** 28:17,18, 21,23,25 29:2,4,6, 8,10,12,14

**made** 22:10 34:8 49:21 55:10 60:5 86:4 88:8 91:15 93:6 97:6

**Madea** 52:8

**Madonna** 87:12

**mainstream** 18:25

**major** 11:6 24:19

**majority** 61:5 77:17 83:13,20 86:14 96:16

**make** 8:21 13:9,13 14:5 18:11 28:8 33:14 34:6 36:19 52:1 57:6,24 59:25 67:10 72:17

74:14 76:23 77:15 80:18 86:10 90:10 91:21 94:3

**makes** 3:18,23 4:19 30:22 32:20 33:5 64:13 77:12 79:22 97:22

**makeup** 23:24 54:16

**making** 16:6 21:8 75:17 76:1 81:6

**male** 23:17,24 27:9 71:14 75:24 76:1,3,22 78:1,9, 17 79:7 80:1,11 89:3,6 94:14

**males** 89:5

**man** 56:4

**mandate** 92:17, 18

**manufacture** 86:11

**manufacturing** 83:12

**March** 99:4

**marketed** 16:11

**Marsha** 85:5

**Martin** 76:6

**Massey** 37:6,7,11 38:2,3,17,18

**material** 15:9

**materials** 49:4

**matter** 6:5 35:8 42:1 44:12 47:15 69:6 77:11 78:14 98:8

**mayor** 74:3 91:13

**Mcnally** 30:16 31:6,13,21 32:13, 21 33:1,8 37:5,9, 17 38:1,11,16 39:11,16,23 40:6, 15 43:10,22 45:3 46:2,21 47:9 51:17,24 53:17 55:3 58:19 59:7,9

60:21 61:4 99:16 100:6,24

**meaning** 71:19

**means** 6:2 12:10 27:7 34:14 35:5 47:20 65:11 71:8, 9 82:2 88:12

**mechanism** 97:4, 24

**media** 18:25 88:10

**meet** 46:18 70:25

**meets** 36:1

**megastar** 24:5

**member** 30:24 31:3 61:1,2 83:21 93:12 95:22,23 96:10,11 97:11 100:17,19,20

**member's** 97:11

**members** 3:15 4:11,14,22 5:19 7:4 13:3 17:15 29:17 30:19 32:17 35:24 42:23 44:1 46:6 59:6,8,19 77:4 83:23 91:3 97:3

**memorized** 67:23

**Memphis** 24:3 45:19 52:10

**men** 7:10 56:20

**mental** 17:4

**mentioned** 8:21 12:17,18 26:22 80:22

**message** 21:15

**met** 35:11,21 49:23

**mic** 14:5

**microphone** 7:18 14:6 28:20 70:16 78:21 82:24

**Miller** 94:4,5,11

**million** 22:8,13

millions 53:4

mimic 16:14

mind 9:3 15:10 25:7

mindsets 52:19

minor 24:22 36:3 37:24 44:9 45:2 46:14,18 70:24 71:1 88:24

minors 5:20,22 6:2,10 8:21,23 12:7,10,16 27:21 35:2,3,5,16,20,23 36:5 44:16 54:1,2, 12 60:12,15,18 65:6 68:20,23 69:2,10,20,23 71:11 75:4 80:25 82:6 83:17 88:4 93:16,22 94:8

minute 7:6 77:24

minutes 17:12 21:25 57:18

mirror 83:19

mischaracterization 26:19 59:22

mischaracterizing 60:6

misdemeanor 8:14 76:19

misrepresent 59:25

misrepresentation 97:8,23

misrepresenting 60:6

missing 82:21

misstatement 97:6,23

misstatements 98:2

misstating 98:13

mistaken 40:20

Mocking 42:18

molester 83:22

moment 5:21 18:15 21:14 72:16

momentarily 30:20

Momma 76:9

monetary 16:20

money 17:1 20:21,22,24 21:10

monitoring 23:8

moral 53:11

morality 53:2

morally 17:8

morbid 6:10 12:15 35:16 44:15 60:12 69:9

morning 93:7,19

mother 14:10

motion 3:20,23 31:7 32:22 33:9 37:3 61:6 65:16, 17,19 78:25 96:18 100:6,10 101:2

move 4:2,4 30:20 31:4,11 32:17 62:20 63:3,17 100:5

moved 74:25 76:18

movements 76:11

moves 31:14 62:23 63:6,21

movie 76:12

movies 48:5 76:4, 10

moving 86:16

multiple 71:16 85:24 90:20

murder 41:6

murdered 41:4

Murfreesboro 19:14 55:21

murky 11:2

music 41:9 89:20

muster 90:12

N

narrowly 51:9

Nashville 10:9 22:5 24:20 55:21 79:10 82:18 85:25 87:17

nation 52:24

national 22:16

nature 22:21 34:12 65:8 68:25 79:11

Nay 59:8

nays 4:13 61:3 96:1,14 100:23

Nazis 42:9

needed 17:25 91:23

neighbor's 48:21

newly 5:22 8:16

news 84:25

Newsies 38:7,8

newspaper 38:8

night 24:4 50:2

normal 14:18

normalized 15:12

normalizing 15:2 21:16 79:11

notes 76:1

nudity 6:4 12:11 23:2 35:7 39:2 44:10 69:4 81:14

number 9:12 14:1 30:14 31:11,14 32:24 63:11,18, 21,25 76:9,16 93:25 94:21,23 99:13,15 100:15 101:1

