# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC.,<br><br>PLAINTIFF,<br><br>v.<br><br>THE STATE OF TENNESSEE; BILL LEE, *in his official and individual capacity as Governor of Tennessee*; JONATHAN SKRMETTI, *in his official and individual capacity as the Attorney General of Tennessee*; STEVEN J. MULROY *in his official and individual capacity as District Attorney General of Shelby County, Tennessee,*<br><br>DEFENDANTS | **Case No. 2:23-cv-02163-TLP-tmp**<br><br>**COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983** |

## DECLARATION OF CLAYTON KLUTTS

**COMES NOW,** Clayton Klutts, and under penalty of perjury declares as follows:

1. I am over the age of eighteen (18) and am the President of the Board of Franklin Pride TN.

2. Franklin Pride TN is a registered 501(c)3 non-profit that organizes and hosts an annual pride festival in Franklin, Tennessee.

3. In previous years, the pride festival has included as a part of its programming an all-ages drag show in a public park.

4. Franklin Pride is aware of the amendments to T.C.A. § 7-51-1407, which were signed into law by Governor Bill Lee on February 27, 2023 and take effect on April 1, 2023

5. Franklin Pride was concerned that the new law would prevent them from obtaining a permit to hold their annual pride celebrations in the park, if those celebrations included a drag show.

6. Rather than risk being unable to hold the event at all, Franklin Pride chose to self-censor and eliminate the planned drag performance from their event before submitting their application for a permit.

7. Franklin Pride would not have cancelled their annual drag show, were it not for T.C.A. § 7-51-1407.

**I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Dated this 3rd day of April, 2023

*Clayton Klutts*
Clayton Klutts