AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

FRIENDS OF GEORGE'S, INC.
*Plaintiff*
v.
STATE OF TENNESSEE, ET AL.
*Defendant*

Case No. 2:23-cv-02163-TLP-tmp

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants State of Tennessee, Bill Lee, Jonathan Skrmetti, and D.A. Steven Mulroy in his official capacity.

Date: 04/17/2023

s/ James M. Rice
*Attorney's signature*

James M. Rice, BPR No. 040032
*Printed name and bar number*

Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202

*Address*

matt.rice@ag.tn.gov
*E-mail address*

(615) 532-6026
*Telephone number*

(615) 532-4892
*FAX number*