UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

------------------------------------------------------------------------ X

FRIENDS OF GEORGE'S, INC.,

                            Plaintiff,

         -against-                        Case No. 2:23-cv-02163-TLP-tmp

STATE OF TENNESSEE, BILL LEE, in his official and individual capacity as governor of Tennessee, JONATHAN SKRMETTI, in his official and individual capacity as the Attorney General of Tennessee, and STEVEN J. MULROY, in his official and individual capacity as District Attorney General of Shelby County, Tennessee,

                          Defendants.

------------------------------------------------------------------------ X

## NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ACTORS' EQUITY ASSOCIATION

**PLEASE TAKE NOTICE** that, upon their Memorandum of Law and the Affirmation of Samuel Morris and exhibit thereto, Actors' Equity Association will move and hereby move this Court, before the Honorable Thomas L. Parker, U.S.D.J. at the Odell Horton Federal Building, Western District of Tennessee, 167 North Main Street, Courtroom 2, Memphis, Tennessee 38103, on a date and time designated by the Court, for leave to file the accompanying brief as *amicus curiae* in support of Plaintiff's motion for a preliminary injunction.

Dated: April 17, 2023                               Respectfully submitted,

                                                                 */s/ Megan Stater Shaw*\*
                                                                NY Bar #5877568
                                                                 COHEN, WEISS AND SIMON LLP
                                                                 900 Third Avenue, Suite 2100
                                                                 New York, NY 10022
                                                                 Telephone: (212) 356-0205
                                                                 MShaw@cwsny.com
                                                                \*Admission *pro hac vice* forthcoming

2

*/s/ Samuel Morris*
TN Bar #12506
GODWIN, MORRIS, LAURENZI &
BLOOMFIELD, P.C.
50 N. Front St., Suite 800
Memphis, TN 38103
Telephone: (901) 528-1702
smorris@gmlblaw.com

2

**CERTIFICATE OF SERVICE**

       I, Samuel Morris, hereby certify that, on the 17th day of April 2023, a copy of the foregoing Notice of Motion and Motion for Leave to File an *Amicus Curiae* Brief and accompanying Memorandum of Law and Affirmation of Samuel Morris and exhibit thereto were electronically filed with the Clerk of the Court of the United States District Court for the Western District of Tennessee by use of the CM/ECF system, which will send a notice of filing to all registered users.

                                                */s/ Samuel Morris*
                                                Samuel Morris