*Revised July 2012*

## United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
| --- |
| Friends of George's, Inc. |

| Defendant |
| --- |
| State of Tennessee; Bill Lee; Jonathan Skrmetti; Steven J. Mulroy |

| Case Number | Judge |
| --- | --- |
| 2:23-cv-02163-TLP-tmp | Judge Thomas L. Parker |

I, Megan Stater Shaw _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
Actors' Equity Association _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| New York Supreme Court, Appellate Division | 9/27/2021 |
| Southern District of New York | 11/9/2021 |
| Eastern District of New York | 1/13/2022 |
| U.S. Court of Appeals for the Second Circuit | 8/2/2022 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Shaw | Megan | Stater |

| Applicant's Firm Name |
|---|
| Cohen, Weiss and Simon LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 900 Third Avenue | Suite 2100 |

| City | State | Zip Code |
|---|---|---|
| New York | NY | 10022 |

| Applicant's Email Address |
|---|
| mshaw@cwsny.com |

| Applicant's Phone Number(s) |
|---|
| (212) 356-0205 |

Certificate of Consultation

*Counsel for all Parties consent to this Motion.*

| Date | Electronic Signature of Applicant |
|---|---|
| 4/17/23 | s/ Megan Stater Shaw |

Page -2-



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Megan Stater Shaw

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 27, 2021**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 14, 2023.

*Susanna M. Rojas*
Clerk of the Court

CertID-00114416

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

MEGAN STATER SHAW, Bar # 5877568

was duly admitted to practice in the Court on

November 09, 2021

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On April 14, 2023

Ruby J. Krajick
Clerk of Court

By s/ S. Gonzalez
Deputy Clerk