# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MEGAN    STATER    SHAW_____, Bar # _____5877568_____

was duly admitted to practice in the Court on

_____November 09, 2021_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.           On     _____April 14, 2023_____
           New York, New York

_____Ruby J. Krajick_____     By    _____s/ S. Gonzalez_____
      Clerk of Court                                Deputy Clerk