UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
------------------------------------------------------------------------ X

FRIENDS OF GEORGE'S, INC.,

                            Plaintiff,

       -against-                                    Case No. 2:23-cv-02163-TLP-tmp

STATE OF TENNESSEE, BILL LEE, in his official and individual capacity as governor of Tennessee, JONATHAN SKRMETTI, in his official and individual capacity as the Attorney General of Tennessee, and STEVEN J. MULROY, in his official and individual capacity as District Attorney General of Shelby County, Tennessee,

                          Defendants.

------------------------------------------------------------------------ X

## AFFIRMATION OF SAMUEL MORRIS

I, Samuel Morris, hereby affirm:

1. I am an Attorney at Godwin, Morris, Laurenzi & Bloomfield, P.C. ("Godwin, Morris"). Godwin, Morris is counsel to proposed *amicus* Actors' Equity Association. I submit this affirmation in support of the motion for leave to file an *amicus curiae* memorandum of law by Actors' Equity Association.

2. The proposed *amicus curiae* brief is attached as Exhibit A.

3. Plaintiffs consent to the filing of the proposed *amicus curiae* brief.

4. Defendants consent to the filing of the proposed *amicus curiae* brief.

Dated: April 17, 2023
       Memphis, TN

Respectfully submitted,

*/s/ Samuel Morris*
TN Bar #12506
GODWIN, MORRIS, LAURENZI & BLOOMFIELD, P.C.
50 N. Front St., Suite 800
Memphis, TN 38103
Telephone: (901) 528-1702
smorris@gmlblaw.com