IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE STATE OF TENNESSEE; BILL LEE, in his official and individual capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official and individual capacity as the Attorney General of Tennessee <br><br> *Defendants*. | Case No. 2:23-cv-02163-TLP-tmp |
| FRIENDS OF GEORGE'S, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> STEVEN J. MULROY, in his official and individual capacity as District Attorney General of Shelby County, Tennessee <br><br> *Defendant*. | Case No. 2:23-cv-02176-TLP-tmp |

**MOTION TO DISMISS THE STATE OF TENNESSEE, BILL LEE AND JONATHAN SKRMETTI, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, AND STEVEN MULROY, IN HIS OFFICIAL CAPACITY**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants the State of Tennessee, Tennessee Governor Bill Lee in his official and individual capacities, Tennessee Attorney General Jonathan Skrmetti in his official and individual capacities, and Steven Mulroy in his official capacity as District Attorney General of Shelby County, Tennessee ("Defendants") move for an order from this Court dismissing the claims asserted against them for lack of jurisdiction and failure to state a claim upon which relief can be granted. First, as the arguments and authorities set out in the accompanying Memorandum of Law demonstrate, Plaintiff lacks organizational standing to challenge the enforcement of the Adult Entertainment Act ("the Act"). Second, the Attorney General and Governor cannot be sued in their official capacity because they do not enforce the Act. Plaintiff therefore cannot establish standing, avoid state sovereign immunity, or state a claim under 42 U.S.C. § 1983. Third, the Complaint fails to seek relief against Defendants in their individual capacities. Finally, Plaintiff has consented to dismissal of the State of Tennessee. The Court should therefore grant the motion and dismiss this action.

Dated: April 18, 2023                                          Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/James R. Newsom III
James R. Newsom III (TN BPR No. 6683)
Special Counsel
Robert W. Wilson (TN BPR No. 34492)
Senior Assistant Attorney General
Steven J. Griffin (TN BPR No. 40708)
Assistant Attorney General
J. Matthew Rice (TN BPR No. 040032)
Special Assistant to the Solicitor General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103
(901) 543-2473
Jim.Newsom@ag.tn.gov

Robert.Wilson@ag.tn.gov
Steven.Griffin@ag.tn.gov
Matt.Rice@ag.tn.gov

*Counsel for the State of Tennessee, Bill Lee in his official and individual capacity as Governor of Tennessee, Jonathan Skrmetti, in his official and individual capacity as Tennessee Attorney General and Reporter, and Steven J. Mulroy, in his official capacity as District Attorney General for the Thirtieth Judicial District of Tennessee*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

<u>s/James R. Newsom III</u>
James R. Newsom III
Special Counsel