**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE STATE OF TENNESSEE; BILL LEE, in his official and individual capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official and individual capacity as the Attorney General of Tennessee <br><br> *Defendants*. | Case No. 2:23-cv-02163-TLP-tmp |
| FRIENDS OF GEORGE'S, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> STEVEN J. MULROY, in his official and individual capacity as District Attorney General of Shelby County, Tennessee <br><br> *Defendant*. | Case No. 2:23-cv-02176-TLP-tmp |

**DECLARATION OF JAMES R. NEWSOM III IN SUPPORT OF MOTION TO DISMISS THE STATE OF TENNESSEE, BILL LEE AND JONATHAN SKRMETTI, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, AND STEVEN MULROY, IN HIS OFFICIAL CAPACITY**

1

I, James R. Newsom III, hereby declare as follows:

1.  I am an attorney with the Office of the Tennessee Attorney General, counsel of record for Defendants the State of Tennessee, Tennessee Governor Bill Lee, Tennessee Attorney General Jonathan Skrmetti, and Steven Mulroy in his official capacity as District Attorney General of Shelby County, Tennessee ("Defendants") in the above-captioned actions. I am duly licensed to practice law in the State of Tennessee.

2.  I make this declaration in support of Defendants' Motion to Dismiss the State of Tennessee, Bill Lee and Jonathan Skrmetti, in their official and individual capacities, and Steven Mulroy, in his official capacity ("Motion"), based on my own personal knowledge, and, if called to testify as to the truth of the matters declared herein, I could and would competently testify.

3.  Attached as Exhibit A is a true and correct copy of Defendant Shelby County District Attorney Steve Mulroy's webpage "FAQ: The 'Drag Show' Law," as it appeared on April 6, 2023, available at https://www.scdag.com/new-blog-1/faq-the-drag-show-law and published on April 6, 2023.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: April 18, 2023                Respectfully submitted,

                                     JONATHAN SKRMETTI
                                     Attorney General and Reporter

                                     s/James R. Newsom III
                                     James R. Newsom (TN BPR No. 6683)
                                     Special Counsel

Robert W. Wilson (TN BPR No. 34492)
Senior Assistant Attorney General
Steven J. Griffin (TN BPR No. 40708)
Assistant Attorney General
J. Matthew Rice (TN BPR No. 040032)
Special Assistant to the Solicitor General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103
(901) 543-2473
Jim.Newsom@ag.tn.gov
Robert.Wilson@ag.tn.gov
Steven.Griffin@ag.tn.gov
Matt.Rice@ag.tn.gov

*Counsel for the State of Tennessee, Bill Lee in his official and individual capacity as Governor of Tennessee, Jonathan Skrmetti, in his official and individual capacity as Tennessee Attorney General and Reporter, and Steven J. Mulroy, in his official capacity as District Attorney General for the Thirtieth Judicial District of Tennessee*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

s/James R. Newsom III
James R. Newsom III
Special Counsel