# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**FRIENDS OF GEORGE'S**,

    Plaintiff

v.

**STATE OF TENNESSEE, GOVERNOR BILL LEE**, in his official and individual capacity as Governor of Tennessee, and **JONATHAN SKRMETTI**, in his official and individual capacity as the Attorney General of Tennessee,

    Defendants

Civil Action No.
2:23-cv-02163-TLP-tmp

---

**FRIENDS OF GEORGE'S**,

    Plaintiff,

v.

**STEVEN J. MULROY**, in his official and individual capacity as the District Attorney General of Shelby County, Tennessee

    Defendant.

Civil Action No.
2:23-cv-02176-TLP-tmp

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jessica L. Indingaro of the Shelby County Attorney District Attorney General's Office hereby appears for and will represent the interests of Defendant Steven J. Mulroy *in his individual capacity only*. By the appearance of counsel, Defendant DA Mulroy does not waive any procedural right, substantive right, immunity, or defense he has or may have

individually or in his official capacities.  This Notice is being filed for the purpose of notifying the Court and the other parties of the representation.

                                    Respectfully submitted,

                                    /s/ Jessica L. Indingaro

                                  JESSICA L. INDINGARO (BPR No. 30875)
                                  jessica.indingaro@scdag.com
                                  Shelby County
                                        District Attorney General's Office
                                  Walter L. Bailey Criminal Justice Center
                                  201 Poplar Avenue, 11th Floor
                                  Memphis, Tennessee 38103
                                  (901) 222-1300

                                  *Attorney for Defendant DA Mulroy in his Individual Capacity Only*

Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 19th day of April, 2023, for service on all persons that have entered appearances.

                                                  /s/ Jessica L. Indingaro