IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**FRIENDS OF GEORGE'S**,

      Plaintiff

v.

**STATE OF TENNESSEE, GOVERNOR BILL LEE**,
in his official and individual capacity as Governor of
Tennessee, and **JONATHAN SKRMETTI**, in his
official and individual capacity as the Attorney
General of Tennessee,

      Defendants.

Civil Action No.
2:23-cv-02163-TLP-tmp

---

**FRIENDS OF GEORGE'S**,

      Plaintiff,

v.

**STEVEN J. MULROY**, in his
official and individual capacity as
the District Attorney General of
Shelby County, Tennessee

      Defendant.

Civil Action No.
2:23-cv-02176-TLP-tmp

### DEFENDANT DISTRICT ATTORNEY STEVEN J. MULROY'S
### MOTION TO BE EXCUSED FROM ATTENDANCE AT TRIAL

      COMES NOW Defendant District Attorney Steven J. Mulroy, in his individual capacity only, and moves the Court to excuse him from personal attendance at trial, beginning May 22, 2023. Unfortunately, District Attorney Mulroy is slated to attend a previously-scheduled out-of-

1

town conference on the date of the trial.  The undersigned will be present.

Respectfully submitted,

/s/ Jessica L. Indingaro

JESSICA L. INDINGARO (BPR No. 30875)
jessica.indingaro@scdag.com
Shelby County
     District Attorney General's Office
Walter L. Bailey Criminal Justice Center
201 Poplar Avenue, 11th Floor
Memphis, Tennessee 38103
(901) 222-1300

*Attorneys for Defendant DA Mulroy in his Individual Capacity Only*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2 (a)(1)(B) of the United States District Court for the Western District of Tennessee, I certify that I consulted with DA Mulroy's counsel in his official capacity and plaintiff's counsel via email on April 18, 2023, and that all consent to the relief requested.

/s/ Jessica L. Indingaro

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via email on the 19th day of April, 2023.

/s/ Jessica L. Indingaro