IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. <br><br> PLAINTIFF, <br><br><br> v. <br><br><br><br> STATE OF TENNESSEE <br> DEFENDANT. | ) **Case No. 2:23-cv-02163-TLP-tmp** <br> ) <br> ) <br> ) <br> ) **COMPLAINT FOR VIOLATIONS OF** <br> ) **THE CIVIL RIGHTS ACT OF 1871, 42** <br> ) **U.S.C. § 1983** <br> ) <br> ) <br> ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Friends of George's, Inc., (hereinafter "Plaintiff"), by and through its undersigned attorneys, and gives Notice of Voluntary Dismissal as to the State of Tennessee. Plaintiff filed suit in this matter on March 27, 2023. Defendant has not yet filed an Answer to Plaintiff's Amended Complaint, nor has it filed a Motion for Summary Judgment. Plaintiff now enters a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i) as to the State of Tennessee.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

/s/ *Brice M. Timmons*
Brice M. Timmons (#29582)
Craig A. Edgington (#38205)
Melissa J. Stewart (#40638)
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
brice@donatilaw.com
craig@donatilaw.com
***Counsel for Plaintiff***

## CERTIFICAT OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been provided to all parties to this action through the court's ECF Electronic Filing System, this 19th day of April 2023.

*/s/Brice M. Timmons*