IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. ) | |
| ) | **Case No. 2:23-cv-02163-TLP-tmp** |
| PLAINTIFF, ) | |
| ) | |
| ) | |
| ) | **COMPLAINT FOR VIOLATIONS OF** |
| ) | **THE CIVIL RIGHTS ACT OF 1871, 42** |
| v. ) | **U.S.C. § 1983** |
| ) | |
| ) | |
| ) | |
| THE STATE OF TENNESSEE; BILL LEE, *in his individual and official capacity as Governor of Tennessee;* JONATHAN SKRMETTI, *in his individual and official capacity as Attorney General of Tennessee*; STEVEN J. MULROY, *in his individual and official capacity as District Attorney General of Shelby County, Tennessee*, | |
| DEFENDANT | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Friends of George's, Inc., (hereinafter "Plaintiff"), by and through its undersigned attorneys, and in response to Defendants' Motion *to Dismiss the State of Tennessee, Bill Lee, and Jonathan Skrmetti, In Their Official and Individual Capacities, and Steven Mulroy, in His Official Capacity*, states as follows:

Plaintiff alleges that as a result of the filing of *Plaintiff's Notice of Voluntary Dismissal* (ECF 45), and *Plaintiff's Notice of Voluntary Dismissal* (ECF 46) as to the State of Tennessee, all Defendants who filed ECF 41, (The State of Tennessee, Governor Bill Lee in his individual and official capacities, Attorney General Jonathan Skrmetti in his individual and official capacities, and District Attorney General Steven J. Mulroy in his official capacity only), have been voluntarily dismissed from this suit. As such, ECF 41 is now moot, and Plaintiff requests this Court enter an order denying Defendants' *Motion to Dismiss* as moot.

Respectfully submitted,

/s/ *Melissa J. Stewart*
Brice M. Timmons (#29582)
Melissa J. Stewart (#40638)
Craig A. Edgington (#38205)
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
**Counsel for Plaintiff**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via the Court's ECF system on the 14th day of April, 2023.

*/s/ Melissa J. Stewart*