# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02163-TLP-tmp |
| v. | ) | |
| | ) | |
| STATE OF TENNESSEE, BILL LEE, in his official and individual capacity as governor of Tennessee, and JONATHAN SKRMETTI, in his official and individual capacity as the Attorney General of Tennessee, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02176-TLP-tmp |
| v. | ) | |
| | ) | |
| STEVEN J. MULROY, in his official and individual capacity as District Attorney General of Shelby County, Tennessee, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Attorney Megan S. Shaw moves to appear pro hac vice on behalf of Actor's Equity Association to submit an amicus brief.  (ECF No. 42.)  The Court finds that Attorney Shaw has met Local Rule 83.4 (d)'s requirements.  Accordingly, the Court **GRANTS** the motion and admits Attorney Megan S. Shaw pro hac vice.

**SO ORDERED**, this 17th of April, 2023.

                                               s/ Thomas L. Parker
                                               THOMAS L. PARKER
                                               UNITED STATES DISTRICT JUDGE