IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| NICOLE FREEMAN, as wrongful-death representative of Gershun Freeman and next friend to the minor child T.F.,<br><br>*Plaintiff,*<br><br>v.<br><br>SHERIFF FLOYD BONNER, in his individual capacity; CHIEF JAILER KIRK FIELDS, in his individual capacity; and the GOVERNMENT OF SHELBY COUNTY, TENNESSEE,<br><br>*Defendants.* | No.<br><br>**JURY DEMAND** |

**NOTICE OF APPEARANCE**

### I.   NOTICE

Undersigned counsel, Jacob Webster Brown of the law firm of APPERSON CRUMP, PLC, respectfully gives notice of his appearance in this action on behalf of the Plaintiff, Nicole Freeman, in her capacity as wrongful-death representative of the late Gershun Freeman, as the next friend of the minor child T.F., and on behalf of all wrongful-death beneficiaries.

Dated April 4, 2023.

                                              Respectfully submitted,

                                              */s/ Jacob Webster Brown*
                                              Jacob Webster Brown (TN 36404)
                                              Sara Kathrine McKinney*
                                              **APPERSON CRUMP, PLC**
                                              6000 Poplar Avenue, Suite 150
                                              Memphis, Tennessee 38119
                                              (901) 756-6300 (Office)
                                              (901) 757-1296 (Fax)
                                              *jbrown@appersoncrump.com*
                                              *smckinney@appersoncrump.com*
                                              *Tennessee Bar Applicant

                                              *Attorneys for Plaintiff Nicole Freeman*

## II.    CERTIFICATE OF SERVICE

This motion is filed on April 11, 2023, via the District Court's electronic-filing service, and all counsel of record will be automatically served by operation of the same.

                                              */s/ Jacob Webster Brown*