UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Judge Thomas L. Parker, United States District Judge

April 25, 2023

RE:    **2:23-cv-02163-TLP**
       **Friends of Georges, Inc. v State of Tennessee, et al**

Dear Sir/Madam:

A **PRETRIAL CONFERENCE** has been **SET** before **Judge Thomas L. Parker** for **FRIDAY, MAY 12, 2023 at 9:30 A.M. in Courtroom No. 2, 11th floor of the Federal Building, Memphis, Tennessee.**

**A PROPOSED JOINT PRETRIAL ORDER will be due by 5:00 P.M. on MAY 5, 2023.**

Sincerely,
WENDY R. OLIVER, CLERK
BY:    *s/Sandra McClain*,
       Case Manager
       901-495-1317
       Sandra_mcclain@tnwd.uscourts.gov