# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., <br> *Plaintiff*, <br><br> v. <br><br> STEVEN J. MULROY, <br>    in his official and individual capacities, <br> *Defendant*. | Case No. 2:23-cv-02163-TLP-tmp <br> Case No. 2:23-cv-02176-TLP-tmp |

### DECLARATION OF JAMES R. NEWSOM III IN SUPPORT OF
### BRIEF OF STEVEN J. MULROY IN HIS OFFICIAL CAPACITY

I, James R. Newsom III, hereby declare as follows:

1. I am an attorney with the Office of the Tennessee Attorney General, counsel of record for Defendant Steven J. Mulroy in his official capacity as District Attorney General of Shelby County, Tennessee in the above-captioned actions. I am duly licensed to practice law in the State of Tennessee, and am admitted to the bar of this Court.

2. I make this declaration in support of Defendant Steven J. Mulroy, in his official capacity, based on my own personal knowledge, and, if called to testify as to the truth of the matters declared herein, I could and would competently testify.

3. Attached as Exhibit A to this Declaration is a true and correct copy of excerpts from the transcript of the Fed. R. Civ. P. Rule 30(b)(6) deposition of Plaintiff Friends of George's, Inc. conducted on April 24, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: April 28, 2023

>Respectfully submitted,
>
>JONATHAN SKRMETTI
>Attorney General and Reporter
>
>s/James R. Newsom III
>James R. Newsom III (TN BPR No. 6683)
>Special Counsel
>J. Matthew Rice (TN BPR No. 40032)
>Special Assistant to the Solicitor General
>Robert W. Wilson (TN BPR No. 34492)
>Senior Assistant Attorney General
>Steven J. Griffin (TN BPR No. 40708)
>Assistant Attorney General
>Office of the Tennessee Attorney General
>40 South Main Street, Suite 1014
>Memphis, TN 38103
>(901) 543-2473
>Jim.Newsom@ag.tn.gov
>Matt.Rice@ag.tn.gov
>Robert.Wilson@ag.tn.gov
>Steven.Griffin@ag.tn.gov
>
>*Counsel for Steven J. Mulroy, in his official capacity as District Attorney General for the Thirtieth Judicial District of Tennessee*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

                                            s/James R. Newsom III
                                            James R. Newsom III
                                            Special Counsel