# Exhibit A

# FRIENDS OF GEORGE'S, INC.,

## vs.

# MULROY, et al.

---

## 30(b)(6)

# VANESSA RODLEY

## April 24, 2023

---



VETERAN COURT REPORTING
D. Rochelle Koenes, RPR, LCR
veterancourtreporting@gmail.com
(931) 919-8932

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

FRIENDS OF GEORGE'S, INC.,

      Plaintiff,

vs.                Case No. 2:23-CV-02163-tmp
                 Case No. 2:23-CV-02176-tmp

STEVEN J. MULROY, in his
individual capacity,

      Defendant.


and

STATE OF TENNESSEE,

      Defendant-Intervenor


_____




30(b)(6) Deposition of:

VANESSA RODLEY

Taken on behalf of the
Defendant-Intervenor, via Zoom,
April 24, 2023




_____

Veteran Court Reporting
veterancourtreporting@gmail.com
D. Rochelle Koenes, RPR, LCR
P.O. Box 3593
Clarksville, Tennessee 37043
(931)919-8932

```
 1               A P P E A R A N C E S

 2
     For the Plaintiff:
 3
             MR. BRICE TIMMONS
 4           MS. MELISSA STEWART
             Attorneys at Law
 5           Donati Law, PLLC
             1545 Union Avenue
 6           Memphis, TN 38104
             (901)209-5500
 7           brice@donatilaw.com
             melissa@donatilaw.com
 8

 9   For the Defendant-Intervenor:

10           MR. ROBERT W. WILSON
             Senior Assistant Attorney General
11           MR. JAMES R. NEWSOM
             Special Counsel
12           MR. STEVEN J. GRIFFIN
             Assistant Attorney General
13           Office of the Tennessee Attorney General
             40 South Main Street, Suite 1014
14           Memphis, TN 38103
             (901)543-2473
15           robert.wilson@ag.tn.gov
             jim.newsom@ag.tn.gov
16           steven.griffin@ag.tn.gov

17
     For the Defendant:
18
             MS. JESSICA L. INDINGARO
19           Attorney at Law
             Office of the District Attorney General
20           30th Judicial District of Tennessee
             201 Poplar Avenue, 11th Floor
21           Memphis, TN 38103
             jessica.indingaro@scdag.com
22

23   Also present:

24           SARA MCKINNEY

25
```

```
1

2                    I   N   D   E   X

3                                                 Page

4   Examination
    By Mr. Wilson                                   6
5

6

7

8

9                  E   X   H   I   B   I   T   S

10                                                Page

11  Exhibit No. 1                                   12
         Notice of Deposition
12
    Exhibit No. 2                                   28
13       List of events for Friends of George's

14  Exhibit No. 3                                   36
         Complaint
15

16

17

18

19

20

21

22

23

24

25
```

1

2                S  T  I  P  U  L  A  T  I  O  N  S

3

4            The 30(b)(6) deposition of VANESSA RODLEY

5   was taken by counsel for the Defendant-Intervenor,

6   by Notice, via Zoom, on April 24, 2023, for all

7   purposes under the Federal Rules of Civil

8   Procedure.

9            All formalities as to caption, notice,

10  statement of appearance, et cetera, are waived.

11  All objections, except as to the form of the

12  question, are reserved to the hearing, and that

13  said deposition may be read and used in evidence in

14  said cause of action in any trial thereon or any

15  proceeding herein.

16            It is agreed that D. ROCHELLE KOENES,

17  Notary Public and Licensed Court Reporter, for the

18  State of Tennessee, may swear the witness, and that

19  the reading and signing of the completed deposition

20  by the witness were not discussed.

21

22

23

24

25

```
 1                    *    *    *                        09:01:26
 2          MR. TIMMONS:  Before we get started, I       09:01:26
 3   would like to put a running objection on the record, 09:01:28
 4   if you don't mind.                                   09:01:30
 5          MR. WILSON:  Okay.                            09:01:32
 6          MR. TIMMONS:  So to the extent that this      09:01:33
 7   discovery is intended to address issues of standing, 09:01:35
 8   we object on the basis that we don't think the State 09:01:38
 9   of Tennessee, in its role as defending the           09:01:43
10   Constitutionality of the statute, has a basis to     09:01:47
11   raise standing.  But, obviously, we're going to go   09:01:51
12   ahead and let you proceed and take your discovery    09:01:54
13   deposition.                                          09:01:59
14          We also intend to seek a protective           09:02:02
15   order as to that issue, and I want to go ahead and   09:02:05
16   consult about that.  I'm assuming you guys are       09:02:09
17   going to oppose that and that we probably can't      09:02:13
18   reach a compromise.  But, you know, we have an       09:02:18
19   obligation to consult, so I would like to go ahead   09:02:21
20   and get that out of the way.                         09:02:24
21          MR. WILSON:  I guess the -- probably,         09:02:25
22   but let us think about it first and discuss, since   09:02:27
23   you just brought it to our attention here at 9:00    09:02:31
24   o'clock.                                             09:02:34
25          MR. TIMMONS:  Of course.  Of course.  I       09:02:35
```

1    don't intend to file it today.  I just wanted to          09:02:36

2    raise the issue.  Since we have such a compressed          09:02:40

3    time frame, I wanted to go ahead and knock it out.         09:02:42

4              MR. WILSON:  Okay.                               09:02:46

5              MR. TIMMONS:  Thank you, Robert.                 09:02:47

6              MR. WILSON:  All right.  Thank you,              09:02:49

7    Brice.                                                     09:02:49

8              MR. TIMMONS:  Have at it.                        09:02:49

9                        *    *    *

10                  MS. VANESSA RODLEY

11   was called as a witness and, after having been duly

12   sworn, testified as follows:

