**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC., | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | No. 2:23-cv-02163-TLP-tmp |
| v. | ) | |
| | ) | |
| STATE OF TENNESSEE, BILL LEE, in his | ) | |
| official and individual capacity as governor | ) | |
| of Tennessee, and JONATHAN SKRMETTI, | ) | |
| in his official and individual capacity as the | ) | |
| Attorney General of Tennessee, | ) | |
| | ) | |
|      Defendants. | ) | |

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC., | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | No. 2:23-cv-02176-TLP-tmp |
| v. | ) | |
| | ) | |
| STEVEN J. MULROY, in his official and | ) | |
| individual capacity as District Attorney | ) | |
| General of Shelby County, Tennessee, | ) | |
| | ) | |
|      Defendant. | ) | |

**ORDER GRANTING MOTION TO DISMISS PARTIES**

Following a status conference on April 25, 2023, Plaintiff seeks three things from the

Court. First, Plaintiff withdrew its notice of voluntary dismissal under Rule 41(a)(1)(i) (ECF No.

45) as to Defendant District Attorney General Steven J. Mulroy in his official capacity only.

(ECF No. 56.) Second, Plaintiff asked the Court to construe the notice of voluntary dismissal

under Rule 41 as to Governor Bill Lee in his individual and official capacities, and as to Attorney

General Jonathan Skrmetti in his individual and official capacities (ECF No. 45) as a Rule 21 motion to dismiss those parties.  (ECF No. 56.)  Third, Plaintiff maintained its voluntary dismissal as to the State of Tennessee.  (ECF No. 46.)

For good cause shown, the Court **CONSTRUES** Plaintiff's notices of voluntary dismissal (ECF No. 45 and 46) as to the State of Tennessee, Governor Bill Lee in his individual and official capacities, and Attorney General Jonathan Skrmetti in his individual and official capacities, as motions to dismiss parties under Rule 21.  The Court **GRANTS** this motion and respectfully **DIRECTS** the Clerk to update the case caption to reflect the remaining parties: Plaintiff Friends of George's, Inc. v. Defendant District Attorney General Steven J. Mulroy in his individual and official capacity.

**SO ORDERED**, this 2nd of May, 2023.

    s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE