# Exhibit C

# FRIENDS OF GEORGE'S, INC.,

## vs.

## MULROY, et al.

### 30(b)(6)

### VANESSA RODLEY

### April 24, 2023



VETERAN COURT REPORTING
D. Rochelle Koenes, RPR, LCR
veterancourtreporting@gmail.com
(931) 919-8932

```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
_____

FRIENDS OF GEORGE'S, INC.,

        Plaintiff,

vs.                         Case No. 2:23-CV-02163-tmp
                            Case No. 2:23-CV-02176-tmp

STEVEN J. MULROY, in his
individual capacity,

        Defendant.


and

STATE OF TENNESSEE,

        Defendant-Intervenor

_____




              30(b)(6) Deposition of:

              VANESSA RODLEY

              Taken on behalf of the
              Defendant-Intervenor, via Zoom,
              April 24, 2023




_____

              Veteran Court Reporting
         veterancourtreporting@gmail.com
          D. Rochelle Koenes, RPR, LCR
                 P.O. Box 3593
          Clarksville, Tennessee 37043
                 (931)919-8932
```

```
 1              A  P  P  E  A  R  A  N  C  E  S

 2
     For the Plaintiff:
 3
                MR. BRICE TIMMONS
 4              MS. MELISSA STEWART
                Attorneys at Law
 5              Donati Law, PLLC
                1545 Union Avenue
 6              Memphis, TN 38104
                (901)209-5500
 7              brice@donatilaw.com
                melissa@donatilaw.com
 8

 9   For the Defendant-Intervenor:

10              MR. ROBERT W. WILSON
                Senior Assistant Attorney General
11              MR. JAMES R. NEWSOM
                Special Counsel
12              MR. STEVEN J. GRIFFIN
                Assistant Attorney General
13              Office of the Tennessee Attorney General
                40 South Main Street, Suite 1014
14              Memphis, TN 38103
                (901)543-2473
15              robert.wilson@ag.tn.gov
                jim.newsom@ag.tn.gov
16              steven.griffin@ag.tn.gov

17
     For the Defendant:
18
                MS. JESSICA L. INDINGARO
19              Attorney at Law
                Office of the District Attorney General
20              30th Judicial District of Tennessee
                201 Poplar Avenue, 11th Floor
21              Memphis, TN 38103
                jessica.indingaro@scdag.com
22

23   Also present:

24              SARA MCKINNEY

25
```

```
 1
 2                       I   N   D   E   X
 3                                                              Page
 4  Examination
    By Mr. Wilson                                                  6
 5
 6
 7
 8
 9                     E   X   H   I   B   I   T   S
10                                                              Page
11  Exhibit No. 1                                                 12
        Notice of Deposition
12
    Exhibit No. 2                                                 28
13      List of events for Friends of George's
14  Exhibit No. 3                                                 36
        Complaint
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2            S  T  I  P  U  L  A  T  I  O  N  S
 3
 4            The 30(b)(6) deposition of VANESSA RODLEY
 5   was taken by counsel for the Defendant-Intervenor,
 6   by Notice, via Zoom, on April 24, 2023, for all
 7   purposes under the Federal Rules of Civil
 8   Procedure.
 9            All formalities as to caption, notice,
10   statement of appearance, et cetera, are waived.
11   All objections, except as to the form of the
12   question, are reserved to the hearing, and that
13   said deposition may be read and used in evidence in
14   said cause of action in any trial thereon or any
15   proceeding herein.
16            It is agreed that D. ROCHELLE KOENES,
17   Notary Public and Licensed Court Reporter, for the
18   State of Tennessee, may swear the witness, and that
19   the reading and signing of the completed deposition
20   by the witness were not discussed.
21
22
23
24
25
```

```
 1                       *    *    *                              09:01:26
 2            MR. TIMMONS:  Before we get started, I               09:01:26
 3   would like to put a running objection on the record,          09:01:28
 4   if you don't mind.                                            09:01:30
 5            MR. WILSON:  Okay.                                   09:01:32
 6            MR. TIMMONS:  So to the extent that this             09:01:33
 7   discovery is intended to address issues of standing,          09:01:35
 8   we object on the basis that we don't think the State          09:01:38
 9   of Tennessee, in its role as defending the                    09:01:43
10   Constitutionality of the statute, has a basis to              09:01:47
11   raise standing.  But, obviously, we're going to go            09:01:51
12   ahead and let you proceed and take your discovery             09:01:54
13   deposition.                                                   09:01:59
14            We also intend to seek a protective                  09:02:02
15   order as to that issue, and I want to go ahead and            09:02:05
16   consult about that.  I'm assuming you guys are                09:02:09
17   going to oppose that and that we probably can't               09:02:13
18   reach a compromise.  But, you know, we have an                09:02:18
19   obligation to consult, so I would like to go ahead            09:02:21
20   and get that out of the way.                                  09:02:24
21            MR. WILSON:  I guess the -- probably,                09:02:25
22   but let us think about it first and discuss, since            09:02:27
23   you just brought it to our attention here at 9:00             09:02:31
24   o'clock.                                                      09:02:34
25            MR. TIMMONS:  Of course.  Of course.  I              09:02:35
```

