# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02163-TLP-tmp |
| v. | ) | |
| | ) | |
| STEVEN J. MULROY, in his official and individual capacity as District Attorney General of Shelby County, TN, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT AS TO BILL LEE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY AS GOVERNOR OF TENNESSEE, JONATHAN SKRMETTI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY AS ATTORNEY GENERAL OF TENNESSEE

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiff's Complaint, filed on March 27, 2023.  (ECF No. 1.)  In accordance with Plaintiff's Notice of Voluntary Dismissal as to Bill Lee, in his official and individual capacity as Governor of Tennessee, Jonathan Skrmetti, in his official and individual capacity as Attorney General of Tennessee, (ECF Nos. 45, 56), and under Federal Rule of Civil Procedure 21,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**, as to Bill Lee, in his official and individual capacity as Governor of Tennessee, and Jonathan Skrmetti, in his official and individual capacity as Attorney General of Tennessee.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

May 12, 2023
Date