IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN J. MULROY, in his official and ) <br> individual capacity as District Attorney ) <br> General of Shelby County, TN, ) <br> ) <br> Defendant. ) | No. 2:23-cv-02163-TLP-tmp |

### JUDGMENT AS TO THE STATE OF TENNESSEE ONLY

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint, filed on March 27, 2023. (ECF No. 1.) In accordance with the Order Granting Temporary Restraining Order (ECF No. 26 at PageID 181 n.1), and under Federal Rule of Civil Procedure 21,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**, as to Defendant State of Tennessee only.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

May 12, 2023
Date