IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., <br><br>    *Plaintiff,* <br><br>v. <br><br>STEVEN J. MULROY, <br><br>    *Defendant*, <br><br>    and <br><br>the STATE OF TENNESSEE, <br><br>    *Intervenor under Rule 5.1.* | Case Nos. 2:23-cv-02163, -02176 |

**NOTICE OF APPEARANCE**

**I.   NOTICE**

Undersigned counsel, Sara Katherine McKinney of the law firm of APPERSON CRUMP, PLC, respectfully gives notice of her appearance in this action on behalf of the Plaintiff, FRIENDS OF GEORGE'S, INC.

Dated May 15, 2023.

        Respectfully submitted,

        */s/ Sara Katherine McKinney*
        Jacob Webster Brown (TN 36404)
        Sara Katherine McKinney (TN 40900)
        **APPERSON CRUMP, PLC**
        6000 Poplar Avenue, Suite 150
        Memphis, Tennessee 38119
        (901) 756-6300 (Office)
        (901) 757-1296 (Fax)
        *jbrown@appersoncrump.com*
        *smckinney@appersoncrump.com*

        *Attorneys for Plaintiff Friends of George's*

## II.    CERTIFICATE OF SERVICE

I certify this motion is filed on May 15, 2023, via the District Court's electronic-filing service, and all counsel of record will be automatically served by operation of the same.

        */s/ Sara Katherine McKinney*