# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN J. MULROY, in his official and ) <br> individual capacity[1] as District Attorney ) <br> General of Shelby County, TN, ) <br> ) <br> Defendant. ) | No. 2:23-cv-02163-TLP-tmp |

## SCHEDULING ORDER AND EXTENDING TEMPORARY RESTRAINING ORDER

On May 12, 2023, the Court held a pretrial conference to prepare for the consolidated preliminary injunction hearing and trial on merits on May 22, 2023. With the Parties' consent, the Court **EXTENDS** the Temporary Restraining Order to June 6, 2023 at 11:59 p.m., and **SETS** May 26, 2023 at 11:59 p.m. as the deadline for the Parties' Proposed Findings of Fact and Conclusions of Law.

**SO ORDERED**, this 16th day of May, 2023.

                                                          s/Thomas L. Parker
                                                          THOMAS L. PARKER
                                                          UNITED STATES DISTRICT JUDGE