LUANN N
3012 MADISON PL
COOKEVILLE, TN 38501



RECEIVED
MAY 15 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

JUDGE Thomas Parker
167 N. MAIN Room # 242
MEMPHIS, TN 38103