

Jo Ann Barone
201 Geya Ln
Loudon, TN 37774

KNOXVILLE TN 377
15 MAY 2023 PM 2 L



FOREVER / USA

**RECEIVED**

MAY 18 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167