23-2163

RECEIVED

MAY 1 8 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

May 16, 2023

Honorable Judge Parker,

I have been told you make your decision on the lawsuit related to SB003 on May 26, 2023. I will be brief.

SB003 proposes to protect children. Children cannot assess often what activities harm them. They lack the wisdom which comes from life experience. Children's exposure to sexual images and movements leaves lasting impressions not easily irradicated. Children do not have the verbal skills to put up a defense when they sense something is wrong.

Mature adults recognize the ripple effect of experiences. Mature adults possess the inner strength to forego transient pleasure for long term tranquility. Mature adults wrote SB003 and signed it into law.

SB003 does not infringe upon the rights of drag queens. SB003 creates a hedge of protection around children, our sacred charge. SB003 permits drag queens to continue performing and make an income.

Drag queens and their shows invade the innocence of children. In Chattanooga last year a drag queen show included child participation, encouraging children to even touch the genitals of the male performer on stage.

I implore you to consider our adult responsibility to protect children from the harm these visual images and activities may have on them. I ask you to courageously support SB003 as it was written and signed into law.

Sincerely,

Lu Ann Adler
410 Wandering Trail
Franklin, TN 37067