410 Wandering Trail
Franklin, TN 37067

RECEIVED

MAY 18 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

NASHVILLE TN 370

16 MAY 2023 PM 6 L



Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167