21-2163
23-2174

RECEIVED
MAY 19 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

May 16, 2023
Judge Thomas Parker
167 Main Street #242
Memphis, TN 38103

Re: Protect our children from sexualized performances

Judge Parker:
The young children in TN deserve to have laws in place that empower Adults, teachers, and parents with resources to control age appropriateness.
What we have seen with drag shows in our state shows drag people pushing their private parts toward young children for inappropriate touching by these innocent children. That is NOT OK!!! They are making light of very immoral behavior and should NEVER be allowed with our children. The small girl I saw on the drag video was touching a man's sexual organ that was pushed toward her small hand. It was upsetting to me to see on the drag video and abusive to the young girl. Why is this happening in public places with our tax money to innocent children?

Across the country children from kindergarten to high school are now being exposed to early grooming and sexualization. Boundaries are being erased between families and "The State", between men and women and now increasingly between children and adults. We do not want an evil political agenda destroying the values that protect young children.

Please protect the constitutional rights of TN young children on May 23rd.

Respectfully:

Mary Singer

## WARNING: Graphic Images Below



Drag Queen Story Hour for young children



Page from *Who Are You?: The Kids Guide to Gender Identity*



"Genderbread Person" for elementary school students



Page from *Gender Queer* (assigned reading in High School Literature classes)