Mary Singer
1661 International Dr
Memphis, TN 38120

MEMPHIS TN 380

17 MAY 2023 PM 1  L

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 Main Street #242
Memphis, TN 38103

38103-182167