ECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

DEAR JUDGE PARKER

With respect, I'm asking you to Allow SB003 to go into effect as passed in the legislature and signed by Governor Lee.

The goal is to protect children. Adults already have the freedom to attend Drag Shows ... but children are impressionable and vulnerable. Please let this bill protect them.

Sincerely and Earnestly

Bacon Johnson

Glenn & Carol Johnson
107 Osage Lane
Loudon, TN 37774

Judge Thomas Parker
167 N. Main St. #242
Memphis, TN 38103

RECEIVED

MAY 19 2023

Wendy R. Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis