RECEIVED

MAY 19 '23

Wendy R. Oli
U.S. District
W.D. OF TN, Memphis

Dear Honorable Judge Thomas Parker,

Please decide in favor of SB003. Children have enough on their plate + Do Not Need to be subjected to a Drag Show. Children are impressionable. Lets not not jeopardize their innocence.

This bill is about protecting our kids! Adults are not affected.

Thank you,
Ann L Eckel
201 Daksi Lane
Loudon TN 37774

201 Daksi Lane
Loudon, TN
37774

KNOXVILLE TN 377

RECEIVED MAY 2023 PM 2 L

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182834