RECEIVED

MAY 1 9 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

5-15-23

Dear Judge Parker,

Please do not block SB003.
This is a way to protect children from
sexual images. It is not infringing
on the rights of adults to view immoral
shows if they choose to do so. Please
protect the innocence of our children.
You can make a difference in the lives
of many. Please support this bill which the
Senate + House passed. With thanks, Carol Johnson

KNOXVILLE TN 377

Glenn & Carol Johnson
107 Osage Lane
Loudon, TN 37774

16 MAY 2023 PM 2 L

© J. Charles. Courtesy of Greg & Company, LLC

FOREVER / USA

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street # 242
Memphis, TN 38103

38103-182167