5/16/2023

JUDGE PARKER
167 N. MAIN ST #242
MEMPHIS, TN 38103

REF TN BILL SB003

JUDGE PARKER,

I AM REQUESTING THAT YOU ALLOW SB003 TO GO INTO EFFECT AS PASSED. THE BILL DOES NOT PREVENT ME AS AN ADULT TO ATTEND A DRAG QUEEN SHOW. IT DOES PREVENT MINORS FROM ATTENDING THESE SHOWS — A GOOD RESULT.

LETS JOIN TOGETHER TO PROTECT CHILDREN FROM SEXUALIZED PERFORMANCES.

PLEASE DO THE RIGHT THING.

ALLOW THIS BILL TO PASS.

SINCERLY,

*Gregory J Mitchell*

GREGORY MITCHELL
LOUDON, TN 37774



Gregory Mitchell
106 Osage Ct
Loudon TN 37774-3228

KNOXVILLE TN 377

16 MAY 2023 PM 2  L

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

JUDGE PARKER
167 MAIN ST #242
MEMPHIS, TN 38103

38103-182167