5/15/23

RECEIVED
MAY 19 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

To the Honorable Judge Thomas Parker,

Referencing SB003:

I know you know this is a bottom line issue. Kids have no place being put in a position of watching "drag queens" that are actually dudes. Our world has lost so much moral fiber. If you are 18 above & want to witness free speech perversions, do so at your own peril. The devil is alive & working hard for our children. Leave the young kids alone & God sees all & Gov Lee signed SB003. Drag dudes signed to fight, ok, that's their right. You are an earthly judge but God knows your heart, HE is the ultimate Judge. Simply leave our young hearts alone.

Respectfully,
Dave Morgan
"Concerned Christian Parent"

David Morgan
535 Rarity Bay Pkwy. Apt. 103
Vonore, TN 37885

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

KNOXVILLE TN 377
17 MAY 2023 PM 4 L

Honorable Judge Tom Parker
167 N. Main St. #242
Memphis, TN. 38103

38103-182167