May 15, 2023

RECEIVED

MAY 1 9 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 North Main Street, #242
Memphis, TN  38103

RE:  SB0003

Dear Judge Parker:

Judge, please hold the line of innocence of children.  The purpose of SB0003 is to protect those that cannot protect themselves, specifically children that are not of legal age.

This bill does not restrict adults from having the liberty to watch drag queens and their shows.  However, drag queen shows and other sexually explicit shows invade the innocence of children.  This is tantamount to child endangerment and child sexual abuse.  Purposely exposing a child to adult sexuality is considered a form of child sexual abuse, whether a child is touched or not.  Non-touching behaviors can be just as upsetting and emotionally harmful to a child as some touching behaviors.  Movies are rated R and X to ensure innocent children are not exposed to their content.  Drag queen shows are just as sexually explicit as many X rated movies or more so.

It is unthinkable that these shows now exist for child consumption anywhere in this country.  Please ensure that Tennessee will continue to protect our innocent children, and to be a model for other states to do the same.

Thank you.

Sincerely,

Peggy Roybal
Vonore, TN



Roybal
PO Box 247
Vonore, TN 37885

KNOXVILLE TN 377

17 MAY 2023 PM 4 L



RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Barker
167 N Main St #242
Memphis TN 38103

38103-182167