Judge Parker. RECEIVED 5/18/23

We are asking that

DO NOT Block Wendy R. Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

The Purpose of SB003 is to
protect those that cannot
protect themselves, (Children)

Drag queens and their immoral
shows invade the innocence
of Children.

If adults want to watch drag
queen queens, so be it, but
Children should not be
subjected to such filter!

Thank you for your consideration

Willene & Gary Burgess.

Willene Burgess
424 Skiatook Ln
Loudon, TN 37774



KNOXVILLE TN 377

18 MAY 2023 PM 1 L

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN. Memphis

Judge Thomas Parker
167 N. Main St. #242
Memphis, TN 38103

38103-162167