5-17-23

RECEIVED

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main St. #242
Memphis TN 38103

Dear Judge Parker:

Please Protect our Children. Uphold SB 003, which outlaws children at Drag Queen Shows. Children are our most precious gifts. These Drag Queens want to pervert our kids and brainwash them into their deviant lifestyle. We protect our children from pornography, and these Drag Queen Shows are just another form of pornography.

Thank you for listening

Jim & Joann Verschaeve
350 Cheestana Way
Loudon TN 37774

Tim Vandergriff
350 Cheestana Way
Loudon TN 37774

KNOXVILLE TN 377
18 MAY 2023 PM 1  L

FOREVER / USA

**RECEIVED**

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main St. #242
Memphis TN 38103

38103-182167