**Martha M Williams**
**469 Blackburn Ln**
**Lenoir City, TN  37771**

RECEIVED

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

May 17, 2023

Judge Thomas Parker
167 N Main Street #242
Memphis TN  38103

RE:  SB003

Dear Judge Parker,

I am writing to request that you remove the temporary injunction on SB003 and allow it to move forward into law. According to the TN.GOV website, the annotation regarding this bill states "Obscenity and Pornography – As enacted, creates on offense for a person who engages in an adult cabaret performance on public property or in a location where the adult cabaret performance could be viewed by a person who is not an adult." I know that the performance of drag has been equated to the Tennessee Titan cheerleaders. However, though the costumes may be deemed to be similar, the performances are quite different. Cabaret, aka Drag, performances are quite lewd and sexually suggestive, with sex acts being imitated or portrayed on stage.  There is a marked difference.

The purpose of SB003 is to protect those that cannot protect themselves, children.  Drag queens and their immoral shows invade the innocence of children, tantamount to child endangerment.  Adults have the liberty to watch such performances.  Performers can still express their First Amendment rights.  We just ask that they be restricted from doing so in public places where children are present.

"Now then, you kings, act wisely; Be instructed and take warning, O leaders (judges, rulers) of the earth. Worship the LORD and serve Him with reverence [with awe-inspired fear and submissive wonder]; Rejoice [yet do so] with trembling." Psalm 2:10-11

Respectfully submitted,

*Martha*

Martha Williams

Martha Williams
469 Blackburn Ln
Lenoir City TN 37771

KNOXVILLE TN 377

18 MAY 2023 PM 1 L



RECEIVED

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N Main Street #242
Memphis TN 38103

38103-182167