FROM THE DESK OF

# Kimberly and Carey Brown

RECEIVED

MAY 22 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

May 17, 2023

Judge Thomas Parker
167 N. Main Street 3242
Memphis, TN. 38103

Dear Justice Parker,

I am writing you with concern about an upcoming consideration you will be reviewing on Tennessee's new Law SB0003. This law creates an offense for a person who engages in an adult cabaret performance on public property or in a location where the adult cabaret performance could be viewed by a person who is not an adult. I am specifically asking that on the 26th of this month, you rule in favor and support of this new Law.

I understand that several Drag Queens filed a law suit claiming the Bill/Law infringed on their First Amendment rights. But I would like to suggest a few other viewpoints.

1. The purpose of SB0003 is to protect those that cannot protect themselves, ie. children that are not of legal age.

2. SB0003 **does not** restrict adults from having the liberty to watch drag queens and their shows.

3. I support the right to Artistic Dance. But I draw the line of sexually explicit shows in the presences of children. Such shows are indoctrination and grooming of our children.

4. Drag queen shows and other sexually explicit shows, invade the innocence of children. This is tantamount to child endangerment and child sexual abuse. Purposely exposing a child to adult sexuality is considered a form of child sexual abuse, whether or not a child is touched. Non-touching behaviors can be just as upsetting and emotionally harmful to a child as some touching behaviors.

Talk show host, Megyn Kelly, in a recent show addressed this very issue. Here is the Hyperlink to that broadcast. I understand that your time is valuable. Nonetheless, please consider listening to just 15 minutes.

https://podcasts.apple.com/us/podcast/lefts-trans-ideology-religion-and-men-in-womens/id1532976305?i=1000613123923

Please help protect the children of Tennessee from the perversions that thoughtless adults may have. Adults may have the right to preform Cabaret performances. But they do not have the right, nor is it appropriate to do so in the presences of children.

Sincerely yours,

Kimberly Brown

Kimberly Brown

108 KAWONU CIRCLE, LOUDON TN, 37774



Kimberly Brown
108 Kawonu Cir.
Loudon, TN 37774-2906

KNOXVILLE TN 377

18 MAY 2023 PM 4 L



RECEIVED

MAY 22 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182157