Thursday, May 18, 2023

Judge Thomas Parker

167 N. Main Street #242

Memphis, TN 38103

RECEIVED

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Dear Judge Parker,

We have been notified that you are blocking SB 003 from going into effect pending your final decision on May 26.

We are requesting that you defend children and hold the line of innocence of children.

We are appalled that we have to put this request in writing to you. You were a child once and probably didn't have to deal with something so insane. We know we didn't.

Please protect our innocent children against such a foolish act that their young minds can't even comprehend.

We thank you for considering our request.

Respectfully,

Carolyn and Tom Williams

211 Chota Hills Lane

Loudon, TN 37774



Ms. Carolyn Williams
211 Chota Hills Ln
Loudon, TN 37774-2838



KNOXVILLE TN 377

18 MAY 2023 PM 4 L

Judge Thomas Parker
167 N. Main St. #242
Memphis, TN 38103

RECEIVED

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

38103-182167