**RECEIVED**

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Dear Judge Parker,

- Regarding SB0003 and HB0009

Please protect innocent minor children from exposure to Drag shows. Their parents should know better but some are caught up in the sexual exploitation of young people. Please hold the line. Thank you.

Patricia and Richard Snyder
Maryville, TN 37801

Maryville, TN  KNOXVILLE TN 377

18 MAY 2023 PM 4 L

RECEIVED

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main St. #242
Memphis, TN  38103