RECEIVED

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 Main Street #242
Memphis, TN 38103

May 16, 2023

Re: Protect our children from sexualized performances

Judge Parker:

The young children in TN deserve to have laws in place that empower adults, teachers, and parents with resources to control age appropriateness. The petitioner insists that the law is too broad. When, until recently, it was illegal to expose children to this indecent behavior all together.

What we have seen with drag shows in our state are men in women's clothing pushing their private parts toward young children for inappropriate touching by these innocent children. That is NOT OK!!! They are making light of pedophilia and should NEVER be allowed with our children. The small girl I saw on the drag show video, was touching a man's sexual organ that was intentionally pushed toward her small hand. It was upsetting to see on the video and abusive to the young girl. Why is this happening in public places, such as the Tennessee Theatre with our tax money to innocent children? A few short years ago, the parents would have lost custody of their children for such behavior.

Across the country children from kindergarten to high school are now being exposed to early grooming and sexualization. Boundaries are being erased between families and "The State", between men and women and now increasingly between children and adults. We do not want an evil agenda destroying the values that protect young children.

Please protect the rights of safety and protection of Tennessee children on May 26th.

Respectfully,

Mary Jane Olhasso

Jeff Olk

Mary Jane and Jeff Olhasso
175 Lake Crest Drive
Lenoir City, TN 37772



Mary Jane Olhasso
175 Lake Crest Dr
Lenoir City, TN  37772-3891

KNOXVILLE TN  377

18 MAY 2023 PM 1  L



The Honorable Judge Parker
167 Main St #242
Memphis, TN 38103

RECEIVED

MAY 22 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

38103-182167