**Richard Ganch**
201 Saligugi circle
Loudon, Tn
219 688 2588

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

RECEIVED

MAY 2 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Dear Judge

I'm asking that you hold the line of innocence of our children.

The purpose of SB0003 is to protect those that cannot protect themselves, ie children that are not of legal age.

SB0003 does not restrict adults from having the liberty to watch drag queens and their shows. Drag queen shows and other sexually explicit, immoral shows, invade the innocence of children. This is tantamount to child endangerment and child sexual abuse. Purposely exposing a child to adult sexuality is considered a form of child sexual abuse, whether or not a child is touched. Non-touching behaviors can be just as upsetting and emotionally harmful to a child as some touching behaviors.

The U.S. Supreme Court has ruled on child pornography based on "Community Standards". However, they did not cross the barrier of children that are not of legal age

Please allow the passage of SB0003 and protect the innocence of our children

Sincerely,

*[signature: Richard Ganch]*

201 SA Liggett Circle
Loudon, TN 37774

KNOXVILLE TN 377
18 MAY 2023 PM 1 L

RECEIVED
MAY 22 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main St #242
Memphis, TN 38103

38103-182167