**RECEIVED**
MAY 22 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Christine Ferguson
225 Bokoshe Circle
Loudon, TN. 37774

May 18, 2023

Judge Thomas Parker
167 N. Main St. #242
Memphis, TN. 38103

Dear Honorable Parker,

I beg that you Hold the line when it comes to the innocence of children. Please support SB0003 as it does not stop adults from drag queen shows, but it does protect the children who cannot protect themselves from explicit and immoral shows that borders on child sexual abuse. Me + my husband are members of the Conservative Club of Tellico and we are all very concerned about this issue. Thank you for your careful consideration,

Christine A. Ferguson

Christine Ferguson
225 Bokoshe Cir
Loudon, TN 37774-2753

KNOXVILLE TN 377

19 MAY 2023 PM 2 L



FOREVER / USA

RECEIVED

MAY 22 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

The Honorable Judge Thomas Parker
167 N. Main St. #242
Memphis, TN. 38103

38103-182167