✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TENNESSEE |

FRIENDS OF GEORGES, INC

V.

STATE OF TENNEESSEE, et al

## EXHIBIT AND WITNESS LIST

Case Number:  2:23cv2163-TLP

| PRESIDING JUDGE Thomas L. Parker | PLAINTIFF'S ATTORNEY B Timmons, M. Stewart, J. Brown, S.McKinney | DEFENDANT'S ATTORNEY J. Newsome, R. Wilson, J. Indingaro, A. Gilbert |
|---|---|---|
| TRIAL DATE (S) 5/22/2023 | COURT REPORTER Catherine Phillips | COURTROOM DEPUTY Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/22/2023 | x | x | USB Thumb Drive |
| 2 | | 5/22/2023 | x | x | USB Thumb Drive and Letter titled FOG Sketches |
| x | | 5/22/2023 | | | Vanessa Rodley |
| x | | 5/22/2023 | | | Clayton Klutts |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.