23-2163 / 23-2176

RECEIVED
MAY 24 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Dear Judge Parker,

Regarding the motion by the drag queen performers who claim their first amendment rights have been violated in the passing into law of SB0003:
Since the law only ends the sexualized performances in the presence of minors, and in no way bans performances for consenting adults, these performers' rights are not being violated and their free speech liberty is not being hindered. Rather, the responsibility of the state of Tennessee to abide by the community standards of protecting innocent children are being upheld. To continue these explicitly vulgar performances, in the presence of children, is to violate these young citizens' innocence, who are at the mercy of the good judgement of adults upon whom they depend to protect them.  Who but responsible adults can and should ensure a safe and healthy environment for our state's most vulnerable?

This seems so clear, so common sense. Should we not all realize this moral duty to which we have been called, if we wish to enjoy the great freedom we seek to continue in this great state? We must realize that each and every one of us will eventually stand before God and give an account of our choices and actions in this life, especially with regards to how we treated the most innocent.

Thank you for your consideration of these thoughts.

With respectful regards,

Jeanne and Guy Lupien

*[signatures]*

35 Marble Hill Rd
Vonore TN 37737



KNOXVILLE TN 377
22 MAY 2023 PM 3 L

Judge Thomas Parker
167 N. Main St. #242
Memphis, TN 38103

38103-162167