RECEIVED

MAY 24 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N Main Street #242
Memphis, TN. 38103

Janet Barcroft
406 Wandering Trail
Franklin, TN. 37067

May 22, 2023

Dear Judge Parker,

I ask that you prayerfully consider your decision on SB003.

Please consider the following:

- The purpose of SB003 is to protect those that cannot protect themselves
- Drag queens and their immoral shows invade the innocence of children. This is tantamount to child endangerment.
- Children's exposure to sexual images and movements have lasting impressions not easily erased.
- Adults have the liberty to watch drag queens and their shows.

Thank you,

Janet Barcroft



Ms. Janet H Barcroft
406 Wandering Trl.
Franklin, TN 37067



NASHVILLE TN 370

22 MAY 2023 PM 5 L

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167