Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

23-2163

RECEIVED
MAY 25 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

I find it strange that a judge, who probably has children and/or grandchildren, would want to enable a group such as Drag Queens to influence children with their perversions.

And I do not agree that their First Amendment Rights are being infringed upon.

- The purpose of SB003 is to protect those that cannot protect themselves

- Drag queens and their immoral shows invade the innocence of children. This is tantamount to child endangerment.

- Children's exposure to sexual images and movements leave lasting impressions not easily erased from their minds.

The majority of the people in Tennessee want their children to be able to grow up protected from this "confusion" regarding sexuality and such before children have the maturity to understand it.

Please dismiss this attempt to block SB003, and let it go into effect as was originally planned.

*Margaret H. Burton*
Margaret H. Burton
(*A mother, grandmother, and VOTER*)

MARGARET H. BURTON
8829 FOX LONAS RD.
KNOXVILLE, TN 37923

KNOXVILLE TN 377

23 MAY 2023 PM 2 L

RECEIVED
MAY 25 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167