RECEIVED
5-22-23

MAY 25 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN - Memphis

Judge Thomas Parker,

SB003 is to protect those who can not protect themselves. We must protect children. Children can not go into stripper clubs.

- Drag queens and their immoral shows take away chidrens innocence

- Adults can go to Drag Queen shows now.

- Don't expose children to sexual images. Could this be considered child endangerment.

Please make the right decision for children of Tennessee.

Connie Leifsen
206-909-2516
maewinston77@gmail.com