KNOXVILLE TN 377

24 MAY 2023 PM 3 L

**RECEIVED**

MAY 2 6 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N Main St #242
Memphis TN 38103

38103-182167

Connie Deissen
6060 Bayoket Lane
Knoxville TN
37920