5-22-23

RECEIVED

Judge Thomas Parker,

MAY 26 2023

Wendy R Oliver
U.S. District Court
W.D. OF TN, Memphis

SB0O3 is to protect our precious children and grandchildren from immoral Drag Queen shows.

- Children's exposure to sexual images and movements leave lasting impressions not easily irradicated.

- Adults can go to Drag Queen shows.

Don't hurt our children innocence with Adult Drag Shows. Children can't go to Strip Clubs so why Drag Shows that are similar.

Thank you

Keith Leifsen