RECEIVED

KNOXVILLE TN 377

24 MAY 2023 PM 3 L

MAY 2 6 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N Main St #242
Memphis TN 38103

2167

Keith Leugen

6060 Bayonet Lane

Knoxville TN

37920