IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>STEVEN J. MULROY, in his official and )<br>individual capacity as District Attorney )<br>General of Shelby County, TN, )<br>)<br>DEFENDANT. ) | Case No. 2:23-cv-02163-TLP-tmp |

**DECLARATION OF KATIE L. VIGGIANI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

STATE OF TENNESSEE
COUNTY OF SHELBY

I, Katie L. Viggiani, hereby declare as follows:

1. I am a member of the bar of the state of New York and a partner in the law firm Morrison & Foerster LLP, co-counsel with Donati Law, PLLC on behalf of Plaintiff in the above captioned matter. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would testify competently about them.

2. Brice M. Timmons, Craig A. Edgington, and Melissa Stewart, attorneys at Donati, and Jacob Brown and Sara McKinney, attorneys at Apperson Crump, PLC, were lead trial counsel in this litigation. As co-counsel with Donati, my colleagues and I provided litigation support for this matter, including researching constitutional issues and claims, drafting submissions to the court, and developing a strategy for motion practice and trial.

3. I have been licensed to practice law since 2010 and am an active member of the American Bar Association and the New York Bar Association. I have been an attorney at Morrison & Foerster since 2009 and a partner in the litigation department since 2022. My practice focuses on litigation, including complex civil litigation and class action defense. I also maintain an active pro bono docket, primarily in the field of civil rights litigation and indigent defense.

4. Morrison & Foerster is a San Francisco-based, international, AmLaw 50 law firm with a highly-ranked litigation practice. In U.S. News & World Report's 2023 "Best Law Firms" rankings, Morrison & Foerster ranked in the Top Tier nationwide in various litigation practice areas.

5. I was personally involved with staffing Rachel Dolphin, Victor Lopez, and Shelby Teeter—all of whom are litigation attorneys at Morrison & Foerster—on this matter. I allocated tasks and assignments to them, collaborated with them on projects, supervised their work on this case, and reviewed their work product. I also collaborated with my partner, Joseph Palmore, regarding specific constitutional and appellate issues on which he has particular expertise.

6. I supervised the creation of the contemporaneous billing records as to the Morrison & Foerster attorneys on this matter, and I confirm that the figures listed in the Table on Page 2 of the Motion for Attorney Fees and Suit Expenses are correct as to the Morrison & Foerster attorneys listed. I further certify that the hourly rates listed on the attached billing statements are consistent with forum rates for the District of Columbia and the Southern District of New York and are consistent with the actual hourly rates charged by all of the Morrison & Foerster attorneys on this matter.

7. The hours listed in Morrison & Foerster's bills were contemporaneously billed, and reasonable and necessary to the work performed in proving the Adult Entertainment Act is unconstitutional.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of June, 2023 at New York, New York

*/s/ Katie L. Viggiani*_____
Katie L. Viggiani

June 21, 2023

```
                                        MORRISON & FOERSTER LLP


BILLING ADDRESS:                                  Billing Attorney:  KATIE L. VIGGIANI
                                              Responsible Attorney:  VICTOR LOPEZ
                                                    Client/Matter #: 029728-0000001
                                                       Client Name:  FRIENDS OF GEORGE'S INC (P)
                                                       Matter Name:  CONSTITUTIONAL CHALLENGE
                                                            Bill #:  4164247
                                          Time & Disbursements Thru:  May 24, 2023
```

OTHER CLIENT REFERENCE INFORMATION
_____
                                               2nd Currency:
This bill:         Gross              On Account                  Net
_____       _____              _____                  ___
                   USD                USD                         USD
Fees:          79,026.25                   0.00              79,026.25                       0.00
Disb:           3,924.60                   0.00               3,924.60
               _____          _____             _____
Total:         82,950.85                   0.00              82,950.85


