**EXHIBIT B**
**FEE OBJECTIONS**

**Brice Timmons Submitted Entries (ECF 93-1)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 3/16/2023 | Initial Contact with Vanessa Rodley; arranged for meeting with MJS and Ms. Rodley | 0.4 | Exclude | | 0.0 | 1487 |
| 3/16/2023 | Team meeting to discuss new case | 0.8 | Exclude | | 0.0 | 1487 |
| 3/16/2023 | Meeting with Vanessa Rodley and MJS | 1.5 | Exclude | | 0.0 | 1487 |
| 3/16/2023 | Preparation for meeting with Board of Friends of George's | 4.8 | Exclude | | 0.0 | 1487 |
| 3/17/2023 | Meeting with Board of Friends of George's | 4.2 | Exclude | | 0.0 | 1487 |
| 3/18/2023 | Zoom call with Abby Rubenfeld | 0.8 | Exclude | | 0.0 | 1489 |
| 3/20/2023 | Afternoon meeting with MJS to discuss obscenity standard and Courts' interpretation of Miller. Receipt of her notes for further review later.  Assigned her to focus on content-based restricitons following day | 1.4 | Exclude | | 0.0 | 1487 |
| 3/20/2023 | Legal resarch on the obscenity standard and Courts' interpretation of Miller | 6.8 | Exclude | | 0.0 | 1487 |
| 3/21/2023 | Afternoon meeting with MJS to discuss content-based restrictions/strict scrutiny. Assigned her to focus on overbreadth and the chilling effect on 3/22 | 0.8 | Exclude | | 0.0 | 1487 |
| 3/21/2023 | Legal research on content-based restrcitions and strict scruity in Courts across the U.S. | 7.3 | Exclude | | 0.0 | 1487 |

| 3/22/2023 | Emailed Melissa Stewart regarding legal research | 0.3 | Exclude | | 0.0 | 1489 |
|---|---|---|---|---|---|---|
| 3/22/2023 | Afternoon meeting with MJS about overbreadth and the Chilling Effect.  Assigned her to conduct background investigation information and legislative history reesearch on 3/23. | 1.6 | Exclude | | 0.0 | 1487 |
| 3/22/2023 | Legal research on overbreadth and the Chilling Effect | 7.8 | Exclude | | 0.0 | 1487 |
| 3/23/2023 | Afternoon meeting with MJS. Gave her assignment of putting together the first draft of the complaint and motion for TRO/preliminary injunction due by cob 3/24. | 0.7 | Exclude | | 0.0 | 1487 |
| 3/23/2023 | Research on the Jackson Pride event, Representative Todd's actions, interviews regarding that event, TCA Sections 39-17-901, 7-51-401, and 1407, TCA 39-17-901, and legislative history | 5.5 | Exclude | | 0.0 | 1487 |
| 3/24/2023 | Receipt and review of MJS's first draft of complaint.  Provided edits/comments and sent back to her for review. | 1.4 | Exclude | | 0.0 | 1487 |
| 3/27/2023 | Drafted and sent courtesy email with pleadings to Jim Newsom | 0.2 | Exclude | | 0.0 | 1488 |
| 3/27/2023 | Received MJS's draft of Plaintiff's Motionf or TRO/PI and made edits/returned | 1.8 | Exclude | | 0.0 | 1487 |
| 3/28/2023 | Attended video status conference with the Court which began at 5:30 p.m.  Oral arguments scheduled for March 30 | 1 | Exclude | | 0.0 | 1487 |

