# EXHIBIT C

| | |
|---|---|
| **From:** | Melissa Stewart |
| **To:** | Steven J. Griffin |
| **Cc:** | Brice Timmons; Craig Edgington; Jim Newsom; Robert W. Wilson; Mulroy, Steve |
| **Subject:** | Re: Plaintiff's First Requests for Admission to Defendant Mulroy |
| **Date:** | Monday, April 17, 2023 12:07:09 PM |
| **Attachments:** | image001.png |

Hi Steven,

The question is for Mr. Mulroy in his individual capacity.

Best,
Melissa

Melissa J. Stewart
Attorney | Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(612) 990-1919

**From:** Steven J. Griffin <Steven.Griffin@ag.tn.gov>
**Sent:** Monday, April 17, 2023 11:38 AM
**To:** Melissa Stewart <melissa@donatilaw.com>
**Cc:** Brice Timmons <brice@donatilaw.com>; Craig Edgington <craig@donatilaw.com>; Jim Newsom <Jim.Newsom@ag.tn.gov>; Robert W. Wilson <Robert.Wilson@ag.tn.gov>; Mulroy, Steve <Steve.Mulroy@scdag.com>
**Subject:** RE: Plaintiff's First Requests for Admission to Defendant Mulroy

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

HI Melissa,

The Plaintiff's First Request for Admission to Defendant Mulroy does not state whether it is being propounded to DA Mulroy in his official or individual capacity (or both). Can you please clarify your request?

Thanks,
Steven

**Steven J. Griffin** | Assistant Attorney General
Office of Tennessee Attorney General
Mailing Address:
P.O. Box 20207, Nashville, Tennessee 37202
steven.griffin@ag.tn.gov

615-741-9598




**From:** Melissa Stewart <melissa@donatilaw.com>
**Sent:** Friday, April 14, 2023 5:21 PM
**To:** Mulroy, Steve <Steve.Mulroy@scdag.com>
**Cc:** Brice Timmons <brice@donatilaw.com>; Craig Edgington <craig@donatilaw.com>; Jim Newsom <Jim.Newsom@ag.tn.gov>; Robert W. Wilson <Robert.Wilson@ag.tn.gov>; Steven J. Griffin <Steven.Griffin@ag.tn.gov>
**Subject:** Plaintiff's First Requests for Admission to Defendant Mulroy

Counsel,

Attached please find Plaintiff's First Requests for Admission to Defendant Mulroy

Sincerely,
Melissa



Melissa J. Stewart
Attorney | Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(612) 990-1919