IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | **Case No. 2:23-cv-02163-TLP-tmp** |
| ) | |
| ) | |
| STEVEN J. MULROY, in his official and ) | |
| individual capacity as District Attorney ) | |
| General of Shelby County, TN, ) | |
| ) | |
| DEFENDANT. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO THE RESPONSE OF STEVEN J. MULROY IN HIS OFFICIAL CAPACITY IN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff, Friends of George's, Inc., (hereinafter "Plaintiff"), by and through its undersigned counsel, hereby file this Unopposed Motion for Leave to File a Reply to the Response of Steven J. Mulroy in his Official Capacity in Opposition to Plaintiff's Motion for Attorney's Fees and Costs (D.E. 97). In support of its motion, Plaintiff states as follows:

1. On March 27, 2023, Plaintiff filed its Complaint under 42 U.S.C. § 1983 to enjoin enforcement of Tennessee's "adult cabaret entertainment" law ("AEA"). (D.E. 1).

2. On March 31, 2023, after a hearing, the Court issued a temporary restraining order that enjoined enforcement of the statute in Tennessee. (D.E. 26).

3. The Court and Parties agreed to consolidate the preliminary injunction and hearing and the trial on the merits under Federal Rule of Civil Procedure 65(a)(2). (D.E. 30).

4. On May 22-23, 2023, the Court held a bench trial.

5. On June 2, 2023, the found the AEA was "an **UNCONSTITUTIONAL** restriction on the freedom of speech and **PERMANETLY ENJOIN[ED]** Defendant Steven Mulroy from enforcing the unconstitutional statute." (D.E. 91).

6. On June 7, 2023, the Court issued Judgment in this matter. (D.E. 93).

7. On June 21, 2023, Plaintiff moved for an award of attorney's fees and costs as authorized by 42 U.S.C. § 1988. (D.E. 93).

8. On July 3, 2023, Defendant filed his Response in Opposition to Plaintiff's Motion. (D.E. 97).

9. Plaintiff now seeks leave to file a seven (7) page Reply brief, excluding the case caption and conclusion sections, in order to respond to the issues and challenges raised by Defendant in his Response.

10. Plaintiff has consulted with Defendant's counsel, and Defendant's counsel states that he has no objection to Plaintiff's request.

Accordingly, Plaintiff seeks leave of the Court to file a seven (7) page reply brief, not including the case caption and conclusion sections.

Respectfully submitted,

/s/ *Brice M. Timmons*
Brice M. Timmons (#29582)
Craig A. Edgington (#38205)
Melissa J. Stewart (#40638)
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
brice@donatilaw.com
craig@donatilaw.com
melissa@donatilaw.com

        Jacob Webster Brown (#36404)
        Sara Katherine McKinney (#40900)
        Apperson Crump, PLC
        6000 Poplar Avenue, Suite 150
        Memphis, Tennessee 38119
        (901) 756-6300 (Office)
        (901) 757-1296 (Fax)
        jbrown@appersoncrump.com
        smckinney@appersoncrump.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via the Court's ECF system on the 7th day of July, 2023.

*/s/ Brice M. Timmons*

## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that he consulted with Defendant's counsel, Jim Newsome on July 6, 2023, who stated that he had no opposition to Plaintiff's motion.

*/s/ Brice M. Timmons*

3