**Report Summary**

| Current Charges | Total Due | Total Due Covered by Trust |
|---|---|---|
| $1,937.70 | $1,937.70 | $0.00 |

| First Name/Company | Last Name | Matter | Balance | Current Charges | Total Due | Currently Available In Trust | Matter Balance After Invoice | Trust Balance After Invoice |
|---|---|---|---|---|---|---|---|---|
| Friends of George's | | Friends of George's v. State of Tennessee | $0.00 | $1,937.70 | $1,937.70 | $0.00 | -1937.7000 | $0.00 |

| Type | Description | Billing User | Billing Date | Created Date | Hrs | Rate | Amount | NC | Taxable |
|---|---|---|---|---|---|---|---|---|---|
| Expense | Paid WDTN via cc ending 5037 in the amount of $402.00 for filing fee of Complaint and accompanying documents. | Jacque W Wilson | 3/27/2023 | 3/27/2023 | N/A | N/A | $402.00 | ☐ | ☐ |
| Expense | Paid Candace Covey, CR via CC ending 5037 in the amount of $288.70 for the hearing transcript from 3/30/23. | Jacque W Wilson | 4/12/2023 | 4/13/2023 | N/A | N/A | $288.70 | ☐ | ☐ |
| Expense | Paid WDTN for filing fee $402.00 in Friends of George's v. Steve Mulroy | Jacque W Wilson | 3/30/2023 | 4/28/2023 | N/A | N/A | $402.00 | ☐ | ☐ |
| Expense | Paid Catherine Phillips check #1173 in the amount of $845.00 for the Trial Transcript/Bench Trial. | Jacque W Wilson | 5/31/2023 | 5/31/2023 | N/A | N/A | $845.00 | ☐ | ☐ |