IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:23-cv-02163-TLP-tmp |
| v. ) | |
| ) | |
| STEVEN J. MULROY, in his official as ) | |
| District Attorney General of Shelby County, ) | |
| TN, ) | |
| ) | |
| Defendant. ) | |

**ORDER STAYING PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES AND COSTS PENDING RESOLUTION OF APPEAL**

As the prevailing party, Plaintiff moved for attorney's fees and costs under 42 U.S.C. § 1988. (ECF No. 93.) A few days later, Defendant appealed this Court's ruling to the United States Court of Appeals for the Sixth Circuit. (ECF No. 94.) In response to the attorney fee motion, Defendant asks the Court to defer ruling until the Sixth Circuit decides the appeal. (ECF No. 97). Plaintiff replied. (ECF No. 101.)

On balance, the Court finds that deferring its ruling on Plaintiff's motion for attorney fees conserves judicial resources and is the more prudent route. Waiting to decide here ensures that the Court will decide the issue only once, if at all. The Court therefore **TAKES** Plaintiff's motion **UNDER ADVISEMENT** and **STAYS** the motion pending resolution of Defendant's appeal.

2

**SO ORDERED**, this 18th day of July, 2023.

                                                   s/Thomas L. Parker
                                                 THOMAS L. PARKER
                                                 UNITED STATES DISTRICT JUDGE