July 25, 2023

RECEIVED
AUG -3 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

District Judge Thomas Parker

Hello Judge Parker! My name is Frieda Hall and I have been the messenger of the Holy Ones since 2007. I want to thank you for ruling that the anti-drag law is unconstitutional. I read it in the magazine The Week, a few weeks ago (issue date June 16, 2023).

Good grief, why do people give a crap about what people wear? And so what if they are seen by minors — My husband and I allowed our 6 year old to watch R movies. It didn't warp her — she was a straight A student, went to Emory University, and at 25 got her doctorate. She works as a Nurse Practitioner, married an Engineer & has 2 happy little girls, a big house with a pool & travels a lot.

What you have there in Tennessee is a bunch of helicopter parents — they are handicapping their children! And don't get me started on PTA, what a waste of time, I've never seen more uppity women than at a PTA meeting. And Back to School night is another time waster. Sorry, I kind of got off subject.

People need to understand the Holy Ones (Mary, Jesus, God and the Holy Spirit) love the LGBTQ group. There is nothing unholy about being gay or transsexual.

When homosexuals were allowed to marry, I asked Mary, "should homosexuals marry?" and this is what she said:

"Of course homosexuals ought to have the right to marry. It's the revolving door of sexual partners that is sin. However, this occurs in heterosexuality also."

People have some dumb ideas about GOD. GOD is love. One ought to always ask what would GOD want? GOD IS love, He doesn't like discrimination. If a law discriminates, GOD is not on board. And neither should we.

Sincerely yours,

Frieda Hale

Messenger

P.S. For more info about the messenger contact the Tulsa World — they were hip to it from the beginning. I've never written a book. It just doesn't seem right somehow for me to write a book. I kind of prefer to remain in the shadows & pop out when needed."