Frieda Hall
1332 S. Oswego Ave
Tulsa OK 74112

TULSA OK 740
26 JUL 2023 PM 1 L



RECEIVED
AUG - 3 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

U.S. District Judge Thomas Parker
Chambers Room 1111
Courtroom 2, 11th Floor
167 North Main ~~Street~~ Street
Memphis TN 38103
38103-186539

RECEIVED AUG 03 2023 BY: