## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FRIENDS OF GEORGES, INC.,     )
                             )
     Plaintiff,            )
                             )     No. 2:23-cv-02163-TLP-tmp
v.                        )
                             )
STEVEN J. MULROY, in his official and     )
individual capacities as District Attorney     )
General of Shelby County, TN,     )
                             )
     Defendant.         )

## JUDGMENT

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiff's Complaint,

filed on March 27, 2023.  (ECF No. 1.)  In accordance with the Sixth Circuit decision, *Friends*

*of George's, Inc. v. Mulroy*, 108 F.4th 431 (6th Cir. 2024),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH**

**PREJUDICE**.

s/Thomas L. Parker
THOMAS L.  PARKER
UNITED STATES DISTRICT JUDGE

October 9, 2024
Date