numerous 50:3 53:23

O

oath 85:14

objection 31:22 61:6 62:25 95:17 96:17 101:2

obligation 93:11

obscene 8:24 41:2 42:7 47:1 50:25 54:12,23 66:8,19 70:9,10 88:4 94:10,17

obscenity 5:23 6:13 7:25 9:20 12:3 13:16 17:24 34:14 35:1 36:6 40:21,23 45:7 46:11,13,24 52:16 53:14 65:7,10,24 68:24 83:16 84:14

occurred 16:10

occurs 5:10 34:1 64:24 68:14

offense 8:9,13,15

offensive 13:5,6 35:18 60:13 69:18 93:25

offer 24:14

offers 23:10

old-fashioned 7:7

Oliver 53:21,22

open 38:23 39:2 53:14 54:18

opened 22:9

opening 10:6 44:21 60:8

operate 24:12

operation 23:9

operations 23:9

opinions 27:19

opponents 59:23

opportunity 20:19

**oppose** 4:12 25:9 42:3

**opposed** 59:1,7 60:24 64:2 95:21 96:9 100:16

**opposition** 87:25

**oral** 55:23

**order** 69:12 70:23 88:19 93:2 95:11

**ordered** 62:25

**ordinances** 74:4

**ore** 22:15

**organizations** 79:9

**oriented** 76:10

**originally** 45:1

**Orpheum** 52:10

**outfit** 23:23

**outfits** 49:18

**outlaw** 79:16

**outlets** 18:25

**outraged** 9:24 57:9

**overly** 90:7

**overt** 39:2

**overtly** 34:12 36:14 65:8 68:25

**owned** 33:19 64:18 68:8

———————

**P**

———————

**paid** 17:1

**pandemic** 14:12

**panel** 25:14 28:15

**parade** 45:20

**paragraph** 77:5,8 81:24

**parameters** 37:15

**Pardon** 7:16

**parent** 16:15 50:21

**parental** 18:17

**parents** 9:24 11:21 18:5,11,14 54:25

**park** 10:21 28:1 36:7 48:22 77:25

**parliamentary** 97:20

**part** 22:10 45:14 99:22

**participate** 14:20 46:1

**parties** 12:20 73:3

**Parton** 24:23,24 26:24

**parts** 71:2

**pass** 13:2 75:7

**passage** 30:21 31:4,7 32:17 63:3, 6

**passed** 77:17 80:13 96:17 99:21

**passes** 29:15 76:20

**past** 15:22 20:13 24:13 49:2 73:22 77:20

**pastors** 54:4

**patently** 35:17 60:13 69:18 93:25

**patience** 53:13,15

**pattern** 15:25

**pause** 5:21

**pay** 45:24

**payroll** 22:13

**peers** 13:12

**penalty** 8:6 34:18

**people** 7:9 11:4, 13,18 12:19 13:9 17:2 21:10 22:10 24:8 27:19 42:6, 25 45:21,23 46:25

47:15 48:19 50:11 52:18,20 55:15 56:3,9 57:7 58:5 67:9 70:14 83:10 85:7,11,15,16,17, 19 88:14 90:4 98:13

**people's** 41:25 50:20 57:11 70:13

**percentage** 92:16

**perfectly** 11:21

**perform** 11:6 24:7 54:14,21 56:20 57:1

**performance** 5:17 6:6 9:25 24:22 34:18 35:9 41:10 44:13 48:18 49:10 51:14 65:4 67:2 68:21 69:6 71:16,24 72:7 74:21 77:22 78:4 82:2 99:24 100:2, 3

**performances** 4:24 5:19 9:14 11:4,12 33:16 34:10,12 45:19 46:1 48:8 50:3 55:20 62:15 64:16 65:5,8 67:9 68:6, 22,25 70:9,10,15 71:10,16 75:3 89:13 93:16

**performed** 20:16 27:20 72:20

**performer** 8:3,11 16:19 19:15 20:23 43:15 58:9

**performers** 20:21 22:12,15,21,22 23:5,6,7,11,15 24:11,21 50:4 55:22 57:1 82:10

**performing** 8:12 28:2 38:7,10 49:22 52:9 56:24 87:15 89:7

**performs** 24:6

**permitted** 16:16

**perpetrators** 15:16

**perplexing** 40:19

**Perry** 52:7 55:16 56:23 76:9

**person** 6:7 8:11 9:18 12:13,24,25 13:5,6,23,24 35:13 40:13 44:6, 13 56:6,7 60:10 69:7 71:19 79:21, 25 86:2

**pertaining** 3:10 30:10 32:10 62:11 99:11

**pervasive** 16:2

**Phd** 16:13

**phrase** 77:13

**picked** 92:14

**piece** 87:1

**pieces** 16:17

**place** 5:7,14 6:18 9:15,25 10:8,15, 18,21 27:23 28:6 34:7,19 36:15,20, 21,22,23 47:2 48:21,23 50:5 51:11 72:13 77:18 79:14 98:7,8