13

14                     EXAMINATION

15   QUESTIONS BY MR. WILSON:

16   Q.    Ma'am, could you please state your name for          09:02:51

17   the record.                                                09:02:52

18   A.    Sure.  My full name is Vanessa Danielle Noel         09:02:54

19   Rodley.                                                    09:02:58

20   Q.    Ms. Rodley, my name is Robert Wilson, and I'm        09:03:01

21   with the Tennessee Attorney General's office and I         09:03:02

22   represent the State of Tennessee in this matter.           09:03:05

23         Do you understand that you're here today             09:03:07

24   regarding Rule 30(b)(6) deposition for plaintiff,          09:03:09

25   Friends of George's?                                       09:03:13

```
 1  other organization?                              09:13:09
 2  A.     No, sir.                                  09:13:10
 3  Q.     And you mentioned that Friends of George's is  09:13:20
 4  a not profit -- or nonprofit.  Does that mean it  09:13:22
 5  doesn't have any shareholders?                   09:13:25
 6  A.     That is correct.  It is a nonprofit.      09:13:28
 7  Q.     Does Friends of George's share any ownership  09:13:39
 8  responsibilities with any other business entities?  09:13:43
 9  A.     No, sir.                                  09:13:45
10  Q.     And where is Friends of George's based?   09:13:49
11  A.     Based here in Memphis, Tennessee.         09:13:54
12  Q.     What's its address?                       09:14:00
13  A.     Well, we operate out of 1705 Poplar Avenue,  09:14:02
14  which is the Evergreen Theater.                  09:14:05
15  Q.     And who-all was involved with the formation  09:14:19
16  of Friends of George's?                          09:14:22
17  A.     Founding board member -- founding member  09:14:26
18  Tracy Love is the person who organized and founded  09:14:29
19  everything.  He's no longer on our board.  There are  09:14:33
20  several people who founded that are no longer.  The  09:14:36
21  only current board member that was on the original  09:14:39
22  board would be Bill Zachary.                     09:14:43
23  Q.     What is your role in Friends of George's?  09:14:52
24  A.     My role fluctuates all the time based on  09:14:56
25  need, but I am a board member at large.  I run back  09:14:59
```

```
 1   A.     Yeah.  I served for Mid-South Pride since        09:21:59
 2   2012.                                                    09:22:03
 3   Q.     And what is your role with Mid-South Pride?       09:22:08
 4   A.     It's changed over this long amount of time,       09:22:11
 5   but I'm currently president.                             09:22:13
 6   Q.     And what year did you become president of         09:22:26
 7   Mid-South Pride?                                         09:22:30
 8   A.     Oh, God.  I think 2016 or 2017.                   09:22:31
 9   Q.     Is Mid-South Pride affiliated with Friends of     09:22:51
10   George's?                                                09:22:56
11   A.     No.  They've got no connection.                   09:22:58
12   Q.     Ms. Rodley, other than Friends of George's,       09:23:07
13   do you serve with any other theater group?               09:23:08
14   A.     No.                                               09:23:11
15   Q.     Ms. Rodley, I would like to turn a little bit     09:23:34
16   about, I guess, how Friends of George's operates.        09:23:37
17   You've mentioned that they are a theater company.        09:23:43
18   Do they charge admission for shows?                      09:23:45
19   A.     Yes, we do.  We charge a ticket admission.        09:23:49
20   Q.     And how much are the tickets normally?            09:23:52
21   A.     $27.                                              09:23:53
22   Q.     Does the ticket price ever fluctuate?             09:23:57
23   A.     It goes with the times and cost of living.  I     09:24:01
24   believe it started at -- I think at 20 bucks back        09:24:04
25   when it first started, but it's gone up as costs and     09:24:08
```

```
 1  inflation.  Right?                                    09:24:12
 2  Q.     Is the ticket price something that Friends of  09:24:14
 3  George's itself sets?                                 09:24:21
 4  A.     Yes.                                           09:24:24
 5  Q.     And where does Friends of George's normally    09:24:34
 6  conduct its performances?                             09:24:39
 7  A.     At Evergreen Theater.                          09:24:41
 8  Q.     Does Friends of George's conduct their         09:24:45
 9  performances in any other venue?                      09:24:48
10  A.     Sometimes.  It just really depends.            09:24:53
11  Evergreen is our home theater, but sometimes we will  09:24:55
12  do pop-up events or things of us that are requested   09:24:59
13  outside of that.  But we do have three shows every    09:25:02
14  year at the Evergreen Theater.                        09:25:06
15  Q.     About how often does Friends of George's       09:25:19
16  perform one of those pop-up shows that you            09:25:24
17  mentioned?                                            09:25:26
18  A.     I would say it's probably on average of once   09:25:27
19  or twice a year.  The Horseshoe Casino has invited    09:25:30
20  us the last two years to do a show a year.            09:25:36
21  Q.     Is there any other venues that come to mind?   09:25:44
22  A.     Nothing that we've done in the last four or    09:25:47
23  five years.  It was COVID, so we really didn't do     09:25:50
24  much.                                                 09:25:54
25  Q.     And does Friends of George's, if they go to    09:26:12
```

```
 1    another venue, say the Horseshoe Casino, do they        09:26:16

 2    still charge the same admission price?                  09:26:19

 3    A.     No.  Usually that is determined with the         09:26:22

 4    partner that we are working with.  So in that case,     09:26:24

 5    Horseshoe Casino sets the price, I believe, or we       09:26:26

 6    work with them and set the price.                       09:26:32

 7    Q.     And going back to Evergreen Theater, does        09:26:44

 8    Friends of George's, for their tickets, is there a      09:26:47

 9    general admission or seating classification?            09:26:49

10    A.     In this show, we did something new where we      09:26:58

11    did reserve seat, which we call VIP, because it's       09:27:01

12    free seating at our shows.  So for this show, we did    09:27:03

13    one row where we did reserve, and we charged a          09:27:05

14    different price.  But besides that, no, it's general    09:27:09

15    admission.                                              09:27:12

16    Q.     And when you say "this show," what is the        09:27:15

17    show?                                                   09:27:18

18    A.     So we did Drag Rocks, Dragnificent Drag          09:27:19

19    Rocks.  We have a variety show that we call             09:27:24

20    Dragnificent that we do every year, and the theme of    09:27:26

21    it changes.  The theme this year was rock and roll,     09:27:29

22    so we did Drag Rocks this year, and we did six shows    09:27:32

23    for this production.                                    09:27:37

24    Q.     And for the reserved seating for Drag Rocks,     09:27:46

25    what was the price charge for that?                     09:27:51
```