|   |   |   |
|---|---|---|
| 1 | don't intend to file it today.  I just wanted to | 09:02:36 |
| 2 | raise the issue.  Since we have such a compressed | 09:02:40 |
| 3 | time frame, I wanted to go ahead and knock it out. | 09:02:42 |
| 4 |         MR. WILSON:  Okay. | 09:02:46 |
| 5 |         MR. TIMMONS:  Thank you, Robert. | 09:02:47 |
| 6 |         MR. WILSON:  All right.  Thank you, | 09:02:49 |
| 7 | Brice. | 09:02:49 |
| 8 |         MR. TIMMONS:  Have at it. | 09:02:49 |
| 9 |         *   *   * |   |
| 10 |         MS. VANESSA RODLEY |   |
| 11 | was called as a witness and, after having been duly |   |
| 12 | sworn, testified as follows: |   |
| 13 |   |   |
| 14 |         EXAMINATION |   |
| 15 | QUESTIONS BY MR. WILSON: |   |
| 16 | Q.   Ma'am, could you please state your name for | 09:02:51 |
| 17 | the record. | 09:02:52 |
| 18 | A.   Sure.  My full name is Vanessa Danielle Noel | 09:02:54 |
| 19 | Rodley. | 09:02:58 |
| 20 | Q.   Ms. Rodley, my name is Robert Wilson, and I'm | 09:03:01 |
| 21 | with the Tennessee Attorney General's office and I | 09:03:02 |
| 22 | represent the State of Tennessee in this matter. | 09:03:05 |
| 23 |     Do you understand that you're here today | 09:03:07 |
| 24 | regarding Rule 30(b)(6) deposition for plaintiff, | 09:03:09 |
| 25 | Friends of George's? | 09:03:13 |

```
 1  other organization?                                        09:13:09
 2  A.      No, sir.                                           09:13:10
 3  Q.      And you mentioned that Friends of George's is      09:13:20
 4  a not profit -- or nonprofit.  Does that mean it           09:13:22
 5  doesn't have any shareholders?                             09:13:25
 6  A.      That is correct.  It is a nonprofit.               09:13:28
 7  Q.      Does Friends of George's share any ownership       09:13:39
 8  responsibilities with any other business entities?         09:13:43
 9  A.      No, sir.                                           09:13:45
10  Q.      And where is Friends of George's based?            09:13:49
11  A.      Based here in Memphis, Tennessee.                  09:13:54
12  Q.      What's its address?                                09:14:00
13  A.      Well, we operate out of 1705 Poplar Avenue,        09:14:02
14  which is the Evergreen Theater.                            09:14:05
15  Q.      And who-all was involved with the formation        09:14:19
16  of Friends of George's?                                    09:14:22
17  A.      Founding board member -- founding member           09:14:26
18  Tracy Love is the person who organized and founded         09:14:29
19  everything.  He's no longer on our board.  There are       09:14:33
20  several people who founded that are no longer.  The        09:14:36
21  only current board member that was on the original         09:14:39
22  board would be Bill Zachary.                               09:14:43
23  Q.      What is your role in Friends of George's?          09:14:52
24  A.      My role fluctuates all the time based on           09:14:56
25  need, but I am a board member at large.  I run back        09:14:59
```