       CONSTITUTIONAL CHALLENGE

ADMINISTRATIVE INFORMATION
_____
Special Billing Arrangements:     --Inventory Code: Monthly
Matter Rate Code:         1

```
                                        MORRISON & FOERSTER LLP

FRIENDS OF GEORGE'S INC (P)                                              Billing Attorney: KATIE L. VIGGIANI
Client/Matter #: 029728-0000001   CONSTITUTIONAL CHALLENGE
_____

Professional Services to May 24, 2023

                                                             Tkpr              Process    Worked         Fee
Date         Services                      Timekeeper        No      Index     Mth/Yr     Hours       Amount
----------------------------------------------------------------------------------------------------------

05/01/2023   Research and summarize case law    Dolphin, Rachel S.  ████  69580745   0523   2.00    2,270.00
             regarding standing.

05/01/2023   Review case materials and confer with  Palmore, Joseph R.  ████  69582158   0523   1.00    1,650.00
             K. Viggiani on opposition to motion to
             dismiss.

05/01/2023   Begin researching organizational    Teeter, Shelby    ████  69587476   0523   1.50    1,215.00
             standing issues.

05/01/2023   Confer with J. Palmore on opposition  Viggiani, Katie L.  ████  69598617   0523   2.75    3,300.00
             to motion to dismiss; begin
             researching potential arguments for
             opposition to motion to dismiss.

05/02/2023   Research caselaw for Friends of    Dolphin, Rachel S.  ████  69865587   0523   0.50      567.50
             George's briefing and correspond
             regarding same.

05/02/2023   Continue researching organizational  Teeter, Shelby    ████  69714467   0523   2.75    2,227.50
             standing issues.

05/02/2023   Further review and analyze state's  Viggiani, Katie L.  ████  69748182   0523   3.00    3,600.00
             motion to dismiss complaint; continue
             researching responses to standing
             arguments in motion to dismiss.

05/03/2023   Coordinate with R. Dolphin regarding  Lopez, Victor   ████  69599031   0523   7.00    6,510.00
             additional research for purposes of
             responding to motion to dismiss.

05/03/2023   Review research assignment from M.  Teeter, Shelby    ████  69587765   0523   0.25      202.50
             Stewart and coordinate with V. Lopez
             on next steps.

05/03/2023   Research and coordinate fact witness  Teeter, Shelby   ████  69714434   0523   1.00      810.00
             connection.

05/03/2023   Further review and analyze state's  Viggiani, Katie L.  ████  69626544   0523   3.75    4,500.00
             motion to dismiss complaint; continue
             researching responses to standing
             arguments in motion to dismiss.

05/04/2023   Research caselaw for opposition to   Dolphin, Rachel S.  ████  69640533   0523   2.75    3,121.25
             motion to dismiss and trial brief
             reply.
```