| | | | | | |
|---|---|---|---|---|---|
| 3/28/2023 | Receipt of Plaintiff's First Amended Complaint and Motion for TRO/PI as to Bill Lee and Jonathan Skrmetti, and updated summons.  Edited and sent to MJS for filing | 1.2 | Exclude | | 0.0 | 1487 |
| 3/29/2023 | Received/reviewed MJS's draft of Complaint of Friends of Geroge's v. Mulroy and Motion for TRO/PI against Mulroy.  Made edits/comments and sent back. | 1.2 | | 15% Reduction | 1.0 | 1487 |
| 3/29/2023 | Receipt and review of ECF Nos. 13-19, specifically ECF 19, D's Resp. in Opposition | 1.5 | Exclude | | 0.0 | 1487 |
| 3/29/2023 | Meeting with MJS to discuss standing arguments from response, assignment of reply prior to heraing on 3/30 | 1.5 | Exclude | | 0.0 | 1487 |
| 3/29/2023 | Conducted legal research on standing | 4.6 | Exclude | | 0.0 | 1487 |
| 3/30/2023 | Reviewed P's Reply to D's Response to P's Motion for TRO. Made edits/comments and sent back to MJS. | 3.2 | Exclude | | 0.0 | 1487 |
| 3/30/2023 | Travel to and participation in TRO/PI initial hearing | 3.6 | | 15% Reduction | 3.1 | 1487 |
| 3/30/2023 | Preparation for TRO hearing. Travel to 201 Poplar to serve Steve Mulroy in advance of hearing.  Brief conference with Jessica Indi[n]garo | 7.1 | | 15% Reduction | 6.0 | 1487 |
| 3/31/2023 | Receipt and review of Order Granting TRO.  Conference with MJS and CAE re: same | 2.3 | | 15% Reduction | 2.0 | 1487 |
| 4/5/2023 | Preparation for and attendance of video teams' status conference with the Court | 1 | | 15% Reduction | 0.9 | 1487 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/10/2023 | Multiple emails with Megan Shaw and zoom meeting with MJS and Ms. Shaw | 1 | | 15% Reduction | 0.9 | 1488 |
| 4/13/2023 | Receipt and review of MJS's Pre-trial brief.  Sent comments/edits back. | 2.4 | | 15% Reduction | 2.0 | 1487 |
| 4/17/2023 | Receipt and review of the Actors' Equity Association's Amicus Brief | 0.6 | | 15% Reduction | 0.5 | 1488 |
| 4/18/2023 | Received email exchange regarding combined initial and pre-trial disclosures and participated in a joint call in the afternoon. | 0.6 | | 15% Reduction | 0.5 | 1488 |
| 4/18/2023 | Receipt and review of Defendants' Motions ot Dismiss | 1 | | 15% Reduction | 0.9 | 1487 |
| 4/18/2023 | Meeting with team to discuss the Motion to Dismiss | 1 | | 15% Reduction | 0.9 | 1487 |
| 4/19/2023 | Receipt and review of MSJ's P's Notices of Volutnary Dismissal of Defendants other than Steve Mulroy, along with Plaintiff's response to Defendants' Motion to Dismiss.  Edited and approved for filing. | 0.5 | Exclude | | 0.0 | 1488 |
| 4/20/2023 | Receipt and review of the State of Tennessee's Motion to Intervene in FOG v. Mulroy | 0.2 | Exclude | | 0.0 | 1488 |
| 4/20/2023 | Receipt and review of the Mulroy's Answer | 0.3 | Exclude | | 0.0 | 1488 |
| 4/20/2023 | Receipt and review of the Mulroy's Answer | 0.3 | Exclude | | 0.0 | 1488 |
| 4/20/2023 | Reviewed MJS's Plaintiff's Initial Disclosures.  Approved for transmittal. | 0.4 | | 15% Reduction | 0.3 | 1487 |
| 4/21/2023 | Preparation of Vanessa Rodley for her deposition on Monday | 1.5 | | 15% Reduction | 1.3 | 1488 |
| 4/24/2023 | Deposition of Vanessa Rodley | 3 | | 15% Reduction | 2.6 | 1489 |
| 4/25/2023 | Received and approved Notice to Withdrawal in part of Previous Filing | 0.2 | Exclude | | 0.0 | 1488 |

| 4/25/2023 | Prepared for and attended Teams video conferencing with the Court. | 0.6 | | 15% Reduction | 0.5 | 1488 |
|---|---|---|---|---|---|---|
| 4/28/2023 | Receipt and Review of Steve Mulroy's Trial Brief | 1.8 | | 15% Reduction | 1.5 | 1488 |
| 5/2/2023 | Receipt and review of Order Granting Motion to Dismiss | 0.1 | Exclude | | 0.0 | 1488 |
| | **Timmons** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 91.8 | | | 24.8 | |
| | | | | | **Total Time Reduction** | |
| | | | | | 67.0 | |