**places** 17:19 23:17 36:10 48:12 55:21

**placing** 22:17

**plain** 87:18 88:13 89:24 90:1

**planned** 57:19 91:3

**platform** 86:13

**play** 38:7,10 52:8

**plays** 52:7 76:4

**point** 94:21,23 95:4

**points** 86:11

**police** 41:25 49:8 50:7 51:11 91:18

**policies** 42:2

**policy** 98:15

**political** 35:22 60:18 69:22 86:11

**politically** 42:14

**pools** 89:5

**poor** 86:9

**popping** 16:1

**popular** 24:14

**population** 60:2

**pornographic** 49:4

**position** 31:19

**positions** 16:5

**possibility** 49:20

**posted** 20:18

**pounded** 57:23

**poverty** 86:9

**powderpuff** 49:17

**power** 50:7

**pre-** 35:14

**predation** 14:25

**predator** 84:22

**predators** 15:3

**predominant** 5:13 34:4 65:1 68:17

**predominantly** 5:3 6:9 12:15 22:6 33:21 35:15 44:15 60:11 64:20 68:10 69:8

**prepared** 44:22

**presence** 9:15 72:20,21 79:24

**present** 3:18 5:6 6:19,24 9:17 10:22 12:9 16:10 36:8,16 41:23

**presented** 40:11

**presenting** 6:15

**preserve** 47:7

**president** 84:3

**pretty** 11:5 12:21 35:25 51:9

**prevailing** 35:18 60:13 69:19

**prevails** 96:3

**prevent** 5:5 33:23 37:13 38:6,9 64:21 68:12 74:4,5 75:2 88:3

**preventing** 15:20

**previous** 26:5 80:12 86:22 95:14,15,19 96:2

**pride** 19:4,14 45:19,20 46:1 72:8 73:24

**principle** 75:6

**private** 6:19,23 9:17 19:21 28:6 36:25

**problem** 9:8 21:5 23:20 75:25 79:23 83:8

**problems** 42:25

**process** 98:22

**prohibit** 23:2 87:14,16

**prohibiting** 87:13 89:1

**promoter** 91:19, 20

**promoting** 90:9

**prong** 44:16

**prongs** 35:17

**proof** 23:9

**proper** 4:1 31:7, 18 32:22 33:9

**properly** 3:21

**property** 5:1 6:18, 22 9:16 33:19 36:23 64:18 68:8

**prosecute** 56:6

**prosecuted** 56:11

**prosecution** 13:11 52:16,19

**prosecutor** 40:11,12 56:14

**prosecutorial** 13:3

**prosecutors** 39:22 51:12 57:3

**protect** 17:25 18:6 58:4 95:8

**protected** 15:15 41:11 47:1 89:25 90:2

**protecting** 25:5 56:2 88:7 89:23 92:19,23

**protective** 15:25

**protects** 17:20 57:12,15

**protesting** 42:9

**proud** 22:15 95:9

**provide** 5:3 33:21 64:20 68:10 91:5

**provided** 67:1 100:3

**provision** 93:18 99:23,24

**prurient** 6:9 12:15 22:21 34:11,15 35:15 44:15 60:11 65:9,12 69:1,9 93:23,24

**public** 5:1 6:18,22 9:16 10:15,21 17:18 20:15 24:5 27:23 28:1 36:7, 15,23 47:2 48:16

30:23 31:8 32:22 33:9 62:24 63:8, 22

**property** 5:1 6:18, 22 9:16 33:19 36:23 64:18 68:8

**prosecute** 56:6

**prosecuted** 56:11

**prosecution** 13:11 52:16,19

**prosecutor** 40:11,12 56:14

**prosecutorial** 13:3

**prosecutors** 39:22 51:12 57:3

**protect** 17:25 18:6 58:4 95:8

**protected** 15:15 41:11 47:1 89:25 90:2

**protecting** 25:5 56:2 88:7 89:23 92:19,23

**protective** 15:25

**protects** 17:20 57:12,15

**protesting** 42:9

**proud** 22:15 95:9

**provide** 5:3 33:21 64:20 68:10 91:5

**provided** 67:1 100:3

**provision** 93:18 99:23,24

**prurient** 6:9 12:15 22:21 34:11,15 35:15 44:15 60:11 65:9,12 69:1,9 93:23,24

**public** 5:1 6:18,22 9:16 10:15,21 17:18 20:15 24:5 27:23 28:1 36:7, 15,23 47:2 48:16

72:18 73:18 76:5 77:25 79:22 86:9 89:7 94:14 97:25

**publicly** 33:19 64:18 68:8

**punish** 8:2,3

**purpose** 15:9

**purposes** 32:18

**put** 54:15 58:8 76:22 92:9,10

**puts** 51:10 78:20

---

**Q**

**quagmire** 53:3

**quality** 6:2 12:10 35:5 69:3

**queen** 23:12 85:4 87:16

**queens** 70:15

**question** 7:14 8:5,6 9:1,5 11:1 19:7 20:12 26:1 37:21 39:10 44:7 45:15 49:13 58:18,20,23 70:1, 6 75:17 78:11,13 79:18,20 81:12 90:23 93:19 95:14,16,19 97:12,20