| | | |
|---|---|---|
| 1 | Do you see that? | 09:57:54 |
| 2 | A.    Yes. | 09:57:55 |
| 3 | Q.    And this is one of those, I guess, that you | 09:57:56 |
| 4 | were getting at earlier.  Does Friends of George's | 09:58:00 |
| 5 | only produce drag-centric performances? | 09:58:03 |
| 6 | A.    Yeah.  Pretty much.  I mean, the drag is a | 09:58:08 |
| 7 | part of everything we do. | 09:58:11 |
| 8 | MR. WILSON:  Ms. Rochelle, let's go | 09:58:14 |
| 9 | ahead and make the complaint the next-numbered | 09:58:25 |
| 10 | exhibit. | 09:58:25 |
| 11 | (WHEREUPON, the above-mentioned | 09:58:25 |
| 12 | document was marked as Exhibit Number 3.) | |
| 13 | BY MR. WILSON: | |
| 14 | Q.    And then, Ms. Rodley, is this the -- just for | 09:58:39 |
| 15 | Exhibit 3 -- is this the complaint that was filed | 09:58:40 |
| 16 | against District Attorney Steven Mulroy? | 09:58:43 |
| 17 | A.    Yes, sir. | 09:58:47 |
| 18 | Q.    Referring back to paragraph 5, where it says, | 09:58:53 |
| 19 | "Drag-centric performances, comedy sketches, and | 09:58:55 |
| 20 | plays," is there a distinction between performances, | 09:59:00 |
| 21 | comedy sketches, and plays? | 09:59:02 |
| 22 | A.    Not really.  They are all pretty much | 09:59:06 |
| 23 | performances.  They are just different types of -- I | 09:59:08 |
| 24 | guess different types of performances.  But, I mean, | 09:59:13 |
| 25 | that's what we do. | 09:59:19 |

```
 1   Q.     I guess for -- is there -- for Friends of        09:59:21
 2   George's performances, is there one that's more, I      09:59:26
 3   guess, comedy sketch versus the three of those or is    09:59:29
 4   it they are all just kind of rolled in?                 09:59:34
 5   A.     No.  I mean, comedy is what we are.  We --       09:59:37
 6   you know, I mean we will do dramatics, right, but       09:59:41
 7   comedy is kind of where our home is.  And so            09:59:45
 8   everything we write, usually has got a funny            09:59:48
 9   undertone to it.                                        09:59:53
10   Q.     Going back to Friends of George's               10:00:14
11   performances at the Evergreen, is there a contract      10:00:16
12   between the Evergreen Theater and Friends of            10:00:19
13   George's?                                               10:00:20
14   A.     Yes, sir.                                        10:00:21
15   Q.     Do you know when Friends of George's entered    10:00:27
16   that contract?                                          10:00:28
17   A.     Yes.  We signed it a couple of months ago.      10:00:30
18   We sign it every year.                                  10:00:34
19   Q.     Would it be fair to say that is a one-year      10:00:41
20   renewal contract?                                       10:00:44
21   A.     Yeah.                                            10:00:47
22   Q.     Is that contract with Evergreen Theater or      10:00:59
23   I've seen -- was it Downtown Dream Machine Theater      10:01:04
24   Works?                                                  10:01:10
25   A.     It's the same company, but yes.  Theater        10:01:11
```