| | | |
|---|---|---|
| 1 | of the house, front of the house, overall | 09:15:02 |
| 2 | production, business management, social media, | 09:15:05 |
| 3 | marketing, operations, sometimes direct.  I mean, | 09:15:08 |
| 4 | sometimes choreograph.  I mean, we do a lot of | 09:15:17 |
| 5 | stuff. | 09:15:21 |
| 6 | Q.     And what do you mean by back of the house and | 09:15:21 |
| 7 | front of the house? | 09:15:23 |
| 8 | A.     Well, that's a terminology for production. | 09:15:25 |
| 9 | So back of the house would be behind the stage.  So | 09:15:26 |
| 10 | back of the house is everything behind that, right? | 09:15:30 |
| 11 | So you have sound, tech, cues being called.  You | 09:15:34 |
| 12 | have performers getting dressed, getting them on the | 09:15:39 |
| 13 | stage; all kinds of stuff. | 09:15:43 |
| 14 | Front of the house would be everything on | 09:15:46 |
| 15 | the other side.  So audience, back.  So audience, | 09:15:48 |
| 16 | your lobby, right, and that kind of stuff. | 09:15:51 |
| 17 | Q.     And how long have you served as a board | 09:15:55 |
| 18 | member of Friends of George's? | 09:16:06 |
| 19 | A.     I've been a board member since 2011.  But, | 09:16:08 |
| 20 | I've been a part of every event since the beginning. | 09:16:10 |
| 21 | My mother-in-law was a founding board member. | 09:16:15 |
| 22 | Q.     Is your mother-in-law still part of the | 09:16:29 |
| 23 | board? | 09:16:31 |
| 24 | A.     No.  My mother-in-law passed. | 09:16:31 |
| 25 | Q.     Sorry to hear that. | 09:16:34 |

```
 1  George's shows?                                              09:30:09
 2  A.     The Sunday and the Thursday are new for us.           09:30:11
 3  Those are something that we added last season, so            09:30:14
 4  we're still building those.  But we normally sell            09:30:17
 5  out our Friday and Saturday shows every show we              09:30:20
 6  have.                                                        09:30:23
 7  Q.     And are these shows like Drag Rocks, are              09:30:38
 8  these outside of Friends of George's season, or is           09:30:41
 9  it part of the production?                                   09:30:44
10  A.     No.  It's part of our season.  Our season is          09:30:45
11  a theater, a scripted theater show that we do.  We           09:30:48
12  do the variety show, which is Dragnificient.  And            09:30:50
13  then we do a holiday show.                                   09:30:53
14  Q.     Do I understand correctly the shows are the           09:31:10
15  Dragnificient and the holiday show?  Are there any           09:31:14
16  other shows?                                                 09:31:17
17  A.     So we have a Dragnificient, which has a               09:31:18
18  theme.  This one was Drag Rocks.  Then we have a             09:31:20
19  scripted play, which we have all kinds of plays              09:31:23
20  we've written.  So Georgia's truck stop, let's say.          09:31:25
21  And then the holiday show is usually a Christmas or          09:31:30
22  a Thanksgiving-themed variety of some sort.                  09:31:34
23  Q.     And for the scripted plays, is that just one          09:31:43
24  production for Friends of George's?                          09:31:47
25  A.     Well, it's a scripted production that has six         09:31:49
```

| | | |
|---|---|---|
| 1 | And we only put a tally in there if it's an actual | 10:42:26 |
| 2 | show.  So that will also help you be able to know | 10:42:29 |
| 3 | the difference. | 10:42:33 |
| 4 | Q.     And I think when I asked about the names of | 10:42:34 |
| 5 | shows, I think you said "hm-hmm."  So was -- | 10:42:37 |
| 6 | A.     Oh, yes.  I'm sorry.  The name of the shows | 10:42:39 |
| 7 | are on there as well. | 10:42:42 |
| 8 | Q.     Do you recall if any of those shows were age | 10:42:54 |
| 9 | restricted that are listed on the document? | 10:42:56 |
| 10 | A.     The age restriction ones would be the | 10:43:02 |
| 11 | Horseshoe Casino events and any of these venues | 10:43:06 |
| 12 | outside of Evergreen Theater.  I'm looking at them | 10:43:16 |
| 13 | to make sure.  Yes.  All of these outside of | 10:43:24 |
| 14 | Evergreen Theater are either bars or casinos. | 10:43:30 |
| 15 | Q.     And we might have touched on this a little | 10:43:50 |
| 16 | bit earlier today, but has Friends of George's | 10:43:52 |
| 17 | decided what future shows that it plans to conduct? | 10:43:54 |
| 18 | A.     Yeah.  We are going to do our normal season | 10:43:58 |
| 19 | next year, so that will kick off end of July -- end | 10:44:00 |
| 20 | of July, beginning of August, with our play.  We | 10:44:05 |
| 21 | haven't nailed down which play we're doing.  We are | 10:44:10 |
| 22 | scheduled to do Truck Stop and Drag Bar, part two, | 10:44:14 |
| 23 | but who knows. | 10:44:17 |
| 24 | Q.     And going back a little bit, for the | 10:44:36 |
| 25 | Horseshoe Casino, do you know when the age | 10:44:39 |

```
 1  restrictions on those shows were first imposed?           10:44:42
 2  A.     Well, I believe those are -- because the           10:44:45
 3  casino is age restricted.  So I mean -- and the           10:44:49
 4  tickets went through, I believe, the casino for the       10:44:51
 5  first -- actually, the second time, the tickets went     10:44:53
 6  through us.                                               10:45:04
 7         But still, the venue itself is an                  10:45:04
 8  age-restricted venue.  So people just, you know,          10:45:07
 9  they can't bring kids to a casino.                        10:45:09
10  Q.     And how much is a ticket for one of the shows     10:45:19
11  at the Horseshoe Casino for Friends of George's?          10:45:21
12  A.     I would have to look back and look for that        10:45:24
13  information for you.                                      10:45:26
14  Q.     Is that information you could provide to your     10:45:33
15  attorneys?                                                10:45:36
16  A.     Yeah.  I'm writing it down.  I'm going to get     10:45:36
17  that for Brice.                                           10:45:39
18  Q.     Thank you, Ms. Rodley.                             10:45:50
19         Has Friends of George's had to cancel any          10:45:51
20  performances in the last five years?                      10:45:52
21  A.     Yes, we have.                                      10:45:54
22  Q.     And what were the reasons for the -- what          10:45:56
23  shows had to be canceled?                                 10:46:02
24  A.     Our first show back from COVID, our board          10:46:04
25  member died the first night.                              10:46:06
```