| Date | Services | Timekeeper | Tkpr No | Index | Process Mth/Yr | Worked Hours | Fee Amount |
|---|---|---|---|---|---|---|---|
| 05/04/2023 | Begin researching First Amendment law concerning facial challenges; begin analyzing and distinguishing cases cited in defendant's brief. | Lopez, Victor | ▉ | 69603358 | 0523 | 8.00 | 7,440.00 |
| 05/04/2023 | Follow up on witness leads per M. Stewart request. | Teeter, Shelby | ▉ | 69640546 | 0523 | 1.25 | 1,012.50 |
| 05/04/2023 | Further review and analyze state's motion to dismiss complaint; analyze additional research regarding responses to standing arguments in motion to dismiss. | Viggiani, Katie L. | ▉ | 69640644 | 0523 | 2.75 | 3,300.00 |
| 05/05/2023 | Research cases for trial brief and revise draft of same. | Dolphin, Rachel S. | ▉ | 69645177 | 0523 | 2.00 | 2,270.00 |
| 05/05/2023 | Finalize distinguishing cases cited in defendant's brief; review and analyze moving briefs. | Lopez, Victor | ▉ | 69621674 | 0523 | 5.00 | 4,650.00 |
| 05/05/2023 | Confer with M. Stewart to discuss close of discovery strategy. | Teeter, Shelby | ▉ | 69650261 | 0523 | 0.50 | 405.00 |
| 05/05/2023 | Revise response to motion to dismiss. | Teeter, Shelby | ▉ | 69650263 | 0523 | 3.25 | 2,632.50 |
| 05/05/2023 | Further revise draft opposition to motion to dismiss and trial brief reply. | Viggiani, Katie L. | ▉ | 69648068 | 0523 | 1.75 | 2,100.00 |
| 05/09/2023 | Analyze deposition testimony and briefs to prepare for upcoming hearing. | Viggiani, Katie L. | ▉ | 69672965 | 0523 | 1.75 | 2,100.00 |
| 05/12/2023 | Discuss pre-hearing conference details with M. Stewart. | Teeter, Shelby | ▉ | 69699076 | 0523 | 0.50 | 405.00 |
| 05/16/2023 | Confer with M. Stewart regarding trail preparation; coordinate with MoFo team regarding the same. | Teeter, Shelby | ▉ | 69714470 | 0523 | 0.50 | 405.00 |
| 05/17/2023 | Confer with S. Stewart to discuss trial preparations. | Lopez, Victor | ▉ | 69726989 | 0523 | 0.50 | 465.00 |
| 05/17/2023 | Confer with K. Viggiani, V. Lopez, and M. Stewart to discuss trial preparation strategy. | Teeter, Shelby | ▉ | 69723950 | 0523 | 0.50 | 405.00 |
| 05/17/2023 | Confer with M. Stewart, S. Teeter, and V. Lopez regarding strategy and trial tasks; begin drafting demonstratives | Viggiani, Katie L. | ▉ | 69748155 | 0523 | 3.50 | 4,200.00 |

```
                                                                                              Page 4 (4)
FRIENDS OF GEORGE'S INC (P)                                            Billing Attorney: KATIE L. VIGGIANI
Client/Matter #: 029728-0000001   CONSTITUTIONAL CHALLENGE
_____
                                                            Tkpr              Process     Worked      Fee
Date         Services                    Timekeeper         No      Index     Mth/Yr      Hours       Amount
--------------------------------------------------------------------------------------------------------
             for trial; begin analyzing updated
             research regarding secondary effects
             doctrine.

05/18/2023   Research, analyze, and differentiate  Lopez, Victor    ███       69736577    0523        7.25      6,742.50
             case law cited in defendant's brief;
             revise demonstrative exhibits for
             trial.

05/18/2023   Research and draft direct examination Teeter, Shelby   ███       69762262    0523        3.00      2,430.00
             outline for fact witness.

05/19/2023   Confer with K. Viggiani regarding case Dolphin, Rachel S. ███    69779898    0523        0.50        567.50
             strategy and review correspondence
             regarding trial plans.

05/19/2023   Review public indecency statute; meet Lopez, Victor    ███       69758084    0523        1.75      1,627.50
             with K. Viggiani to discuss strategy.

05/19/2023   Attend video conference to prepare   Teeter, Shelby    ███       69762349    0523        1.00        810.00
             fact witness.

05/20/2023   Revise fact witness direct examination Teeter, Shelby  ███       69762423    0523        1.75      1,417.50
             outline.

05/21/2023   Prepare fact witness for trial.      Teeter, Shelby    ███       69742834    0523        0.50        405.00

05/21/2023   Confer with M. Stewart on legal      Teeter, Shelby    ███       69742835    0523        2.50      2,025.00
             arguments and revise demonstratives
             accordingly.

05/24/2023   Confer with co-counsel regarding     Palmore, Joseph R. ███      69789233    0523        0.75      1,237.50
             post-hearing strategy.
                                                                                         _____
                                                                              TOTAL FEES    79.00     79,026.25

Time Summary
                                                  Standard   Standard    Adjusted   Adjusted  Percentage
No    Name               Title            Hours   Rate       Value       Rate       Value     Adjusted
--------------------------------------------------------------------------------------------------------
███   Palmore, Joseph R. Partner          1.75    1650.00    2,887.50    1650.00    2,887.50    0.00%
███   Viggiani, Katie L. Partner          19.25   1200.00    23,100.00   1200.00    23,100.00   0.00%
███   Dolphin, Rachel S. Associate        7.75    1135.00    8,796.25    1135.00    8,796.25    0.00%
███   Lopez, Victor      Associate        29.50   930.00     27,435.00   930.00     27,435.00   0.00%
███   Teeter, Shelby     Associate        20.75   810.00     16,807.50   810.00     16,807.50   0.00%
                                         _____              _____              _____
                                  TOTAL   79.00               79,026.25               79,026.25
                                         =======              ==========              ==========
```

```
Prebill Format:  MOFO3 SIMPLEX
Billing Attorney Location Code:  60    Matter Location: 60

                                     MORRISON & FOERSTER LLP


BILLING ADDRESS:                                  Billing Attorney:  KATIE L. VIGGIANI