**EXHIBIT B**
**FEE OBJECTIONS**

**Craig Edgington Submitted Entries (ECF No. 93-1)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 3/16/2023 | Team meeting to discuss new case | 0.8 | Exclude | | 0.0 | 1490 |
| 3/25/2023 | Receipt and review of MJS's first draft complaint.  Provided edits/comments and sent back to her for review. | 1.2 | Exclude | | 0.0 | 1490 |
| 3/27/2023 | Received MJS's draft of Plaintiff's Motion for TRO/PI and made edits/returned. | 1.2 | Exclude | | 0.0 | 1490 |
| 3/28/2023 | Receipt and review of NOA for myself and MJS.  Edited and informed her to file both wit the modfiications. | 0.3 | Exclude | | 0.0 | 1490 |
| 3/28/2023 | Receipt of Plaintiff's First Amended Complaint and Motion for TRO/PI as to Bill Lee and Jonathan Skrmetti, and updated summons.  Provided formatting suggestions/comments to MJS. | 0.5 | Exclude | | 0.0 | 1490 |
| 3/28/2023 | Attended video status conference with the Court which began at 5:30 p.m.  Oral argument scheduled for March 30. | 1.0 | Exclude | | 0.0 | 1490 |
| 3/28/2023 | Zoom call with MJS shortly after midnight regarding First Amended Complaint.  Reviewed pleading, discussed filing without BMT approval. | 1.8 | Exclude | | 0.0 | 1491 |
| 3/29/2023 | Receipt and review of ECF Nos. 13-19, specifically ECF 19, D's Resp. In Opposition. | 1.2 | Exclude | | 0.0 | 1490 |

| | | | | | |
|---|---|---|---|---|---|
| 3/29/2023 | Received/reviewed MJS's draft of Complaint of Friends of George's v. Mulroy and Motion for TRO/PI against Mulroy.  Made edits/comments and sent back | 0.8 | | 15% Reduction | 0.7 | 1490 |
| 3/30/2023 | Reviewed P's Reply to D's Response to P's Motion for TRO. Made edits/comments and sent back to MJS. | 0.6 | Exclude | | 0.0 | 1490 |
| 3/30/2023 | Preparation for TRO Hearing | 0.8 | | 15% Reduction | 0.7 | 1490 |
| 3/30/2023 | Travel to and participation in TRO/PI initial hearing. | 3.6 | | 15% Reduction | 3.1 | 1490 |
| 3/31/2023 | Receipt and review of Order Granting TRO.  Conference with MJS and BMT. | 1.8 | | 15% Reduction | 1.5 | 1490 |
| 4/5/2023 | Preparation for and attendance of teams' status conference with the Court. | 1 | | 15% Reduction | 0.9 | 1490 |
| 4/13/2023 | Receipt and review of MJS's Pre-trial brief.  Sent mostly formattign comments/edits back | 1.2 | | 15% Reduction | 1.0 | 1490 |
| 4/17/2023 | Receipt and review of the Actors' Equity Association's Amicus Brief | 0.6 | | 15% Reduction | 0.5 | 1490 |
| 4/18/2023 | Receipt and review of Defendants' Motions to Dismiss | 0.6 | | 15% Reduction | 0.5 | 1490 |
| 4/18/2023 | Meeting with team to discuss the Motion to Dismiss | 1 | | 15% Reduction | 0.9 | 1490 |
| 4/19/2023 | Receipt of courtsey email to Jim Newsom regarding motion to intervene and the filing of our dismissal documents | 0.1 | Exclude | | 0.0 | 1490 |
| 4/20/2023 | Receipt and review of the State of Tennessee's Motion to Intervene in FOG v. Mulroy | 0.2 | Exclude | | 0.0 | 1490 |
| 4/20/2023 | Receipt and review of Steve Mulroy's Trial Brief | 0.8 | | 15% Reduction | 0.7 | 1490 |
| 5/2/2023 | Receipt and review of Order Granting Motion to Dismiss | 0.1 | Exclude | | 0.0 | 1490 |
| | | | | | | |

| | Edgington | Total Time Claimed | | | Total Actual Compensable Time | |
|---|---|---|---|---|---|---|
| | | 21.2 | | | 10.4 | |
| | | | | | Total Time Reduction | |
| | | | | | 10.8 | |