**questionable** 50:6

**questions** 7:4,23 9:3 17:15 21:21 25:13,21 28:14,15 38:5 44:23 45:8 46:6 51:22 96:3

**quick** 82:20

**quote** 73:23 85:4

---

**R**

**race** 22:17 85:8

**raise** 17:13 98:15

**raising** 51:13

**Rausch** 91:17

**reach** 43:14

**read** 5:24 6:12 8:7 12:4 34:23 37:23 44:1,17 45:1,6 60:2,3 71:11,25 84:24 88:14 93:12 94:22

**reading** 88:11

**ready** 28:16

**real** 55:13,17 84:21

**reality** 15:16 70:12

**reason** 52:14

**reasonable** 9:18 12:24,25 27:24

**receive** 9:22

**received** 9:23 23:4 61:5 96:16

**recent** 27:4

**recently** 19:5,14 26:19

**recognize** 27:18

**recognized** 21:2 30:17 31:16 32:14 33:3,10 37:6 38:2, 12,17 39:7,17,24 40:7,16 43:11,23 45:4 46:3,22 47:10 51:18 53:21 55:6 58:16 62:18 63:13 64:8,10 70:19 83:3 86:19 90:3,16 96:23 97:5

**reconsider** 61:7 96:18 101:3

**record** 8:8 76:8 97:15,25 98:8

**Red** 76:12,13

**redeeming** 94:1

**reeding** 26:8

**reeks** 94:25

**refer** 12:2,19

37:21 44:21,25 67:21

**reference** 20:12

**referenced** 12:8

**referring** 27:22 97:11

**reflect** 83:1 96:4

**refusing** 74:4

**regard** 98:4

**regime** 48:4

**regular** 30:13 76:2

**regulated** 5:11 10:10,19 64:25 68:15

**regulations** 48:14

**related** 23:21

**relative** 8:17,20 10:3 13:16 27:4 33:16 62:14

**relativism** 95:7

**remarks** 60:8

**remember** 76:6 78:16

**remind** 92:13,21

**removal** 67:3 89:9

**remove** 67:9,11, 12 89:9

**removed** 21:7

**removing** 82:3

**renders** 14:24

**renew** 65:15,17 78:25

**renews** 65:19

**rep** 62:17,22 63:5, 12,20 64:7 65:15, 18 66:2,4,10,15, 20 67:6,13,16,24 68:3 69:11 70:3, 17 71:4 72:2,11, 22 73:1,5,9,14,19 75:8,12 77:1 78:6,

22 79:1 80:7 81:8, 19 82:12,25 84:6 86:15 87:21 88:17 90:15,24 93:2 95:11,15 96:2,15, 22 97:9,16 98:11

**repeat** 52:1

**replacing** 99:23

**report** 54:3

**reported** 17:6

**represent** 45:19

**representation** 6:3 12:11 35:6 69:3

**Representative** 29:1 62:10,19 63:2,14 64:11 65:17,21,22 66:3, 4,6,11,15,17,21 67:6,8,14,16,18, 20,24 68:1,4 69:11,16 70:3,5, 18,20 71:5 72:2,4, 12,22,24 73:2,7, 10,14,16,20 75:8, 10,12,14 77:2 78:6,8,23 79:2,3 80:8 81:8,10,20 82:12,14 83:2,4 84:6,11,12 86:15, 18,20 87:22 88:17,20,21 90:17,24 91:1 92:25 93:3,4 95:10,12,13 96:5, 25 97:18 99:10