| | | |
|---|---|---|
| 1 | Works runs both the Theater Works theater and the | 10:01:13 |
| 2 | Theater Works Evergreen Theater.  They've added | 10:01:18 |
| 3 | "Theater Works" to the Evergreen to make it part of | 10:01:21 |
| 4 | the same entity. | 10:01:26 |
| 5 | Q.    And where is Theater Works theater? | 10:01:27 |
| 6 | A.    That one is on the square, over there on | 10:01:29 |
| 7 | Overton Square.  It's a big property of areas.  It's | 10:01:32 |
| 8 | on a small street over there.  I think on Florence. | 10:01:37 |
| 9 | Q.    That's in Memphis? | 10:01:41 |
| 10 | A.    Hm-hmm.  Friends of George's, we've never | 10:01:42 |
| 11 | done a production at that theater. | 10:01:45 |
| 12 | Q.    And when you said "hm-hmm," was that meant to | 10:01:47 |
| 13 | be a yes? | 10:01:50 |
| 14 | A.    Yes.  I'm sorry.  Yes. | 10:01:51 |
| 15 | Q.    Has Friends of George's, within Memphis, have | 10:02:06 |
| 16 | they conducted any of their performances in any | 10:02:08 |
| 17 | other theater in Memphis besides the Evergreen? | 10:02:12 |
| 18 | A.    No. | 10:02:15 |
| 19 | Q.    Does the contract between Evergreen Theater | 10:02:32 |
| 20 | or Theater Works and Friends of George's restrict | 10:02:34 |
| 21 | the type of performances that Friends of George's | 10:02:38 |
| 22 | can offer? | 10:02:39 |
| 23 | A.    No. | 10:02:43 |
| 24 | Q.    Does it have any restrictions as to where | 10:02:49 |
| 25 | Friends of George's can conduct its performances? | 10:02:52 |

| | |
|---|---|
| 1 | able to be produced for kids that can be | 10:07:43 |
| 2 | accompanied -- or minors to be accompanied by a | 10:07:50 |
| 3 | parent.  Do you have a lot of minors that attend | 10:07:54 |
| 4 | Friends of George's productions? | 10:08:01 |
| 5 | A.    I wouldn't say we have a lot.  We do have | 10:08:05 |
| 6 | some parents who will bring some of their children | 10:08:07 |
| 7 | in.  We -- as long as they are with a parent.  I | 10:08:10 |
| 8 | mean, I run the front of the house now, so I'd say | 10:08:16 |
| 9 | maybe there would be a handful out of the whole | 10:08:19 |
| 10 | production.  It's not a lot, but they are all, you | 10:08:22 |
| 11 | know, accompanied by their parent, and we have no | 10:08:26 |
| 12 | problem with that.  We've not had any complaints | 10:08:30 |
| 13 | either. | 10:08:34 |
| 14 | Most parents will e-mail us and ask ahead of | 10:08:37 |
| 15 | time and say, Is it okay if we bring our child? | 10:08:41 |
| 16 | And we usually respond by saying, It's your right | 10:08:43 |
| 17 | to parent your child.  If you think that this is an | 10:08:46 |
| 18 | okay venue, then that's a decision a parent's right | 10:08:49 |
| 19 | to make. | 10:08:54 |
| 20 | Q.    Do you know if there's been a Friends of | 10:09:01 |
| 21 | George's production where, say, a parent has | 10:09:03 |
| 22 | e-mailed about asking if they can bring their child, | 10:09:08 |
| 23 | has Friends of George's ever said no or -- | 10:09:11 |
| 24 | A.    Oh, no.  We've -- no, we've never said no. | 10:09:16 |
| 25 | So like I said, when, like, for example, we had two | 10:09:19 |

```
 1  people e-mail us or message us for this show, our        10:09:23
 2  response is always, you know, you're the parent.         10:09:26
 3  You know your child better than we do.  If this is       10:09:29
 4  something that you think that your child would enjoy      10:09:33
 5  and you want to bring them, that's up to you as a         10:09:35
 6  parent.  We've never told anyone no.                     10:09:39
 7  Q.    Has Friends of George's ever put a parental        10:09:41
 8  warning on any of its productions?                       10:09:45
 9  A.    Uh-huh.                                             10:09:48
10         MR. GRIFFIN:  Was that answer a no?               10:09:57
11         THE WITNESS:  That's a no.                        10:09:59
12         MR. GRIFFIN:  Thank you.                          10:10:00
13  BY MR. WILSON:                                           
14  Q.    And for Friends of George's at Evergreen           10:10:20
15  Theater, is alcohol served there?                        10:10:21
16  A.    Yes, sir.                                          10:10:26
17  Q.    Is it -- do the audience members purchase it       10:10:26
18  by the drink or is there drink tickets?  How does        10:10:38
19  that -- how does that --                                 10:10:42
20  A.    You know, it's typically just like at any          10:10:42
21  other theater.  Just like a concession stand, you        10:10:44
22  walk up and get your drink or your soda or your          10:10:47
23  bottled water.                                           10:10:51
24  Q.    Does Friends of George's sell drink tickets?       10:10:54
25  A.    We do not sell drink tickets.                      10:10:57
```

| | | |
|---|---|---|
| 1 | about before that the productions would be divided | 10:13:03 |
| 2 | into six shows.  Is there one weekend that will | 10:13:06 |
| 3 | include the Thursday show and then another weekend | 10:13:09 |
| 4 | that will include a Sunday show? | 10:13:11 |
| 5 | A.     That is correct.  So we have to move out of | 10:13:15 |
| 6 | the theater on Sundays. | 10:13:17 |
| 7 | Q.     Okay. | 10:13:18 |
| 8 | A.     So the first week, we do a Thursday -- I'm | 10:13:18 |
| 9 | sorry -- the first week, we do a Friday, Saturday, | 10:13:21 |
| 10 | and a Sunday show.  And then the second week, we do | 10:13:22 |
| 11 | a Thursday, Friday, and a Saturday show.  And then | 10:13:26 |
| 12 | we move out of the theater that Sunday. | 10:13:29 |
| 13 | Q.     Do you know if the Evergreen Theater has a | 10:13:55 |
| 14 | license to provide adult-oriented entertainment? | 10:13:58 |
| 15 | A.     I do not know. | 10:14:07 |
| 16 | Q.     Do you know if the Evergreen Theater has ever | 10:14:08 |
| 17 | applied for one? | 10:14:10 |
| 18 | A.     I have no idea. | 10:14:12 |
| 19 | Q.     Does Friends of George's have any future | 10:14:25 |
| 20 | performances scheduled at a venue other than the | 10:14:27 |
| 21 | Evergreen Theater? | 10:14:29 |
| 22 | A.     No. | 10:14:30 |
| 23 | Q.     Has Friends of George's ever produced an | 10:14:46 |
| 24 | outdoor production? | 10:14:48 |
| 25 | A.     Outdoors as in outside? | 10:14:51 |