                                              Responsible Attorney:  VICTOR LOPEZ
                                                   Client/Matter #:  029728-0000001
                                                       Client Name:  FRIENDS OF GEORGE'S INC (P)
                                                       Matter Name:  CONSTITUTIONAL CHALLENGE
                                                            Bill #:  4164247
                                       Time & Disbursements Thru: April 30, 2023

OTHER CLIENT REFERENCE INFORMATION
_____
                                        2nd Currency:
This bill:         Gross           On Account                 Net
_____       _____           _____                 ___
                   USD             USD                        USD
Fees:              29,976.25            0.00                  29,976.25                           0.00
Disb:               2,732.80            0.00                   2,732.80
                   _____      _____                 _____
Total:             32,709.05            0.00                  32,709.05




        CONSTITUTIONAL CHALLENGE

ADMINISTRATIVE INFORMATION
_____
Special Billing Arrangements:    --Inventory Code: Monthly
Matter Rate Code:        1
```

```
                                        MORRISON & FOERSTER LLP                                Page 2 (2)

FRIENDS OF GEORGE'S INC (P)                                              Billing Attorney: KATIE L. VIGGIANI
Client/Matter #: 029728-0000001   CONSTITUTIONAL CHALLENGE
_____

Professional Services to April 30, 2023

                                                                  Tkpr              Process    Worked      Fee
Date          Services                      Timekeeper            No       Index    Mth/Yr     Hours       Amount
---------------------------------------------------------------------------------------------------------------

04/18/2023    Review TRO briefing; meet with local    Lopez, Victor       █████   69568170    0423       5.00     4,650.00
              counsel to discuss the matter.

04/25/2023    Review filings and order on TRO.        Dolphin, Rachel S.  █████   69568417    0423       1.25     1,418.75

04/25/2023    Continue reviewing TRO briefs and       Lopez, Victor       █████   69568171    0423       3.50     3,255.00
              related transcripts.

04/25/2023    Confer with V. Lopez, S. Teeter, and    Viggiani, Katie L.  █████   69533756    0423       0.50       600.00
              R. Dolphin regarding case background
              and initial research.

04/26/2023    Finalize reviewing TRO materials and    Lopez, Victor       █████   69568227    0423       4.25     3,952.50
              transcripts.

04/26/2023    Analyze complaint and plaintiff's      Viggiani, Katie L.  █████   69553890    0423       1.50     1,800.00
              trial brief.

04/27/2023    Confer with co-counsel and internal     Dolphin, Rachel S.  █████   69548034    0423       0.50       567.50
              team regarding research.

04/27/2023    Confer with M. Stewart, K. Viggiani,    Teeter, Shelby      █████   69516834    0423       0.50       405.00
              and R. Dolphin regarding strategy.

04/27/2023    Confer with M. Stewart, R. Dolphin,     Viggiani, Katie L.  █████   69553892    0423       3.00     3,600.00
              and S. Teeter regarding strategy and
              research tasks; begin analyzing TRO
              hearing transcript and researching
              standing issues.

04/28/2023    Analyze transcript from TRO hearing;    Viggiani, Katie L.  █████   69553891    0423       5.50     6,600.00
              review and analyze state's motion to
              dismiss complaint; begin researching
              responses to standing arguments in
              motion to dismiss.

04/29/2023    Confer with K. Viggiani regarding       Palmore, Joseph R.  █████   69543034    0423       0.25       412.50
              opposition to motion to dismiss.

04/30/2023    Research case law regarding standing.   Dolphin, Rachel S.  █████   69568418    0423       1.50     1,702.50

04/30/2023    Analyze Defendant's opening brief and   Teeter, Shelby      █████   69543772    0423       1.25     1,012.50
              table of authorities. Research case
              law.
```

```
                                   MORRISON & FOERSTER LLP
FRIENDS OF GEORGE'S INC (P)                                         Billing Attorney: KATIE L. VIGGIANI
Client/Matter #: 029728-0000001   CONSTITUTIONAL CHALLENGE
_____
                                                        Tkpr           Process      Worked          Fee
Date              Services            Timekeeper        No    Index    Mth/Yr       Hours        Amount
--------------------------------------------------------------------------------------------------------
                                                                                  _____    _____
                                                                  TOTAL FEES         28.50     29,976.25

Time Summary
                                                Standard    Standard  Adjusted    Adjusted    Percentage
No     Name                Title        Hours    Rate        Value     Rate        Value       Adjusted
--------------------------------------------------------------------------------------------------------
▇▇▇    Palmore, Joseph R.  Partner       0.25   1650.00       412.50  1650.00       412.50       0.00%
▇▇▇    Viggiani, Katie L.  Partner      10.50   1200.00    12,600.00  1200.00    12,600.00       0.00%
▇▇▇    Dolphin, Rachel S.  Associate     3.25   1135.00     3,688.75  1135.00     3,688.75       0.00%
▇▇▇    Lopez, Victor       Associate    12.75    930.00    11,857.50   930.00    11,857.50       0.00%
▇▇▇    Teeter, Shelby      Associate     1.75    810.00     1,417.50   810.00     1,417.50       0.00%
                                       _____             _____            _____
                              TOTAL     28.50              29,976.25             29,976.25
                                       ========           ==============        ==============
```