<table>
<tr><td>EXHIBIT B<br>FEE OBJECTIONS</td></tr>
</table>

**Melissa Stewart Submitted Entries (ECF No. 93-1)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 3/16/2023 | Meeting with Vanessa Rodley and BMT | 1.5 | Exclude | | 0.0 | 1492 |
| 3/16/2023 | Preparation for meeting with Board of Friends of George's on 3/17 | 2.4 | Exclude | | 0.0 | 1492 |
| 3/16/2023 | Team meeting to discuss new case | 0.8 | Exclude | | 0.0 | 1492 |
| 3/17/2023 | Meeting with Board of Friends of | 4.2 | Exclude | | 0.0 | 1492 |
| 3/18/2023 | Email to Abby Rubenfeld | 0.3 | Exclude | | 0.0 | 1494 |
| 3/18/2023 | Zoom call with Abby Rubenfeld | 0.8 | Exclude | | 0.0 | 1494 |
| 3/19/2023 | Email to Brice Timmons | 0.3 | Exclude | | 0.0 | 1494 |
| 3/19/2023 | Emailed Tricia Herzfeld to set up call re: outline of legal arguments | 0.3 | Exclude | | 0.3 | 1494 |
| 3/20/2023 | Legal research on the obscenity standard and Courts' interpretation of Miller. Drafted summary of findings/memo for BMT's review. | 7.2 | Exclude | | 0.0 | 1492 |

| | | | | | |
|---|---|---|---|---|---|
| 3/20/2023 | Post research daily meeting with BMT to discuss legal research on the obscenity standard and Courts' interpretation of Miller. | 1.4 | Exclude | | 0.0 | 1492 |
| 3/20/2023 | Emailed outline of legal arguments to Brice Timmons | 0.1 | Exclude | | 0.0 | 1494 |
| 3/21/2023 | Legal research on content-based restrictions and strict scrutiny in Courts across the U.S. | 6.8 | Exclude | | 0.0 | 1492 |
| 3/21/2023 | Afternoon meeting with BMT to discuss content-based restrictions/strict scrutiny. | 0.8 | Exclude | | 0.0 | 1492 |
| 3/21/2023 | Emailed Shelby Teeter inquirng into Morrison & Foerster's interest | 0.3 | Exclude | | 0.0 | 1494 |
| 3/21/2023 | Replied to follow-up inquiries from Shelby Teeter regarding Morrison & Foerster's interest in joining litigation | 0.5 | Exclude | | 0.0 | 1494 |
| 3/22/2023 | Legal research on overbreadth and the Chilling Effect | 6.8 | Exclude | | 0.0 | 1492 |
| 3/22/2023 | Afternoon meeting with BMT about overbreadth and the Chilling Effect.  Assigned to conduct background investigation information and legislative history research tomorrow. | 1.6 | Exclude | | 0.0 | 1492 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/22/2023 | Emailed Brice Timmons regarding legal research | 0.3 | Exclude | | 0.0 | 1494 |
| 3/23/2023 | Research on Jackson Pride event, Representative Chris Todd's actions, interviews regarding that event, TCA Section 7-51-1401 and 1407, TCA 39-17-901, and legislative history | 8.0 | Exclude | | 0.0 | 1492 |
| 3/23/2023 | Afternoon meeting with BMT about legislative history information.  Assigned to put together the first draft of the complaint and motion for TRO/preliminary injunction by end of tomorrow. | 0.7 | Exclude | | 0.0 | 1492 |
| 3/23/2023 | Emailed Abby Rubenfeld to set up call to discuss litigation | 0.1 | Exclude | | 0.0 | 1494 |
| 3/23/2023 | Sent legal theories outline to Katie Viggiani at Morrison & Foerster | 0.3 | Exclude | | 0.0 | 1494 |
| 3/24/2023 | Drafted first draft of Complaint. Provided to BMT and CAE for review. | 11.2 | Exclude | | 0.0 | 1492 |
| 3/24/2023 | Emailed Tricia Herzfeld to set up call to discuss litigation | 0.3 | Exclude | | 0.0 | 1494 |
| 3/24/2023 | Zoom call with Tricia Herzfeld to discuss First Amendment and Equal Protection arguments | 0.5 | Exclude | | 0.0 | 1494 |