**Representatives** 73:5 83:19

**representing** 88:6

**Republican** 92:15

**reputation** 97:12 98:20

**request** 30:25 31:3

**require** 66:12

**required** 5:11 34:2 64:24 66:13

68:15 71:15 81:15

**requiring** 4:23

**reread** 53:13

**reregulated** 34:2

**resolution** 54:7

**respect** 35:19 43:7 51:20 52:2 57:21 60:15 69:20

**respond** 57:25 97:14 98:19,21

**response** 4:15 7:17 28:19 50:17 76:25

**responsibility** 18:14 19:24

**responsible** 72:25 73:3,8

**rest** 77:10

**restaurant** 5:15 34:5 36:8 65:2 68:18 82:18

**restaurants** 24:14 79:9

**restricted** 5:5,16 10:11 33:23 34:8 64:21 65:3 68:12, 20

**restrictions** 92:2

**return** 25:2

**revealed** 41:16

**revealing** 11:8

**review** 45:12

**reviewed** 48:6

**revises** 99:21

**rewarded** 21:10

**rewards** 16:19

**rewrites** 63:16

**rewriting** 36:4

**rightful** 42:22

**rights** 18:17 43:4 45:25 70:13 81:2 85:17

**rings** 59:1 60:24 95:21 96:8 100:16,18

**rise** 47:13 83:6

**risk** 18:1

**risking** 42:2

**road** 51:7,15

**Roberts** 20:10,11 21:18,19 25:23, 24,25 26:5 28:13, 25 29:1,16 55:6,7 58:15

**Robertson** 59:21

**role** 52:8,9

**roll** 28:17 30:24 31:20

**room** 16:15 17:14 88:1

**rose** 3:23 4:5 29:2,3 74:1

**rubbing** 16:4 18:16 19:16

**rules** 13:25 48:14 49:1 97:4

**run** 25:11

**Rupaul's** 22:17

**S**

**sadomasochistic** 35:8 44:11 69:5

**safety** 7:1 65:13

**sales** 22:9

**sat** 55:9 56:9 57:17

**scale** 91:21

**Scapegoating** 85:18

**scenario** 40:3,4 54:11

**scenarios** 44:3

**scenes** 76:11

**Schindler's**

42:19

**scholarship** 54:22

**school** 38:6,7 49:18

**scientific** 35:22 60:18 69:22 94:1

**search** 83:7

**seared** 15:15

**season** 22:18

**seats** 92:14

**seconded** 31:8, 14 33:9 62:24 63:8,22

**seconds** 3:24 16:23 24:17 82:21

**Secretary** 28:17, 18,21,23,25 29:2, 4,6,8,10,12,14

**secrets** 15:13

**section** 34:21,24 71:23 75:22 81:24 93:13

**seek** 47:6

**sees** 24:22

**segment** 60:1

**selective** 52:15, 19

**self-proclaimed** 42:9

**sellers** 38:9

**senate** 3:2,7,8,17 4:22 30:2,7,9 31:4,7 32:2,7,9, 14,17,24 33:14 58:24 59:12 61:4 62:9,15,20,23 63:3,6 64:14 68:5 77:13 93:14 94:6 96:7,15,21 99:2,7, 9,13 100:11,12,24

**senator** 3:9,12, 14,22,23 4:4,12, 16,18,20 7:3,17, 19,21 8:4,5,25 9:2,11,23 10:23,

25 11:23,25 12:18 13:4,17,19,20 16:22 17:10,17 18:3,5,19,21 19:2, 6,7,9,19,21 20:5, 7,8,11,13 21:1,17, 19,20 24:16 25:10,19,23,25 26:3,5,13,16 28:11,18,19,21, 22,23,24 29:2,3,4, 5,6,7,8,9,10,11,16 30:10,14,16,18 31:6,9,10,13,17, 21 32:10,13,15,21 33:1,4,8,10,12 37:5,6,7,9,11,17, 19 38:1,3,11,13, 16,18 39:6,8,11, 13,16,18,23,25 40:6,8,15,17 43:10,12,22,24 45:3,5 46:2,4,21, 23 47:9,11 51:17, 19,24,25 53:17, 18,21,22 55:3,4,6, 7 58:15,16,17,19 59:7,9,16,18 60:21 61:4 99:14, 16,18 100:6,24

**senators** 7:14

**sending** 21:15 50:9

**sense** 76:23 87:25 88:2,6

**sentiments** 86:23

**service** 25:18

**session** 14:3 25:20 29:18 30:2, 8 31:23 32:2,8 61:8 62:2,7 98:23 99:2,8

**set** 13:25 49:1,3 74:5 91:8

**settings** 10:15

**sex** 12:23 15:5 16:5 28:2 55:23 56:9,21 57:2 58:6

**Sexton** 62:17,22 63:5,12,20 64:7 65:15,18 66:2,4,

10,15,20 67:6,13, 16,24 68:3 69:11 70:3,17 71:4 72:2, 11,22 73:1,5,9,14, 19 75:8,12 77:1 78:6,22 79:1 80:7 81:8,19 82:12,25 84:6 86:15 87:21 88:17 90:15,24 93:2 95:11,15 96:2,15,22 97:9, 16 98:11

**sexual** 6:4 12:11, 12 14:12,18,20, 24,25 15:11,12,20 16:18 17:6 21:11, 16 23:2 34:12 35:7 36:14 37:15 38:22 39:3 44:10, 11 47:22 52:6,11 54:7 65:8 67:3 68:25 69:4,5 71:25 79:11 82:3 88:4 89:8 91:11 92:4 93:24