| | | |
|---|---|---|
| 1 | Q.    I should say conducted one of its | 10:14:55 |
| 2 | performances outside, outside of Evergreen.  Just | 10:14:57 |
| 3 | outside in general, I guess. | 10:15:00 |
| 4 | A.    I don't believe so.  Uh-huh.  We may have | 10:15:04 |
| 5 | attended things that were outside, but we have never | 10:15:08 |
| 6 | organized an outside event. | 10:15:12 |
| 7 | Q.    Has Friends of George's ever conducted a | 10:15:19 |
| 8 | production on public property? | 10:15:21 |
| 9 | A.    No.  Uh-uh. | 10:15:29 |
| 10 | Q.    Has Friends of George's ever conducted a | 10:15:42 |
| 11 | performance at an age-restricted venue? | 10:15:44 |
| 12 | A.    I believe Horseshoe Casino.  I believe many | 10:15:50 |
| 13 | upon many years ago -- I would have to look at this | 10:15:57 |
| 14 | list -- but some of these are bar locations where | 10:16:00 |
| 15 | we've done pop-ups, and those would be | 10:16:04 |
| 16 | age-restricted. | 10:16:06 |
| 17 | Q.    Do you know about what years those were? | 10:16:13 |
| 18 | A.    Yeah.  If I look back at this list here. | 10:16:15 |
| 19 | Let's see.  Let's see, the last one I can see here | 10:16:19 |
| 20 | would have been Goldie Dee's baby shower in 2019 at | 10:16:29 |
| 21 | Zebra Lounge.  That's an 18-and-up location.  So | 10:16:34 |
| 22 | it's been a long time.  Before that, it was 2012. | 10:16:40 |
| 23 | Q.    And do you know what the age restriction is | 10:16:56 |
| 24 | for the Horseshoe Casino? | 10:16:59 |
| 25 | A.    I believe it's 18 and up.  Gambling laws; | 10:17:01 |

1    right?                                                    10:17:06

2    Q.     And where is the Horseshoe Casino located?         10:17:08

3    A.     In Tunica, Mississippi.                            10:17:11

4    Q.     And when was the last time Friends of             10:17:26

5    George's did a production for the Horseshoe Casino?       10:17:28

6    A.     Let's see here.  We did one July of last          10:17:33

7    year.                                                     10:17:39

8    Q.     That would be July of 2022?                        10:17:53

9    A.     Yes, sir.                                          10:17:57

10   Q.     What was the production?                           10:17:58

11   A.     Wet Hot Summer Drag.                               10:17:59

12   Q.     And would you consider that to be an R-rated       10:18:12

13   production?                                               10:18:15

14   A.     It was probably close to R-rated.  To be          10:18:17

15   honest, I wasn't part of most of that production.  I      10:18:33

16   was up front selling tickets because that was right       10:18:37

17   after Pride.  So --                                       10:18:40

18   Q.     When you say "After Pride," what are you --        10:18:45

19   A.     I wasn't involved in planning that or             10:18:48

20   organizing it because I was involved with organizing      10:18:50

21   and planning the Pride Festival last year.  So I          10:18:54

22   don't know too much details of that show.  I just         10:18:57

23   dealt with tickets.                                       10:18:59

24   Q.     Just so I'm clear, when you say "Pride," is        10:19:02

25   that Mid-South Pride or --                                10:19:06

```
1  of those come to us personally, not necessarily to       10:26:05
2  the Friends of George's.  So I will have to check         10:26:08
3  and see.  I know I personally have not gotten any,        10:26:09
4  but other board members may have, so let me see what      10:26:13
5  we can collect for you.                                   10:26:16
6  Q.    And we discussed that Friends of George's has       10:26:41
7  conducted their productions at an age-restricted          10:26:45
8  venue.  Do you know if Friends of George's has            10:26:49
9  conducted their performances at a licensed,               10:26:53
10 adult-oriented establishment?                             10:26:55
11 A.    I don't believe so.  I mean, that's not             10:26:59
12 something that -- first of all, how would I know          10:27:03
13 that bar or that location has registered or filed         10:27:06
14 for that?  That would be really hard for me to tell       10:27:08
15 you whether they have or not.  That's not something       10:27:11
16 normally people disclose when they ask you to come        10:27:14
17 to perform at your event, but I don't believe so.         10:27:17
18 Q.    Do you know if that's something members of          10:27:25
19 Friends of George's have asked an establishment if        10:27:27
20 they have a license?                                      10:27:30
21 A.    I don't believe anyone has ever asked that.         10:27:33
22 To be honest, it's not something we think about           10:27:36
23 because it's not in what we do.                           10:27:39
24 Q.    And when you say, It's not something we do --       10:27:49
25 or I'm paraphrasing there -- is that because the          10:27:52
```