| 3/24/2023 | Sent first draft of Complaint to Brice Timmons | 0.2 | Exclude | | 0.0 | 1494 |
|---|---|---|---|---|---|---|
| 3/24/2023 | Sent new draft of complaint to B. Timmons | 0.1 | Exclude | | 0.0 | 1494 |
| 3/24/2023 | Sent new draft of complaint to B. Timmons | 0.1 | Exclude | | 0.0 | 1494 |
| 3/24/2023 | Emailed Tricia Herzfeld to follow up about potentially adding equal protection claims | 0.3 | Exclude | | 0.0 | 1494 |
| 3/25/2023 | Began drafting Plaintiff's motion for TRO/PI | 9.4 | Exclude | | 0.0 | 1492 |
| 3/26/2023 | Continued drafting Plaintiff's Motion for TRO/PI | 8.6 | Exclude | | 0.0 | 1492 |
| 3/26/2023 | Sent Brice Timmons new draft of complaint | 0.2 | Exclude | | 0.0 | 1494 |
| 3/26/2023 | Emailed Vanessa Rodley seeking factual information for complaint | 0.3 | Exclude | | 0.0 | 1494 |
| 3/27/2023 | Finalized draft of Plaintiff's Motionf or TRO/PI and sent to | 2.4 | Exclude | | 0.0 | 1492 |
| 3/27/2023 | Receipt and review of BMT and CAE's edits/comments to both the Complaint and motion for TRO/PI. | 4.5 | Exclude | | 0.0 | 1492 |
| 3/27/2023 | Sent B. Timmons first draft of motion for TRO/PI | 0.3 | Exclude | | 0.0 | 1494 |

| 3/27/2023 | Sent B. Timmons new draft of complaint | 0.1 | Exclude | | 0.0 | 1494 |
|---|---|---|---|---|---|---|
| 3/27/2023 | Sent B. Timmons new draft of complaint | 0.1 | Exclude | | 0.0 | 1494 |
| 3/27/2023 | Watched recorded legislative history - House floor debates | 2.0 | Exclude | | 0.0 | 1494 |
| 3/27/2023 | Watched recorded legislative history - Senate floor debates | 2.0 | Exclude | | 0.0 | 1494 |
| 3/27/2023 | Emailed Jacque Wilson final version of complaint to prepare for filing | 0.2 | Exclude | | 0.0 | 1494 |
| 3/27/2023 | Sent BMT edits on Motion for TRO/PI | 0.1 | Exclude | | 0.0 | 1494 |
| 3/27/2023 | Emailed Jacque Wilson final version of Motion for TRO/PI to | 0.1 | Exclude | | 0.0 | 1494 |
| 3/28/2023 | Drafted NOA for myself and CAE. Sent to CAE for review/approval. Fianlized and filed. | 0.6 | Exclude | | 0.0 | 1492 |
| 3/28/2023 | Drafted Plaintiff's First Amended Complaint and Motion for TRO/PI | 2.2 | Exclude | | 0.0 | 1492 |
| 3/28/2023 | Attended video status conference with the Court which began at 5:30 | 1.0 | Exclude | | 0.0 | 1492 |
| 3/28/2023 | Drafted and transmitted email to Jim Newsom with the amended | 0.1 | Exclude | | 0.0 | 1493 |
| 3/28/2023 | Sent BMT draft of amended complaint | 0.3 | Exclude | | 0.0 | 1494 |
| 3/28/2023 | Sent BMT new draft of amended motion for TRO | 0.1 | Exclude | | 0.0 | 1494 |
| 3/28/2023 | Emailed Jim Newsom explaining that we are adding defendants | 0.2 | Exclude | | 0.0 | 1494 |

| 3/28/2023 | Zoom call with CAE shortly after midnight regarding First Amended Complaint.  Reviewed pleading, discussed filing without BMT approval | 1.8 | Exclude | | 0.0 | 1494 |
|---|---|---|---|---|---|---|
| 3/29/2023 | Receipt and review of ECF Nos. 13-19, specifically ECF 19, D's Resp. in Opposition. | 1.2 | Exclude | | 0.0 | 1492 |
| 3/29/2023 | Conducted legal research on standing. | 6.8 | Exclude | | 0.0 | 1492 |
| 3/29/2023 | Meeting with BMT to discuss standing arguments from response, assignment of reply prior to hearing on 3/30. | 1.5 | Exclude | | 0.0 | 1492 |
| 3/29/2023 | Drafted Complaint of Friends of George's v. Mulroy and Motion for TRO/PI against Mulroy.  Sent to BMT/CAE for review. | 3.2 | | 15% Reduction | 2.7 | 1492 |
| 3/29/2023 | Drafted P's Reply to D's Resposne to P's Motion for TRO.  Cited to the filing of Friends of George's v. Mulroy in the reply and the Motion for Consolidation.  Sent to BMT/CAE for review. | 5.2 | Exclude | | 0.0 | 1492 |
| 3/29/2023 | Drafted Declarations for myself, Mystie, and Vanessa.  Reviewed with clients and had them execute. | 1.8 | | 15% Reduction | 1.5 | 1492 |
| 3/29/2023 | Sent first draft of Declaration of MystieElizabthe - Watson to BMT | 0.2 | Exclude | | 0.0 | 1494 |
| 3/29/2023 | Sent final draft of declaration of Mystie-Elizabthe Watson | 0.3 | Exclude | | 0.0 | 1494 |
| 3/29/2023 | Edited Mustie-Elizabthe Waton's declaration | 0.5 | Exclude | | 0.0 | 1494 |
| 3/29/2023 | Sent edited draft of declaration to M.E. Watson | 0.2 | Exclude | | 0.0 | 1494 |