**sexuality** 16:25

**sexualization** 14:9,15 15:3

**sexualized** 14:22 15:1 67:15

**sexualizing** 17:2, 3

**sexually** 8:12 10:18 12:22 14:13 15:4,8,10,24 16:6 27:1,16 49:21 50:5,24 54:4 84:20

**Shakespeare's** 50:2

**shame** 84:4

**shame-based** 15:13

**shameful** 6:9 12:15 35:16 44:15 60:12 69:9

**Shanaynay** 76:7

**share** 26:11

**shared** 15:6

**Shelby** 44:5

**sheriff** 56:5

**sheriffs** 58:11

**shirts** 89:6

**short** 23:5 49:2,19

**shouting** 69:13

**show** 19:25 20:16 22:17 40:24,25 73:24 91:7,8,10, 16,21,25

**showed** 56:4 91:10,15

**showing** 79:12

**shown** 15:17 23:15

**shows** 18:8 22:19 23:9 42:10 50:17 51:4,6 53:8 54:9 85:9

**sic** 17:16 22:20 45:23 48:11

**side** 42:11,12 83:9,17,23 84:2 86:6 98:12

**signing** 37:12

**signs** 7:12

**similar** 27:9 71:14 77:9 80:22

**Similarly** 28:5

**simple** 46:20 47:14,16,24 87:25 88:13,15 98:6

**simply** 5:8 6:16, 21 10:16 27:15,23 28:7 33:25 55:18 57:2 64:22 68:13 79:24

**simulate** 14:20 16:18 57:2

**simulated** 23:2 55:23 56:21 67:2 71:24 82:2 89:8 99:25

**simulating** 12:23 16:5 28:2 56:9

58:6 91:11

**simulation** 92:3

**singing** 37:14

**single** 44:24 71:16

**sir** 17:13 31:20 53:16 76:25

**sisters** 85:8

**sit** 16:16

**sitting** 55:24 76:1

**situation** 67:11

**situations** 40:25

**Skelton** 76:12,13

**skin** 23:15

**skip** 71:23

**skirt** 41:20

**skirts** 49:19

**skyrocketing** 17:4

**slate** 42:24

**small** 50:21 58:4 87:8

**smart** 18:6,8

**solely** 23:21

**solid** 90:21

**solution** 83:7

**solve** 9:8 42:25

**somebody's** 53:5

**someone's** 98:17,20

**songs** 37:14

**Sophisticated** 54:13

**sort** 45:12 47:1,16 48:3 49:8 50:1 97:15

**sounded** 7:23

**sounds** 9:6 11:13

**Southern** 54:5 84:20

**spanking** 16:8

**speak** 14:6

**speaker** 4:2 30:13,19 31:11,18 32:16 33:5,13,20 34:16,20 35:24 37:2,7,11,20 38:3, 14,18 39:9,19 40:1,9,18 43:8,12, 25 44:22 45:5,15 46:5,23 47:12 49:10 50:15,19 51:16,19 53:22 55:8 58:14,17 59:18 60:8 62:15, 20 63:3,15 64:5, 12 65:14,23 67:20 68:4 69:17 70:2, 21 71:6 72:13,16 73:3,11,21 75:11, 15 77:3 78:24 79:4 80:8 81:21 83:5,24,25 84:13, 16 86:21 87:23 88:16,22 90:14,18 91:2 92:24 93:5 95:13 97:1,10,19 98:10 99:19

**speaking** 55:8 91:3 98:4

**specific** 19:3,11 45:8,17 48:13 49:1,3 50:5 56:13

**specifically** 12:6 19:10 45:22 47:3 49:5 75:24

**spell** 52:25

**spend** 53:4

**spending** 74:7

**spoke** 76:22

**spoken** 57:20

**sponsor** 10:1 25:22 26:1 31:12, 15 33:6 37:8,9 39:9,11,13 40:2,3, 22 43:8,19 47:14, 25 49:10 50:13,16 57:16 63:19 75:20 86:4,21 87:4