| | | |
|---|---|---|
| 1 | productions don't typically have those | 10:27:57 |
| 2 | adult-oriented entertainment elements? | 10:28:02 |
| 3 | A.    Well, I mean, I'm not sure what your | 10:28:05 |
| 4 | definition of an adult establishment or what kind of | 10:28:08 |
| 5 | establishment would be because it's -- your opinion | 10:28:12 |
| 6 | on something could be very different than my opinion | 10:28:16 |
| 7 | on something.  So it's very vague for me.  I'm not | 10:28:19 |
| 8 | sure how to answer that. | 10:28:21 |
| 9 | Q.    So when I say adult-oriented entertainment | 10:28:23 |
| 10 | establishment, what would that mean to you? | 10:28:27 |
| 11 | A.    A stip club.  I would say no.  If you're | 10:28:31 |
| 12 | talking about a strip club, we have never performed | 10:28:34 |
| 13 | in a strip club because that's not what we do. | 10:28:38 |
| 14 | Q.    And do you know if Friends of George's has | 10:28:56 |
| 15 | ever applied for a license to provide adult-oriented | 10:28:58 |
| 16 | entertainment? | 10:29:04 |
| 17 | A.    We have never. | 10:29:05 |
| 18 | Q.    And we've discussed a little bit about | 10:29:18 |
| 19 | Friends of George's structure, say with board | 10:29:20 |
| 20 | members and different officers.  What is Friends of | 10:29:22 |
| 21 | George's relationship with its performers? | 10:29:24 |
| 22 | A.    Well, several of the board members are also | 10:29:29 |
| 23 | on the board.  And then outside of that, we have a | 10:29:31 |
| 24 | lot of volunteers that perform for us. | 10:29:33 |
| 25 | Q.    Are there performers that are on contract | 10:29:40 |

```
 1  right?  Just for clarification; right.  I just want        10:52:05

 2  to make sure that I'm answering -- like you said in         10:52:08

 3  the very beginning, the actual question you're              10:52:11

 4  asking.                                                     10:52:13

 5  Q.     So let me rephrase.                                  10:52:14

 6         So would a typical Friends of George's show          10:52:16

 7  be suitable for a person 13 years and under?                10:52:21

 8  A.     Well, that's, once again, based off of what          10:52:27

 9  your opinion is what's suitable.  And it's obviously        10:52:30

10  probably different than my opinion, because everyone        10:52:33

11  has different opinions.  I would be okay if my child        10:52:35

12  was 13 or 14 coming to one of our productions.              10:52:38

13  Q.     What about, say, six years old?                      10:52:43

14  A.     Yeah.  It's -- once again, it's up to the            10:52:49

15  parent to decide on what is appropriate for their          10:52:55

16  child.                                                      10:52:57

17  Q.     Do Friends of George's shows typically               10:53:08

18  feature nudity?                                             10:53:10

19  A.     Can you define nudity?                               10:53:12

20  Q.     Let's just say showing of the pubic area or          10:53:14

21  buttocks with less than full covering or breasts            10:53:18

22  with less than full covering?                               10:53:22

23  A.     No.  Everything is covered or it's a satire;         10:53:24

24  right?  It's fake.  It's comedy.  We like to poke           10:53:26

25  fun at things.  But yeah, there is no visible               10:53:35
```

```
 1  nudity, if that's your --                              10:53:39

 2  Q.      Thank you, Ms. Rodley.                         10:53:43

 3          Does a Friends of George's -- a typical show   10:53:44

 4  for Friends of George's feature human or male          10:53:47

 5  genitals that are in a state of sexual stimulation     10:53:52

 6  or arousal?                                            10:53:54

 7  A.      Can you explain to me what your definition of  10:53:56

 8  "state of arousal" would be?  Because I just want to   10:53:58

 9  make sure I'm clear on this.                           10:54:02

10  Q.      Sure.  Well, this is a first -- sure.  Let's   10:54:04

11  just say that a male genital that's aroused.           10:54:07

12  A.      That's aroused.  I would say no.  No.  Once    10:54:12

13  again, there's nothing visible of that, so that's      10:54:21

14  real; right?                                           10:54:25

15  Q.      And that's one example that I threw out        10:54:25

16  there.  But just to be clear for, I guess, similar     10:54:28

17  examples, would your answer be the same, that          10:54:31

18  Friends of George's typical shows wouldn't include     10:54:34

19  those states of arousal?                               10:54:38

20  A.      Correct, sir.  We don't have anything visible  10:54:42

21  with the state of arousal.                             10:54:45

22  Q.      And do typical shows for Friends of George's   10:54:59

23  feature descriptions of representations of             10:55:00

24  flagellation, torture, or physical restraint for the   10:55:00

25  purpose of sexual gratification?                       10:55:04
```