| 3/29/2023 | Sent BMT draft of Amended Motion for TRO/PI | 0.1 | Exclude | | 0.0 | 1494 |
|---|---|---|---|---|---|---|
| 3/29/2023 | Sent draft of P's Reply to D's Response to P's Motion for TRO to BMT | 0.3 | Exclude | | 0.0 | 1494 |
| 3/29/2023 | Sent full complaint packet for FoG v. Mulroy to BMT | 0.5 | | 15% Reduction | 0.4 | 1494 |
| 3/30/2023 | After discussion with BMT, drafted amended declarations of myself, Mystie, and Vanessa.  Filed Amended Notice of Declarations with the Court. | 1.4 | | 15% Reduction | 1.2 | 1492 |
| 3/30/2023 | Preparation for TRO hearing. | 5.5 | | 15% Reduction | 4.7 | 1492 |
| 3/30/2023 | Travel to and participation in TRO/PI initial hearing. | 3.6 | | 15% Reduction | 3.1 | 1492 |
| 3/30/2023 | Emailed Complaint and motion for TRO to DAG Mulroy | 0.3 | Exclude | | 0.0 | 1494 |
| 3/30/2023 | Compiled photos into PowerPoint presentation for hearing | 0.7 | | 15% Reduction | 0.6 | 1494 |
| 3/30/2023 | Receipt of BMT/CAE edits/comments.  Finalized Complaint/Motion/Summons/Cove | 2.8 | | 15% Reduction | 2.4 | 1492 |
| 3/31/2023 | Receipt and review of Order Granting TRO.  Conference with BMT/CAE regarding next steps. | 2.5 | | 15% Reduction | 2.1 | 1492 |
| 4/5/2023 | Preparation for and attendance of video teams' status conference with the Court. | 1.0 | | 15% Reduction | 0.9 | 1492 |
| 4/10/2023 | Receipt and review of multiple emails btween Megan Shaw and BMT.  Ended in zoom meeting | 1.0 | | 15% Reduction | 0.9 | 1493 |
| 4/11/2023 | Discussed safety concerns resulting from emails from extremists groups | 0.4 | Exclude | | 0.0 | 1494 |

| 4/12/2023 | Began draft of FoG's Pre-trial brief. | 10.8 | | 15% Reduction | 9.2 | 1492 |
|---|---|---|---|---|---|---|
| 4/13/2023 | Continued drafting FoG's pretrial brief.  Sent to BMT/CAE for review. | 7.5 | | 15% Reduction | 6.4 | 1492 |
| 4/14/2023 | Receipt and review of BMT/CAE's edits/comments.  Continued drafting and put Trial Brief into | 5.4 | | 15% Reduction | 4.6 | 1492 |
| 4/14/2023 | Drafted and transmitted Plaintiff's First Requests for Admission to D.A. Mulroy | 0.5 | Exclude | | 0.0 | 1493 |
| 4/14/2023 | Drafted and transmitted Plaintiff's First Requests to Defendant Bill Lee | 0.5 | Exclude | | 0.0 | 1493 |
| 4/14/2023 | Emailed courtesy copy of the trial brief to D.A. Mulroy as he had not | 0.1 | Exclude | | 0.0 | 1493 |
| 4/17/2023 | Receipt and review of the Actors' Equity Association's Amicus Brief | 0.6 | | 15% Reduction | 0.5 | 1493 |
| 4/18/2023 | Receipt and review of Defendants' Motion to Dismiss. | 0.8 | | 15% Reduction | 0.7 | 1492 |
| 4/18/2023 | Meeting with team to discuss the Motion to Dismiss | 1.0 | | 15% Reduction | 0.9 | 1493 |
| 4/18/2023 | Draft P's Notices of Voluntary Dismissal of Defendants other than Steve Mulroy, along with Plaintiff's response to Defendants' Motion to Dismiss.  Send to BMT/CAE for | 1.4 | Exclude | | 0.0 | 1493 |