**sponsored** 3:9

30:9 32:9 62:9 99:9

**spreading** 16:5 18:15 19:17

**squat** 54:17

**stake** 85:3

**stand** 44:19,21 88:3 90:7,23 95:9

**standard** 36:2 40:21,23 46:18 47:18,19 48:15

**standards** 6:8 10:17 12:14 35:14,18 41:2,12 44:14 52:4 53:11 60:11,14 69:8,19

**star** 42:19 52:7 55:16

**Starbuck** 13:22 14:2,7,8 16:24 17:22 18:13,23 19:4,8,13 20:1 21:2,3

**start** 49:8 53:2

**started** 78:2

**state** 16:1 18:24 22:8,15 45:7 46:14 47:8,21 48:13 49:1,5 50:8, 18 51:10 53:4 54:4 55:22 56:19 73:4 75:6 79:14 92:2

**state's** 65:7 68:24

**state-level** 41:5

**stated** 64:13 80:20 85:6

**statement** 15:7 37:20 93:8

**statements** 75:18 93:6

**states** 24:13 51:5

**statute** 5:23 6:13, 17 9:20 10:4 12:3, 24 13:14 27:6 36:3,6 44:9 45:6, 11,14,18 46:11,13

52:16

**statutes** 20:3

**statutory** 48:3

**stay** 84:7,9

**staying** 84:16

**Stevens** 3:23
29:4,5

**Stonewall** 85:5

**stop** 19:24 74:10

**stories** 42:17

**story** 15:17

**straight** 77:10

**street** 24:5 48:22
81:3 89:14,15

**strengthen** 56:18

**strings** 42:13

**strip** 16:17

**stripper** 79:8
88:25

**strippers** 23:18
27:8 71:14 78:19

**stripping** 16:4
67:11 91:11 92:4

**strong** 56:13 57:4

**structured** 75:2

**students** 54:21

**stuff** 57:12

**Styles** 24:5 87:12
89:16

**subject** 24:21
34:17 48:13

**subjecting** 16:3

**subjective** 17:8,
23

**subjectively** 54:9
89:20 90:5

**submit** 35:25

**subsection** 93:20

**subsequent** 8:14

**substitute** 62:20,
23

**subtract** 27:14

**suddenly** 57:13

**suffering** 86:8

**suggestive** 49:21
50:6 76:11

**suit** 41:16

**suitable** 35:20
60:15 69:20

**summer** 77:20

**Sunday** 23:16
79:10

**super** 48:13

**support** 7:2 28:10
42:25 60:20 65:13
95:10

**supported** 86:2

**supporting** 39:5

**supposed** 51:8

**Supreme** 94:5,10,
18 95:2

**surfaced** 9:14
36:9 91:10,15

**surprise** 47:13

**surrounding**
34:14 65:11

**surveyor** 15:5

**swimming** 89:5

**swimsuit** 41:14

**sworn** 85:13

**systems** 86:10

**T**

**t-shirt** 89:10

**table** 13:25 61:7

**tabled** 96:18
101:3

**tailored** 51:9

**tainted** 98:1

**takes** 10:8 36:20
60:16 87:5,6,7

**taking** 5:7,14
9:15,25 34:7
36:15 47:2 53:1
89:19 95:6

**talk** 9:7 13:22
44:19 48:5 53:16
83:6 89:22

**talked** 17:19
27:17 84:3 92:16

**talking** 17:18
19:15 55:14 74:17

**talks** 25:1 38:20

**target** 70:10

**targeted** 47:3
49:6

**targeting** 50:14
70:11 86:23

**tattoo** 38:25

**taught** 15:13

**taxes** 22:9 45:24

**Taylor** 13:24
21:23 22:3,4
24:18 25:17 29:6,
7

**TBI** 91:17

**TCA** 56:17

**team** 74:18

**Tech** 20:13 55:20

**Tech's** 20:15

**television** 22:16

**telling** 50:11
54:20 56:25

**tells** 87:11

**ten** 24:20

**Tennesseans**
25:4 79:17 82:22
83:14 86:8,13

**Tennessee** 3:2,8
19:2,10,14 20:13,
15 22:24,25 23:6
30:2,8 32:2,8
34:13 36:10 39:4
45:24,25 48:19
55:20 56:19 58:13
62:2,8 65:10 91:9

94:19 99:2,8

**term** 5:22 34:13
35:1 36:5 65:10
71:12 81:18 93:17

**terms** 8:16 94:3

**terribly** 37:1

**test** 94:4

**testified** 26:18

**testify** 16:15

**testimony** 25:16
26:6

**tests** 95:2

**thankful** 91:17

**Theater** 20:17

**theaters** 24:6
76:4

**Theatre** 91:9

**theatrical** 22:20

**themes** 16:2

**thing** 7:5 27:3
47:24 57:14 70:11
75:16 77:24 82:20

**things** 11:20
12:17,23 16:10
26:6,7,10 38:21
45:11 48:6 49:14
50:5 55:13 66:12,
18 67:14 70:8,22
84:14 88:8,9
93:22 94:12,21
98:8

**thinking** 67:8
81:5

**thinks** 47:23

**Thirty** 16:22 24:16

**thought** 56:1 91:5

**thoughts** 41:25

**thousand** 74:8

**thousands** 36:12

**threatens** 47:5

**threats** 84:21

**three-part** 94:4

**thunderously** 16:19 21:7

**Thursday** 30:24 31:19,20,22

**tight** 36:1

**time** 7:4 11:12 13:21 17:14 21:6, 22 31:1 41:13 44:24 46:25 54:6 56:17 57:12 58:10 78:12 90:8

**times** 52:1 76:10 92:17

**Tina** 23:13

**Titans** 23:16

**Title** 48:10

**tits** 19:16

**today** 6:16 14:8, 15 26:21 27:13,15 83:6 90:8

**Todd** 33:2 62:10, 14,17,19,22 63:1, 2,5 64:9,11 65:17, 19 66:2,3,10,11, 20,21 67:13,14,20 68:3,4 69:15,16 71:4,5 72:11,12 73:1,2,9,10,19,20 77:1,2 78:14,22, 23 80:8 81:19,20 87:21,22 90:15,17 92:25 95:10 99:10