| | |
|---|---|
| 1 | A.     Are you saying for the purpose of sexual | 10:55:09 |
| 2 | gratification? | 10:55:12 |
| 3 | Q.     Yes. | 10:55:13 |
| 4 | A.     No, sir.  Nothing we do would be for purpose | 10:55:14 |
| 5 | of sexual gratification. | 10:55:16 |
| 6 | Q.     Would there be another purpose? | 10:55:17 |
| 7 | A.     Everything we do is -- our intent is to have | 10:55:20 |
| 8 | fun and have humor and to show, you know, all kinds | 10:55:23 |
| 9 | of different sides of things going on in our | 10:55:29 |
| 10 | community. | 10:55:32 |
| 11 | Q.     Do typical shows for Friends of George's | 10:55:41 |
| 12 | feature representations or descriptions of sexual | 10:55:42 |
| 13 | intercourse, fellatio, cunnilingus, or sodomy? | 10:55:43 |
| 14 | A.     Can you explain -- can you go into that?  Say | 10:55:49 |
| 15 | that one more time.  I want to make sure I got it. | 10:55:51 |
| 16 | Q.     Do typical shows for Friends of George's | 10:55:53 |
| 17 | feature representations or descriptions of sexual | 10:55:55 |
| 18 | intercourse, fellatio, cunnilingus or sodomy? | 10:55:58 |
| 19 | A.     I don't believe so.  We may skirt around some | 10:56:05 |
| 20 | of those topics in a funny way, but we do not | 10:56:08 |
| 21 | simulate that stuff. | 10:56:13 |
| 22 | Q.     And for those situations that you try to | 10:56:33 |
| 23 | skirt around, would you say that those | 10:56:35 |
| 24 | representations or descriptions are patently | 10:56:36 |
| 25 | offensive? | 10:56:43 |

```
 1   A.    No.                                              10:56:43
 2             MR. TIMMONS:  Hey, Robert.  We've been       10:56:45
 3   going about two hours.  Can we take a break?           10:56:46
 4             MR. WILSON:  Sure.  Do you want to take      10:56:49
 5   about a five-minute break?                             10:56:49
 6             MR. TIMMONS:  Can we take ten?               10:56:50
 7             MR. WILSON:  Okay.  Let's do it.  Let's      10:56:51
 8   say 11 -- let's just do 11:10.                         10:56:53
 9             MR. TIMMONS:  Sound goods.  Thanks.          10:56:58
10             MR. WILSON:  We are off the record.          10:57:00
11             (Short break.)
12             MR. WILSON:  Let's go back on the            11:10:08
13   record.  And we've just taken about a ten-minute       11:10:09
14   break after Ms. Rodley answered one of our             11:10:12
15   questions.                                             11:10:16
16   BY MR. WILSON:
17   Q.    Ms. Rodley, we were discussing a little bit      11:10:18
18   about the -- or I was asking questions about the       11:10:20
19   content of Friends of George's shows, and I just       11:10:24
20   wanted to continue on that line.                       11:10:27
21        Ms. Rodley, do Friends of George's shows          11:10:36
22   feature representations or descriptions of             11:10:38
23   masturbation?                                          11:10:42
24   A.    Can you clarify what masturbation is?            11:10:47
25   Because my definition of what that is might be         11:10:49
```

```
1   different than yours.                          11:10:52
2   Q.    What would your definition of that be?   11:10:54
3   A.    Well, for me, I'm a woman, so masturbating   11:10:55
4   for me is a little different than masturbating for a   11:10:58
5   male.  So for me, you know, my variation of that is   11:11:02
6   probably different than yours.                 11:11:05
7   Q.    Could we agree that it's touching of the   11:11:10
8   pubic area for male or female?                 11:11:13
9   A.    But that's subject too; right?  Touching how?   11:11:18
10  Q.    Let's just say --                        11:11:23
11  A.    I could be brushing that area.  That's   11:11:25
12  touching.  It's not really doing anything; right?   11:11:29
13  So I just need a little bit more clarification of   11:11:33
14  that.                                          11:11:36
15  Q.    Well, let's do this:  Let's just -- okay.   11:11:39
16  Well, I guess when I say masturbation for you, what   11:11:45
17  does that entail?                              11:11:49
18  A.    Well, I'm not going to talk about --     11:11:50
19  Q.    I don't mean it -- sorry.  Let me -- I don't   11:11:54
20  mean that personally.                          11:11:55
21  A.    Okay.                                    11:11:57
22  Q.    So when I say --                         11:11:58
23  A.    See, this is the problem here.  It's very   11:12:04
24  vague and it can be interpreted in many different   11:12:06
25  levels, which is why we have a problem with this   11:12:09
```

```
 1   bill.  Because you, yourself, are even having a        11:12:11
 2   problem right now defining that.  This is very         11:12:14
 3   subject.  It's -- everyone's opinion is different.     11:12:16
 4   The gray area is very gray here.                       11:12:20
 5   Q.     So when somebody says "masturbation," what      11:12:23
 6   does that make you think?                              11:12:25
 7   A.     I don't think anything.  I mean, it's a         11:12:31
 8   natural human thing to do, so I don't have an          11:12:33
 9   opinion about it.                                      11:12:35
10   Q.     So what is the doing of the masturbation?       11:12:36
11   A.     It up to interpretation by the different        11:12:42
12   people.  No one is masturbating in our shows.          11:12:46
13   Q.     And how do you define masturbation?             11:12:53
14   A.     I'm just going based off what I'm hearing        11:12:56
15   from you.  No one is doing that at our shows.          11:12:57
16   Q.     Do you have a definition of masturbation or     11:13:01
17   what you think of --                                   11:13:04
18   A.     I would ask you for that definition.            11:13:05
19   Q.     Well, I'm deposing you today, so --             11:13:07
20          MR. TIMMONS:  Robert, I mean, she's             11:13:10
21   asking you to define the terms that you're asking      11:13:12
22   her about.  And that is a perfectly legitimate thing   11:13:16
23   to ask.  If you don't know what you're asking her,     11:13:20
24   then she can't answer the question.                    11:13:22
25          MR. WILSON:  Okay.  Sure.  All right.           11:13:26
```

```
 1   Well, we will move on to the next question here.        11:13:29

 2   BY MR. WILSON:                                          11:13:33

 3   Q.    Do Friends of George's show feature              11:13:33

 4   representations or descriptions of excretory           11:13:35