| | | | | | |
|---|---|---|---|---|---|
| 4/18/2023 | Consulted with Jim Newsom via email regarding combined initial and pre-trial disclosures and participated in a joint call in the afternoon | 0.6 | | 15% Reduction | 0.5 | 1493 |
| 4/19/2023 | Filed P's Notices of Voluntary Dismissal of Defendants other than Steve Mulroy, along with Plaintiff's response to Defendants' Motion to | 0.4 | Exclude | | 0.0 | 1493 |
| 4/19/2023 | Receipt of courtesy email to Jim Newsom regarding motion to intervene and the fiilng of our | 0.1 | Exclude | | 0.0 | 1493 |
| 4/20/2023 | Drafted Plaintiff's Initial Disclosures.  Sent to BMT/CAE for edits/review | 1.2 | | 15% Reduction | 1.0 | 1492 |
| 4/20/2023 | Receipt and review of the State of Tennessee's Motion to Intervene in FOG v. Mulroy | 0.2 | Exclude | | 0.0 | 1493 |
| 4/20/2023 | Receipt and review of the Mulroy's Answer | 0.3 | Exclude | | 0.0 | 1493 |
| 4/21/2023 | Preparation of Vanessa Rodley for her deposition on Monday | 1.5 | | 15% Reduction | 1.3 | 1493 |
| 4/24/2023 | Deposition of Vanessa Rodley | 3.0 | | 15% Reduction | 2.6 | 1493 |
| 4/25/2023 | Prepared for and attended Teams video confereincg with the Court | 0.6 | | 15% Reduction | 0.5 | 1493 |
| 4/25/2023 | Drafted Notice to Withdrawal in part of Previous Filing and sent to BMT/CAE for review | 0.6 | Exclude | | 0.0 | 1493 |
| 4/25/2023 | Filed Notice to Withdrawal in part of Previous Filing | 0.2 | Exclude | | 0.0 | 1493 |
| 4/27/2023 | Meeting with MoFo team to delegate pretrial tasks | 0.5 | | 15% Reduction | 0.4 | 1494 |
| 4/28/2023 | Receipt and review of Steve Mulroy's Trial Brief | 2.2 | | 15% Reduction | 1.9 | 1493 |
| 5/2/2023 | Receipt and review of Order Granting Motion to Dismiss | 0.1 | Exclude | | 0.0 | 1493 |

| 5/3/2023 | Wrote up description fo research needs and sent to MoFo team | 0.5 | | 15% Reduction | 0.4 | 1494 |
|---|---|---|---|---|---|---|
| 5/12/2023 | Travel to/from, and attendance of pre-trial conference | 1.2 | | 15% Reduction | 1.0 | 1493 |
| 5/12/2023 | Preparation for pre-trial conference | 2.2 | | 15% Reduction | 1.9 | 1493 |
| | **Stewart** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 179.8 | | | 54.4 | |
| | | | | **Total Time Reduction** | | |
| | | | | | 125.4 | |

**EXHIBIT B**
**FEE OBJECTIONS**

**Jacob Brown Submitted Entries (ECF No. 93-2)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 4/20/2023 | Researching case law on Federal Rule on Civil Procedure 5.1 and 24 | 1.75 | | 15% Reduction | 1.5 | 1497 |
| 4/21/2023 | Reviewing discovery propounded by the State in preparation to file objections, responses, and requests for clarifications | 1.2 | | 15% Reduction | 1.0 | 1497 |
| | **Brown** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 3.0 | | | 2.5 | |
| | | | | | **Total Time Reduction** | |
| | | | | | 0.5 | |

# EXHIBIT B
# FEE OBJECTIONS

**Sara McKinney Submitted Entries (ECF No. 93-3)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 4/5/2023 | Attending status conference with Judge Parker; debriefing JWB after | 1.6 | | 15% Reduction | 1.4 | 1500 |
| 4/7/2023 | Meeting w co-counsel and research for trial brief | 3 | | 15% Reduction | 2.6 | 1500 |
| 4/12/2023 | Working on discovery and reaching out/speaking with potential witnesses/ others impacted | 1 | | 15% Reduction | 0.9 | 1500 |
| 4/24/2023 | Attending Ms. Rodley's deposition; debriefing with co-counsel | 2.5 | | 15% Reduction | 2.1 | 1500 |
| | **McKinney** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 8.1 | | | 7.0 | |
| | | | | | **Total Time Reduction** | |
| | | | | | 1.1 | |