**told** 78:9 83:15 85:21

**tolerate** 58:12

**tolerated** 17:9

**top** 22:18

**topless** 27:7 71:13 78:18 89:3, 4,6 94:12,20

**total** 22:12

**touching** 91:12 92:5

**tour** 23:10

**tourist** 24:15

**toxic** 15:23

**TPAC** 24:7 56:24

**traffic** 43:3

**trafficking** 15:5

**TRANSCRIPTION** 101:4

**transgender** 79:12,21,24 80:2

**traumatizing** 79:17

**trend** 15:23

**trigger** 35:20

**triggers** 35:10

**troubles** 79:6

**true** 86:25

**truth** 83:15

**TSU** 54:13

**turn** 14:5

**turned** 70:16 78:21 82:24

**Turner** 23:13

**TV** 76:2

**Twelfth** 50:2

**twofold** 52:2

**Tyler** 52:7 55:16 56:23 76:9

**type** 5:9 6:16,20 9:14,24 10:12,14, 20 28:5 34:1,6 35:12 36:14,19 46:9 49:9 64:23 68:13 74:5 76:18 77:22

**types** 43:20

**U**

**U.S.** 94:5,10,18

**ultimately** 13:12

**unable** 97:22

**unacceptable** 24:1

**unbelievable** 56:8

**unclothed** 67:4 82:4

**unconstitutional** 90:6

**undergarments** 16:9

**understand** 13:7 40:3 42:5 50:21 60:4 74:17 76:21 81:7,18 88:15 93:12 97:2

**understanding** 71:2 76:15

**unfairly** 78:20

**unfortunate** 97:21

**UNIDENTIFIED** 4:2

**unintended** 52:3

**unique** 15:18

**university** 20:16 55:21

**unlawful** 94:16

**unreasonable** 28:4 37:2

**uphold** 75:4,6

**uprising** 85:5

**urge** 85:20

**USA** 89:20

**UT** 49:25

**V**

**vague** 90:6

**vagueness** 87:14

**values** 35:22 60:18

**vehicle** 16:25

**venue** 6:19,23 9:17 28:6 33:24 34:8 36:21 68:18 89:7,14

**venues** 4:25 10:7 33:18 68:7 76:5

**version** 77:13 99:21

**versions** 47:20

**versus** 94:5,11

**vet** 53:16

**video** 9:13,19 20:18 57:8 91:10

**videos** 36:9 42:4, 5 55:19,20 56:9 91:15

**view** 5:17 48:17, 18,22,23 65:4 68:21

**viewed** 23:6

**views** 48:17

**violate** 70:23

**violated** 40:13

**violates** 40:10

**violating** 41:23 70:12 85:16

**violation** 8:9 9:19 34:16

**violence** 6:5 12:12 35:8 44:11 69:5 85:18

**voice** 59:2

**vote** 4:6 28:16 45:24 56:1 58:25 59:1,2,3,15 60:23, 24 61:2 85:14,21, 22 92:9,10,21,22 95:20,24,25 96:8, 9,12,13 100:12, 15,16,17,21,22

**voted** 61:1 95:22 96:10 100:19

**voters** 92:17,18

**voting** 43:8 47:3 92:22 95:19 96:6 100:10

**vulgar** 50:25

**vulnerable** 14:25 17:5

## W

**wage** 42:23

**wages** 86:9

**waging** 83:11

**wait** 77:23 78:11

**walk** 51:15

**walking** 81:3 89:15

**walks** 24:22

**wanted** 7:22 18:7 20:19 76:24 80:18 83:15

**wanting** 36:13 44:18

**war** 83:11

**Warner** 95:12,13

**Wars** 42:19 55:16

**wasted** 90:8

**watch** 15:11 16:17 58:7 89:13

**watched** 36:11

**watching** 9:18 12:5 16:10 26:21 76:13

**Waynesboro** 83:21

**ways** 98:14

**wear** 7:10 11:20 42:3 49:18 54:15, 16

**wearing** 11:7 41:7,20 44:20 66:7

**wears** 23:23

**wedding** 41:19 44:20

**week** 13:25 43:16

**Weekly** 84:24

**weighing** 88:10

**welcoming** 22:5 25:3

**well-understood** 34:13 65:10

**White** 29:8,9

**Whitney** 37:14

**wigs** 54:15

**Wilson** 76:14 94:15

**win** 86:11

**window** 23:13

**witnesses** 13:21 14:1 17:11

**witnessing** 21:12

**woman** 56:24

**women** 42:2 84:4

**women's** 41:16

**wondering** 20:21

**word** 56:11 74:16, 20

**word-for-word** 77:6

**worded** 33:18

**wording** 77:5

**words** 80:22

**wore** 41:18

**world** 10:20 36:13 48:15 49:7 50:9, 22 88:10

**worms** 25:7

**wrong** 17:8 42:11, 12 79:20 97:3

**WWE** 11:3 12:18

## Y

**Yarboro** 47:10,11

**year** 3:17 9:12 15:22 17:12 20:14 22:10 45:20 72:9 73:22 83:21 87:17

**years** 9:13 23:4 24:13 35:2 37:25 46:14,19 85:6

**yield** 31:12 33:6 37:8 39:9 51:22 58:22

**yields** 37:10 39:12 51:24

**young** 38:8,24

**youth** 17:5 84:22, 24

## Z

**Zachary** 90:25 91:1