 5   functions?                                             11:13:38

 6   A.    What's that?  What's an excretory function?      11:13:39

 7   Q.    Excretory function.                              11:13:44

 8   A.    What's that?                                     11:13:45

 9   Q.    Oh, I thought you said a different word.         11:13:47

10   Say, defecation, pooping, peeing.                      11:13:49

11   A.    So you're asking if any of our performers are    11:13:55

12   peeing or pooping on stage?                            11:13:59

13   Q.    Yes.                                             11:14:02

14   A.    That would be a no.  I'm a little offended by    11:14:03

15   that, by the way, just so you know.  I don't           11:14:09

16   understand how that has anything to do with this.      11:14:10

17   And you've asked a lot of questions about this kind    11:14:13

18   of stuff, and I'm just --                              11:14:16

19   Q.    I understand.  And I try -- I didn't mean to     11:14:18

20   offend.                                                11:14:22

21   A.    I know you gave me a preface, but I'm just       11:14:23

22   saying, like, you're asking a lot of these over and    11:14:24

23   over again, the same things, and it's, you know, a     11:14:28

24   little repetitive.                                     11:14:31

25   Q.    Do Friends of George's show feature             11:14:37
```

```
 1   representations or descriptions of a lewd exhibition      11:14:39
 2   of genitals?                                              11:14:43
 3   A.    What's a lewd exhibition?                           11:14:45
 4   Q.    Let me ask you --                                   11:14:53
 5   A.    I want -- in the very beginning of this, you        11:14:54
 6   said to ask questions to make sure that I'm               11:14:55
 7   answering -- that's why I'm asking, because I want        11:14:58
 8   to make sure I am answering correctly.  I am under        11:15:01
 9   oath.                                                     11:15:03
10   Q.    Sure.  Well, let's -- let me rephrase and           11:15:04
11   re-ask.                                                   11:15:06
12         Do Friends of George's show feature an             11:15:07
13   exhibition of male or female genitals?                    11:15:09
14   A.    Are we talking about -- I'm sorry --                11:15:13
15   "exhibition," I'm still not sure what you're meaning      11:15:18
16   by that, so I can't answer that.                          11:15:24
17   Q.    Display.                                            11:15:25
18   A.    Display of an actual penis and an actual            11:15:25
19   breast?                                                   11:15:26
20   Q.    Yes.                                                11:15:26
21   A.    Human, actual, not fake, no, we do not.             11:15:26
22   Q.    And do Friends of George's shows include           11:15:46
23   fondling or erotic touching of genitals, pubic            11:15:48
24   region, the buttocks, or the female breast?               11:15:51
25   A.    So, erotic?  I'm confused.  Because I could         11:15:57
```

```
 1   brush somebody by accident and that would          11:16:01
 2   technically be defined in what you just said, so I  11:16:02
 3   need you to clarify that a little.                  11:16:06
 4   Q.    I suppose, would it be the person who is      11:16:08
 5   doing the touching is doing it in erotic.  Does that 11:16:11
 6   make it more clear?                                 11:16:15
 7   A.    So you're asking if somebody is touching      11:16:16
 8   somebody else in an erotic way for an arousal or for 11:16:19
 9   sexual nature?                                      11:16:23
10   Q.    Yes.                                          11:16:24
11   A.    Everything we do is for comedy, so no.        11:16:25
12   Q.    From what we discussed, I've discussed it as  11:16:51
13   productions, but have your performers engaged in any 11:16:54
14   of that conduct during any of the productions?      11:16:57
15   A.    Which conduct are we referencing?             11:16:58
16   Q.    When I refer to productions, that would       11:17:03
17   include the --                                      11:17:07
18   A.    The show?                                     11:17:09
19   Q.    And the performers in the show.  So they      11:17:10
20   would not be the ones conducting that.              11:17:13
21   A.    So what you're -- I'm sorry.  I'm just        11:17:15
22   confused here.  So you're asking if our performers  11:17:18
23   in one of our shows would do what?                  11:17:21
24   Q.    I guess for our previous serious of           11:17:25
25   questions, any of that conduct that you have said   11:17:28
```

```
 1  that Friends of George's production didn't contain.      11:17:30
 2  A.     Robert, you've asked me several questions, so      11:17:32
 3  if you could clarify, please, which exact you're         11:17:35
 4  asking.                                                  11:17:38
 5  Q.     Okay.  We will move on to the next questions      11:17:39
 6  here.                                                    11:17:49
 7  A.     Okay.                                             11:17:49
 8  Q.     Has Friends of George's ever been charged         11:17:50
 9  with violating Tennessee's obscenity laws?               11:17:52
10  A.     No.                                               11:17:55
11  Q.     Has any Friends of George's performers been       11:17:56
12  charged with violating Tennessee's obscenity laws?       11:17:58
13  A.     No.                                               11:18:01
14  Q.     Has Friends of George's ever been threatened      11:18:09
15  to be charged with violating Tennessee's obscenity       11:18:12
16  laws?                                                    11:18:15
17  A.     Well, this bill made it a little nervous for      11:18:16
18  us whether we would or would not, not knowing a lot      11:18:19
19  of gray areas and what the definitions are of that,      11:18:21
20  we are unsure of whether or not we would violate or      11:18:23
21  not violate.  That's why we filed the lawsuit.           11:18:26
22  Q.     But I guess prior to the lawsuit, did anybody     11:18:30
23  any government official, threaten Friends of             11:18:36
24  George's with enforcement of --                          11:18:40
25  A.     No.                                               11:18:42
```