# EXHIBIT B
# FEE OBJECTIONS

**Joseph Palmore Submitted Entries (ECF No. 93-4)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 5/1/2023 | Review case materials and confer with K. Viggiani on opposition to motion to dismiss | 1 | | 15% Reduction | 0.9 | 1505 |
| 4/29/2023 | Confer with K. Viggiani regarding opposition to motion to dismiss | 0.25 | | 15% Reduction | 0.2 | 1509 |
| | **Palmore** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 1.25 | | | 1.1 | |
| | | | | | **Total Time Reduction** | |
| | | | | | 0.2 | |

# EXHIBIT B
# FEE OBJECTIONS

**Katie Viggiani Submitted Entries (ECF No. 93-4)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 5/1/2023 | Confer with J. Palmore on opposition to motion to dismiss; begin researching potential arguments for opposition to motion to dismiss | 2.75 | | 15% Reduction | 2.3 | 1505 |
| 4/25/2023 | Confer with V. Lopez, S. Teeter, and R. Dolphin regarding case background and initial research | 0.5 | | 15% Reduction | 0.4 | 1509 |
| 4/26/2023 | Analyze complaint and plaintiff's trial brief | 1.5 | | 15% Reduction | 1.3 | 1509 |
| 4/27/2023 | Confer with M. Stewart, R. Dolphin, and S. Teeter regarding strategy and research tasks; begin researching responses to standing arguments in motion to dismiss | 3 | | 15% Reduction | 2.6 | 1509 |
| 4/28/2023 | Analyze transcript from TRO hearing; review and analyze state's motion to dismiss complaint; begin researching responses to standing arguments in motion to dismiss | 5.5 | | 15% Reduction | 4.7 | 1509 |
| | **Viggiani** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 13.25 | | | 11.3 | |
| | | | | | **Total Time Reduction** | |
| | | | | | 2.0 | |

**EXHIBIT B
FEE OBJECTIONS**

**Rachel Dolphin Submitted Entries (ECF No. 93-4)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 5/1/2023 | Research and summarize case law regarding standing | 2 | | 15% Reduction | 1.7 | 1505 |
| 4/25/2023 | Review filing and order on TRO | 1.25 | | 15% Reduction | 1.1 | 1509 |
| 4/27/2023 | Confer with co-counsel and internal team regarding research | 0.5 | | 15% Reduction | 0.4 | 1509 |
| 4/30/2023 | Research case law regarding standing | 1.5 | | 15% Reduction | 1.3 | 1509 |
| | **Dolphin** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 5.25 | | | 4.5 | |
| | | | | | **Total Time Reduction** | |
| | | | | | 0.8 | |

**EXHIBIT B**
**FEE OBJECTIONS**

**Shelby Teeter Submitted Entries (ECF No. 93-4)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 5/1/2023 | Begin researching organizational standing issues | 1.5 | | 15% Reduction | 1.3 | 1505 |
| 4/27/2023 | Confer with M. Stewart, K. Viggiani, and R. Dolphin regarding strategy | 0.5 | | 15% Reduction | 0.4 | 1509 |
| 4/30/2023 | Analyze Defendant's opening brief and table of authorities.  Research case law | 1.25 | | 15% Reduction | 1.1 | 1509 |
| | **Teeter** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 3.25 | | | 2.8 | |
| | | | | | **Total Time Reduction** | |
| | | | | | 0.5 | |

**EXHIBIT B**
**FEE OBJECTIONS**

**Victor Lopez Submitted Entries (ECF No. 93-4)**

| Date of Entry | Description | Time Claimed | Exclude | 15% Reduction | Actual Compensable Time | PageID |
|---|---|---|---|---|---|---|
| 4/18/2023 | Review TRO briefing; meet with local counsel to discuss the matter | 5 | | 15% Reduction | 4.3 | 1509 |
| 4/25/2023 | Continue reviewing TRO briefs and related transcripts | 3.5 | | 15% Reduction | 3.0 | 1509 |
| 4/26/2023 | Finalize reviewing TRO materials and transcripts | 4.25 | | 15% Reduction | 3.6 | 1509 |
| | **Lopez** | **Total Time Claimed** | | | **Total Actual Compensable Time** | |
| | | 12.75 | | | 10.8 | |
| | | | | | **Total Time Reduction** | |
| | | | | | 1.9 | |